**F I L E D**
CLERK, U.S. DISTRICT COURT

1/27/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY

1  Nicole Freeling

2  8631 Sierra Ridge Dr. Apt. F

3  Indianapolis, IN 46239

4  317-500-8757

5  Plaintiff in Pro Per

FEE PAID

6

7

8

9           **UNITED STATES DISTRICT COURT**

10          **CENTRAL DISTRICT OF CALIFORNIA**

11

12  Nicole Freeling,                    Case No.: 8:23-cv-00173-DOC-(KESx)

13           Plaintiff,                 **COMPLAINT FOR VIOLATIONS**

14        vs.                           **OF:**

15  PCX, INC.,                              (1) **42 U.S.C SECTION 1981**

16  California Corporation; and Does 1-50   (2) **TITLE VII OF THE CIVIL**

17           Defendants,                        **RIGHTS ACT OF 1964**

18                                          (3) **CALIFORNIA EQUAL PAY**

19                                              **ACT.**

20                                          (4) **CALIFORNIA FEHA**

21                                          (5) **CALIFORNIA LABOR AND**

22                                              **GOVERNMENT CODE**

23

24

25

26

27

28          <u>**NATURE OF THE CLAIMS**</u>

1. This is an action for relief from employment discrimination in violation of 42 U.S.C. §1981, Title VII of the Civil Rights Act of 1963, California Fair Employment and Housing Act, and the California Labor Code. To redress Defendants' unlawful discrimination practices against the Plaintiff, including a range of disparate treatment, racial hostile work environment and pay disparity.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over the subject matter and parties pursuant to 28 U.S.C. §§ 1331 and 1343 as this case involves questions of federal law. This court has Diversity jurisdiction pursuant to 28 U.S.C. § 1332 because the Plaintiff is a resident of the state of Indiana.

3. This Court has supplemental jurisdiction over the related state law claims pursuant to 28 U.S.C. § 1367 because those claims form part of the same case or controversy under Article III of the United States Constitution. Plaintiff's state law claims share all common operative facts with her federal law claims, the parties are identical. Resolving Plaintiff's federal and state claims in a single action serves the interests of the judicial economy, convenience, and fairness to the parties.

4. Venue is proper in, and Defendants are subject to the personal jurisdiction of, this Court because Defendant maintain facilities and business operations in the district, and all or most of the events giving rise to this action occurred in this District. 28 U.S.C. § 1391.

## EXHAUSTION OF ADMINSTRATIVE REMEDIES

5. Plaintiff timely filed charges with the Untied States Equal Employment Opportunity Commission, ("EEOC") and the California Department of Fair Employment and Housing. The EEOC and

California Department of Fair Employment and Housing has both issued
Plaintiff's Notices of Right to Sue. Plaintiff have complied with all
administrative requirements to bring this lawsuit.

**PARTIES**

6.      Plaintiff Nicole Freeling is an African American Woman. Plaintiff is
a resident of Indianapolis, Indiana, and a citizen of the US. She was
hired for the Account Manager (Sales) position and work for the
Defendant June 20, 2022, until her termination on June 25, 2022.

7.      Upon information and belief, Defendant PCX, INC. also known as
Pacific Component Xchange. A California corporation with its principal
place of business in Huntington Beach, California and met the definition
of an "employee" under all applicable statutes. PCX, INC. 1-50
employees.

**FACTUAL ALLEGATIONS**

8.      Plaintiff received an email from a PCX recruiter on May 10, 2022.
The email included a layout and full description including salary of the
Remote OME Account Manager (Inside sales) position.  (Exhibit 1)

9.      Plaintiff had a total of three interviews. First interview with Aaron
Kemp a recruiter for PCX. Second interview with Sara Burnell the VP of
Sales for PCX. The final interview was with the (CEO) of PCX, Gilles
Aouizerat. Plaintiff was giving an assessment sales test to prove
qualifications. (Exhibit 2)

10.    A letter offer was giving to the Plaintiff of June 1ˢᵗ, 2022. Before accepting the offer Plaintiff address to the recruiter and Sara VP of sales why is the salary deducted from 4,000 a month to 3,500 a month. Plaintiff was told by both recruiter and VP of Sales that it is nonnegotiable because Plaintiff lack industry experience in the "electronic components" field. VP of Sales said they would never start any person out with 4,000 a month salary that has no electronic components previous experience.

11.    On June 6ᵗʰ, 2022, Plaintiff was in contact with Human Resources manger for returning all onboarding documents including application and consent for Defendants to run a criminal background check.

12.    Defendants disclosed that a week of training is required. The training is taking place in-person at the business location in Huntington Beach, California beginning on June 20ᵗʰ, 2022, thru June 24ᵗʰ, 2022.

13.    Defendants said they would provide plaintiffs flight and hotel stay only. Defendants told plaintiff they would later reimburse her at the end of the week of training for any out-of-pocket expenses such food and Uber rides.

**Plaintiff's week of training June 20,2022-June 24,2022**

14.    Monday June 20ᵗʰ day one of training. Plaintiff arrived at the PCX office approximately 6:45AM this is when the Plaintiff met other new hires which includes two other OME Account Managers a Black male, a Caucasian female and one new Sales Manager (Caucasian male).

15.     During lunch Defendant Gilles Aouizerat brought up that a law passed and made Juneteenth a "real" holiday. Defendant looks at plaintiff and the other new black employee when asking. Plaintiff and other black employee stated they were unaware of the law passed for the Juneteenth national holiday.

16.     Later that afternoon we began script reading as apart of sales training. This is when Plaintiff was aware that she and other new Black employee was subjected to harsh critical feedback from the defendant Gilles Aouizerat after reading script, while Caucasian new employees were not. For example, the first time Plaintiff read script the defendant yelled while pointing his finger "YOU HAVE A PROBLEM DISCUSIING MONEY" he begins to humiliate the Plaintiff by asking her the questions of "how much she thinks is a lot of money."

17.     The Caucasian new employees were not subjected to critical nor humiliating training.

18.     Tuesday June 21st day two of training. The defendant Gilles Aouizerat continue with training by have all new hire participate in more roleplaying script reading. All new hire employees were told by the Defendant to give feedback to one another by communicating one thing the person did well and one thing the person could have done better.

19.     Plaintiff received feedback from white counterpart saying Plaintiff is using too many um's while reading. Plaintiff agreed and stated will work on removing the um's. Then the Defendant Gilles Aouizerat added and

said to the Plaintiff "it makes you look stupid and not intelligent." When it was the Plaintiff turns to give feedback to white counterpart, the Defendant would interject on whatever feedback Plaintiff would give Defendant would say "not necessarily."

20.     Wednesday June 22nd third day of training. This is the Sandler training begins (The Sandler Selling System) it was taking place for the next two day at a different location and with an instructor from Sandler. Defendant Gilles Aouizerat would transport the new employees there and back. We all were told to meet Infront of the PCX office.

21.     While waiting for everyone to show up Plaintiff was speaking with a white Counterpart new employee who informed Plaintiff from her own behalf that she's receiving a higher paying salary than the other Black male new Account Manager and she asked Plaintiff how much is she receiving? It was revealed that day that the white Counterpart salary was at 4,000 a month salary. Plaintiff was at 3,500 a month and the other Black employee was getting 3,000 a month.

22.      All three new OME Account Managers (including Plaintiff) come with sales experience, however it was made known that all three had no previous "electronic components" experience.

23.     Plaintiffs witness the other Black new employee being fired for running late. Defendant had his new sales manager fire him over the phone, in front of other new hires. You could hear the Black employee pleading for another chance through the phone. When it was confirmed

by the new Sales manager that the Black employee was indeed fired. Plaintiff asked "what else did he do? Is there anything that she missed?" because outside of being late that morning, Plaintiff saw the Black new employee very well mannered and very hands on in all the training sessions. Plaintiffs had also witnessed this new Black employee being treated unfairly and receive a harsh punishment by the Defendant.

24.    Thursday June 23rd, 2022, fourth day of training. This day the Plaintiff and other new employees has another day of Sandler training. It was made know the that the Defendant Gilles Aouizerat would come in this session and teach after lunch. Defendant arrived during lunch and pizza was provided from the Sandler trainer.

25.    After we eat lunch, it was time for the Defendant Gilles Aouizerat to teach. He immediately begins to go off topic and the Defendant starts yelling violently (while slamming his hands on the table) he said "Do you think this training is free! Do you think this food is free!" Defendant was looking at the Plaintiff when making these statements. Defendant stated, "its cost ten thousand dollars a month to keep you here as an employee and by law I don't have to keep you!"

26.    Plaintiff completes the requirements for the two-day Sandler training and receives a completion certificate from the Sandler Instructor. (Exhibit 3)

27.    Friday June 24th, 2022, Final day of training. The last day for Plaintiff and other new employee to attend training. Both are scheduled to leave California late afternoon. The morning begins with training in

1      the PCX office with the defendant. In this training the Defendant asked

2      the new employees (including Plaintiff) if they knew who said the

3      statement "The truth shall set you free." Plaintiff is a Christian and

4      stated that the verse comes from the bible. The defendant rolls his eyes

5      and says "No, it comes from the Martin Luther king." Defendant

6      continues to quote "The truth shall set you free" The Defendant even

7      goes as fat as to write the statement out on the whiteboard.

8

9    28.    Plaintiff witness the Defendant telling the room how he used Sandler

10     psychology on the new Black employee who he fired on Wed June 22nd.

11     He tells us "How hard the employee took getting fired". Defendant

12     Gilles Aouizerat describes how the employee was crying uncontrollably.

13     Defendant said that he told him "I need you to calm down" and how it

14     worked to stop the employee from crying. Plaintiff also witness and

15     heard the Defendant call this same employee who he fired (adult black

16     male) "Boy" Defendant said, "I'm not that boy's father."

17

18   29.    Defendant invited the remainder three new employees along with the

19     VP of Sales to lunch. During the lunch Plaintiff and (white) counterpart

20     both pick out cookies from the cookies section. Immediately the

21     Defendant came by the Plaintiff and begin to tease the plaintiff repeating

22     "I don't buy cookies" saying this statement several times while in the

23     Plaintiff's face. The Defendant was moving his head in a teasing motion.

24     Defendant saw other new employee with cookies however did not

25     subject her to teasing and embarrassment. The Defendant's teasing

26     continues toward the Plaintiff continues all the way to checkout line.

27

28

30.    After lunch Defendant continued training by role playing/script reading. Defendant was again being combative toward Plaintiff every time she read the script. For example, Defendant yells at the Plaintiff "What is the price!" Defendant was not combative to the Caucasian employee after reading the script and made similar mistakes.

31.    Defendant invited two Caucasian males (Account Managers) employees to join the role play. These were employees who have been working for PCX. One of the male employees read the script and received feedback from the same new employee that provided Plaintiff feedback early in the training week. She told this employee that he also should leave out um's when reading the script. Defendant Gilles Aouizerat did not give any critical feedback nor used the words stupid or not intelligent to describe the Caucasian employee's reading instead defendant said nothing in responds and make eye contact with the Plaintiff then turns his head.

### Defendant's Termination of Plaintiff's Employment

32.    Saturday June 25th, 2022, Plaintiff arrived back home in Indiana. Approximately 4:00PM Plaintiff received phone call from the new Sales Manager David. The Sales Manager said, "Nicole this is another situation like Davon" (the new Black employee who was fired on Wed for running late) He said, "Gil is letting you go, and it has something to do with your background check." He stated that Plaintiff answered one of the questions "no" when she should have answered it "yes."

33.    Plaintiff tries to explain to the Sales Manager that she followed the applications instructions that are requirements for California job applicants. (See Exhibit 4).

34.    The sales Manager disregards what the Plaintiff was explaining. He instead stated that if Plaintiff would send the computer equipment (PCX sent computers to the remote employee's homes during the week of training) back to the facility then PCX would release a one-thousand-dollar payment but only when the equipment was showing up in their warehouse (Again he made refence to the Black employee who was fired by saying Gil is giving you a thousand dollars just like him).  This made Plaintiff feels as though she was now being treated as "criminal".

35.    Plaintiff worked the entire week from Monday June 20, 20022 thru Friday June 24, 2022. Plaintiff was on time and work a full schedule every day of training. Defendants did not release final paycheck to the Plaintiff without conditions upon termination nor within 72 hours.

36.    Monday June 27th Plaintiff returns the Defendants equipment to a UPS store. Plaintiff finally received an email from HR Manager. (Exhibit 5) In the email it she is confirming that PCX will pay me 1k for working for the 5 days total when the equipment is returned. She sent Plaintiff three documents: A copy of the background check, notice of adverse (Exhibit 6) action from PCX, INC. and the FCRA Rights Summary. Never asked Plaintiff to explain or ask questions about the background check.

37.     Plaintiff viewed the report. The report shows the date that Defendants requested this report on June 6th, 2022. It also has on the report that the Defendants were viewing and printed this report off on 6/22/2022 around 11:34 AM PST. (This is the same morning of firing the other new Black employee) The report showed old charges that indicated (1) a driving on suspended license (2) driving without ever having a license. After seeing the report Plaintiff knows this is an error and had no prior knowledge of this error showing up on record.  Immediately, the following day on June 28th, 2022, Plaintiff got in contact with the Marion County Traffic Court located in Indianapolis, Indiana. (Exhibit 7)

38.     Wednesday June 29th, 2022, The Traffic court Judge in Indiana determined that Plaintiff had license since 2017 after completing The Safe Driver Deferral Program and this should have been updated on Plaintiff's record. The Judge immediately dismissed the case. (Exhibit 8)

39.     The Defendant failed to adhere to following procedural requirements for government code 12952 concerning the California law for background checks.

40.     Defendant did not take an adverse action against the Caucasian new employee that has a more serious and recent driving violations on record.

41.     On Wednesday June 29th, 2022, Plaintiff received email from PCX Human Resource Manager around 3:00PM EST. She was stated "again they will send the 1k payment, however she is waiting on confirmation

from management that the equipment was received as condition to the payment." She also added attachment of two documents. One is a form for an exit interview and another form called Weaver and Release of Liability. She asks if I could complete and signed the documents.

42.     The Weaver and Release of Liability form that the PCX Human Resource Manager sent to the Plaintiff had the name of new Black employee that was fired days prior to the Plaintiff's termination. Plaintiff chose not to sign or return neither document. (Exhibit 9)

43.     Plaintiff received another email on Wednesday June 29th at 4:14PM EST. This time the Human Resource Manager, ask Plaintiff "if she wish to discuss background or not- this is purely procedural."

44.     Thursday June 30th at 2:45PM EST. The Plaintiff received another email from the PCX Human Resource Manager. She is asking the Plaintiff to "please complete the two documents previously attached the Exit interview and the Weaver Liability Release form." She asks Plaintiff to send tracking information so she could verify and process the final 1k payment.

45.     Plaintiff emailed her a copy of the tracking of the equipment and shows it was delivered to the PCX warehouse. Plaintiff did not sign or return Exit interview or the Weaver Liability Release form.

46.     Plaintiff receives another email from PCX Human Resource Manager around 5:28PM EST. PCX Human Resource Manager is stating that they have deposited a payment into my bank account, and she attached a

check stub. Plaintiff was not provided the full 1k as the Defendants had promised. (Exhibit 10). The PCX Human Resource Manager said in the email that the Exit interview and the Weaver Liability Release forms was specifically part of the condition to release the 1k. The Defendants never told Plaintiff that the Exit interview and the Weaver Liability Release forms are a part of a condition to release payment before this email was sent over on this day.

47.    Wed July 6th, 2022, Plaintiff received a text message from the new Sales Manager David stating, "Just checking in did you send the equipment back, sign those forms and get $1000" Plaintiff did not to respond to the text message because it was clear that this Sales Manager was copied on the emails communicated between Plaintiff and Human Resource Manager.

48.    On August 8, 2022, Plaintiff requested Position Statement (Exhibit 10) that Defendant had provide to EEOC. Defendant added another reason for Plaintiff's termination. This "performance" reason was never addressed in any way to the Plaintiff during training or after upon termination. This "performance reason" was not stated in the adverse letter sent to the Plaintiff after her termination. (See Exhibit 12)

49.    Defendants violated their own policy/handbook in the following sections: Policy Against Discrimination and Harassment located on page B-2, Performance Reviews located on D-7, Disciplinary Actions located on page D-7, and Termination and Post-termination Procedures located on page D-8. (Exhibit 11)

1

2

3

# FIRST CAUSE OF ACTION

## (Race Discrimination in Violation of 42 U.S.C. § 1981)

4

50.    Plaintiff hereby repeats and realleges the allegations in each of the
5       preceding paragraphs as if fully set forth herein.

6

7

51.    42 U.S.C. § 1981(a) provides that "[a]ll persons within the
8       jurisdiction of the United States shall have the same right in every State
9       and Territory to make and enforce contracts, to sue, be parties, give
10      evidence, and to the full and equal benefit of all laws and proceedings
11      for the security of persons and property as it enjoyed by white citizens,
12      and shall be subject to like punishment, pains, penalties, taxes, licenses
13      and exactions of every kind, and to no other."

14

15

52.    "'Make and enforce contracts' includes the making, performance,
16      modification, and termination of contracts, and the enjoyment of all
17      benefits, privileges, terms, and condition of the contractual
18      relationship."42 U.S.C. § 1981(b).

19

20

53.    Defendants have violated Section 1981 by treating Plaintiff
21      differently from and less preferably than similarly situated non-African
22      American employees and subjecting Plaintiff to discriminatory denial of
23      employment, discriminatory of equal pay, racial hostel work
24      environments, and discriminatory termination of employment.

25

26

54.    Plaintiff's race (African American) was the determining factor and/or
27      a motivating factor in Defendant's adverse employment action.

28

55.    Defendant's unlawful actions has been disparate, intentional, deliberate, willful and conducted in callous disregard of the rights of the Plaintiff to be free from discrimination based on race.

56.    As a direct result of the discrimination suffered at Defendants, Plaintiff has sustained economic and emotional injuries. Plaintiff is entitled to all legal and equitable remedies available under Section 1981.

## SECOND CAUSE OF ACTION

**(Hostile Work Environment Based on Race in Violation of U.S.C. § 1981)**

57.    Plaintiff hereby repeats and realleges the allegations in each of the preceding paragraphs as if fully set forth herein.

58.    42 U.S.C. § 1981(a) provides that "[a]ll persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as it enjoyed by white citizens, and shall be subject to like punishment, pains, penalties, taxes, licenses and exactions of every kind, and to no other."

59.    "'Make and enforce contracts' includes the making, performance, modification, and termination of contracts, and the enjoyment of all benefits, privileges, terms, and condition of the contractual relationship."42 U.S.C. § 1981(b).

60.    Defendant subjected Plaintiff to unwelcome conduct by being verbally abusive toward her and another African American employee. The Defendant subjected Plaintiff to abusive behavior, threats, bullying, and teasing based on Plaintiff's African American Race.

61.    This conduct was not welcomed by the Plaintiff.

62.    The conduct was so severe and pervasive. On a regular basis and sometimes daily during the week of training. The Plaintiff witness abusive conduct toward another African American employee.

63.    Management level employees knew or should have known of the abusive conduct because the conduct came directly from the Defendant (Chief Executive Officer) Gilles Aouizerat.

64.    The Defendant actions in relation thereto created a hostile work environment for Plaintiff because of Plaintiff's race, African American.

65.    A reasonable person of African American race in the Plaintiff position would have found the work environment to be hostile and polluted by race discrimination.

66.    Defendants did not exercise reasonable care to prevent the creation of a hostile work environment charged with race discrimination.

67.    As a direct result of this discrimination, Plaintiff has sustained economic and emotional injuries, resulting in damages in an amount to be proven at trial.

68.     Defendant's unlawful actions has been disparate, intentional, deliberate, willful and conducted in callous disregard of the rights of the Plaintiff to be free from discrimination based on race.

## THIRD CAUSE OF ACTION

**(Race Discrimination (Disparate Treatment) in Violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-2(a))**

69.     Plaintiff hereby repeats and realleges the allegations in each of the preceding paragraphs as if fully set forth herein.

70.     Section 703 of Title VII, 42 U.S.C. § 2000e-2, prohibits employment practices that discrimination against persons based on their race.

71.     Plaintiff was hired and qualified for the Account Manager Sales position with PCX, INC.

72.     Plaintiff's race (African American) was the determining factor and/or a motivating factor in Defendant's adverse employment action.

73.     Others who were similarly situated non-African American employees were treated for favorably in training and coaching, pay of salary and were not subjected to some or similar adverse treatment.

74.     As a direct result of this discrimination, Plaintiff have sustained, and will continue to sustain, economic and emotional injuries, resulting in damages in an amount to be proven at trial.

75.   Defendant's unlawful actions has been disparate, intentional, deliberate, willful and conducted in callous disregard of the rights of the Plaintiff to be free from discrimination based on race.

## FORTH CAUSE OF ACTION

**(Hostile Work Environment Based on Race in Violation of Title VII of Civil Acts of 1964, as amended, 42 U.S.C. § 2000e-2(a))**

76.   Plaintiff hereby repeats and realleges the allegations in each of the preceding paragraphs as if fully set forth herein.

77.   Title VII of the Civil Rights Act of 1964, as amended, makes it unlawful for an employer "(1) to fail or refuse to hire or to discharge any individual, or otherwise to discriminate against any individual's race, color, religion, sex, or national origin; or (2)  to limit, segregate, or classify his employees or applicants for employment in any way which would deprive or tend to deprive any individual of employment opportunities or otherwise adversely affect his status as an employee, because of such individual's race, color, religion, sex, or national origin."

78.   Defendant subjected Plaintiff to unwelcome conduct by being verbally abusive toward the Plaintiff and another African American employee. The Defendant subjected Plaintiff to abusive behavior, threats, bullying, and teasing based on Plaintiff's African American Race.

79.     The conduct was so severe and pervasive. On a regular basis and sometimes daily during the week of training. The Plaintiff witness abusive conduct toward another African American employee.

80.     Management level employees knew or should have known of the abusive conduct because the conduct came directly from the Defendant (Chief Executive Officer) Gilles Aouizerat.

81.     The Defendant actions in relation thereto created a hostile work environment for Plaintiff because of Plaintiff's race, African American.

82.     A reasonable person of African American race in the Plaintiff position would have found the work environment to be hostile and polluted by race discrimination.

83.     Defendants did not exercise reasonable care to prevent the creation of a hostile work environment charged with race discrimination.

84.     As a direct result of this discrimination, Plaintiff has sustained economic and emotional injuries, resulting in damages in an amount to be proven at trial.

85.     Defendant's unlawful actions has been disparate, intentional, deliberate, willful and conducted in callous disregard of the rights of the Plaintiff to be free from discrimination based on race.

## **FIFTH CAUSE OF ACTION**

**(Race Discrimination (Disparate Treatment) in Violation of FEHA, Cal. Gov't Code §12940(a))**

86.     Plaintiff hereby repeats and realleges the allegations in each of the preceding paragraphs as if fully set forth herein.

87.     The FEHA makes it unlawful "for an employer, because of race of any person, to refuse to hire or employ the person or to refuse to select the person for a training program leading to employment, or to bar or to discharge the person from employment or from training program leading to employment, or to discriminate against the person in compensation or in terms, conditions, or privileges of employment." Cal. Gov't Code § 12940(a).

88.     Defendants discriminated against Plaintiff by terminating her on the basis of her race, African American.

89.     Plaintiff's race was the determining factor and/or a motivating factor in the Defendant's adverse employment action.

90.     As a direct result of this discrimination, Plaintiff has sustained economic and emotional injuries, resulting in damages in an amount to be proven at trial.

91.     Defendant's unlawful actions has been disparate, intentional, deliberate, willful and conducted in callous disregard of the rights of the Plaintiff to be free from discrimination based on race.

## SIXTH CAUSE OF ACTION

**(Hostile Work Environment Based on Race in Violation of FEHA, Cal. Gov't Code § 12940)**

92.    Plaintiff hereby repeats and realleges the allegations in each of the preceding paragraphs as if fully set forth herein.

93.    The FEHA makes it unlawful for an employer, "because of race to harass an employee." Cal Gov't Code § 12940(j)

94.    Defendant subjected Plaintiff to unwelcome conduct by being verbally abusive toward the Plaintiff and another African American employee. The Defendant subjected Plaintiff to abusive behavior, bullying and teasing based on Plaintiff's African American Race.

95.    The conduct was so severe and pervasive. On a regular basis and sometimes daily during the week of training. The Plaintiff witness abusive conduct toward another African American employee.

96.    Management level employees knew or should have known of the abusive conduct because the conduct came directly from the Defendant (Chief Executive Officer) Gilles Aouizerat.

97.    Defendant's actions in relation thereto created a hostile work environment for Plaintiff because of her race, African American.

98.     Plaintiff found her work environment to be hostile and heavily charged with race discrimination.

99.     A reasonable person of African American race in the Plaintiff's position would have found the work environment to be hostile and polluted by race discrimination.

100.     Defendants did not exercise reasonable care to prevent the creation of a hostile work environment charged with race discrimination and did not exercise reasonable care toward African American employees.

101.     As a direct result of this discrimination, Plaintiff has sustained economic and emotional injuries, resulting in damages in an amount to be proven at trial.

102.     Defendant's unlawful actions has been disparate, intentional, deliberate, willful and conducted in callous disregard of the rights of the Plaintiff to be free from discrimination based on race.

**SEVENTH CAUSE OF ACTION**

**(California Equal Pay Act Based on Race in Violation of Labor Code Section 1197.5(a))**

103.     Plaintiff hereby repeats and realleges the allegations in each of the preceding paragraphs as if fully set forth herein.

104.     California Equal Pay Act now prohibits an employer from paying its employees less than employees of the opposite sex, or of another

race, or of another ethnicity for substantially similar work. The provisions, protections, procedures, and remedies relating to race-or ethnicity-based claims are identical to the ones relating to sex. In addition, employers are prohibited from using prior salary to justify any sex, race, or ethnicity-based pay difference.

105.    Defendants hired and employed Plaintiff and a Caucasian new hire for an OME Account Manager, requiring substantially equal skill, effort, and responsibility.

106.    Plaintiff and Caucasian employee performed their jobs under similar working conditions.

107.    Plaintiff and another Black new Account Manager were paid a lower wage than Caucasian employee doing substantially equal work.

108.    The differential in pay between African Americans and Caucasians employees was not based on a reasonable factor other than race.

109.    As a direct result of this discrimination, Plaintiff has sustained economic and emotional injuries, resulting in damages in an amount to be proven at trial.

110.    Defendant's unlawful actions has been disparate, intentional, deliberate, willful and conducted in callous disregard of the rights of the Plaintiff to be free from discrimination based on race.

## EIGHTH CAUSE OF ACTION

**Fair Chance Act: (Criminal Background) Based on Race in Violation of Cal. Gov't Code § 12952.**

111.    Plaintiff hereby repeats and realleges the allegations in each of the proceeding paragraphs as if set forth herein.

112.    The Fair Chance Act California Gov't Code § 12952 states that an employer cannot evade the requirements of Gov't Code § 12952 or its regulations by having an individual lose their status as an "Applicant" by working before undertaking a post-conditional offer review of the individual's criminal history.

113.    Defendants illegally failed to adhere to the following procedural requirements while making a background check: (1) Notify Plaintiff in writing of the "preliminary decision" that her criminal record disqualified her from employment; (2) Advise Plaintiff in writing that she could respond to the preliminary decision before it became final; (3) Advise Plaintiff in writing that she could submit evidence challenging the accuracy of the conviction report; (4) Advise Plaintiff in writing that she could provide evidence of mitigating circumstances and/or evidence rehabilitation; (5) and notify Plaintiff in writing of her rights to file a compliant with the Department of Fair Employment and Housing in the "final decision" to disqualify Plaintiff.

114.    Defendants illegally denied Plaintiff hire by not considering or asking the following while conducting a background check: (1) Plaintiff referral to or participated in pretrial or posttrial Deferral program for

(suspended license); (2) Convictions that have been sealed, dismissed, expunged, or statutorily eradicated pursuant to law.

115.    Defendants illegally failed to conduct an individualized assessment of Plaintiff conviction history. The Fair Chance Act law requires employers to make an individualized assessment weather Plaintiff conviction history has a direct and adverse relation with the duties Account Manager (inside sales), while specially considering the following: (1) the nature and gravity of the offense; (2) the time that has passed since the offense and completion of the sentence; and (3) the nature of the job sought.

116.    As a direct result of this discrimination, Plaintiff has sustained economic and emotional injuries, resulting in damages in an amount to be proven at trial.

117.    Defendant's unlawful actions has been disparate, intentional, deliberate, willful and conducted in callous disregard of the rights of the Plaintiff to be free from discrimination based on race.

## NINTH CAUSE OF ACTION

**(Immediate Payment of Wages and Waiting Time Penalties Pursuant to California Labor Code §§ 201-203)**

118.    Plaintiff hereby repeats and realleges the allegations in each of the proceeding paragraphs as if set forth herein.

119.    California Labor Code §§ 201 and 202 mandate that an employer pay its employees all earned wages immediately upon discharge or within seventy-two (72) hours of the employee resignation.

120.    California Labor Code § 203 authorizes an employee to recover waiting time penalties in an amount equal to the employee's daily wages earned and due to the employee within the timeframes required by California Labor Code §§ 201 and 202.

121.    Plaintiff was entitled to wages earned for the entire work week of June 20th-June 24th, 2022.

122.    Plaintiff was terminated from her employment at PCX, INC. on June 25th, 2022.

123.  Defendants willfully failed to pay Plaintiff wages owed immediately upon termination.

124.    Plaintiff is entitled to recover from the Defendants waiting time penalties pursuant to California Labor Code § 203, plus interest, in an amount to be proven at trial.

**<u>JURY DEMAND</u>**

125.    Plaintiffs request a trial by jury to the extent allowed by law.

**<u>PRAYER FOR RELIEF</u>**

WHEREFORE, Plaintiff pray for relief as follows:

    A.  For a declaration that Defendant's actions, and practices as alleged herein are unlawful and in violation of Section 1981, Title VII, FEHA and California Labor Code.

    B.  A permanent injunction against Defendants from engaging in any further unlawful practices of race discrimination by providing equal employment opportunities for African Americans.

    C.  For reinstatement;

    D.  For all lost wages, penalties and all other compensation denied or lost to Plaintiff by reason of Defendant's unlawful actions, in amount to proven at trial;

    E.  An award of compensatory, nominal and punitive damages to Plaintiff;

    F.  An award of litigation costs and expenses;

    G.  Pre- and post- judgement interest;

    H.  Such other and further relief as the Court may deem just and proper;

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectively submitted,

NICOLE FREELING

Dated: January 27, 2023

By:

Plaintiff in Pro Per

Complaint and Jury Demand

Right to Represent _ OEM/CEM Account Manager _ Pacific Component Xchange

From: Akash Makasare (akash.makasare@gcsrecruitment.com)

To:     freelingnicole@yahoo.com

Date:  Tuesday, May 10, 2022, 12:25 PM EDT

Hi Nicole,

 Hope you are  doing,

As discussed on the call you are expecting $50k base with OTE of $100k - $150k for the position of OEM/CEM
Account Manager with Pacific Component Xchange

Also please send me your updated resume as well.

Please acknowledge to this email saying "I confirm or I agree"

Below is the job description:

**Title: OEM/CEM Account Manager**

**Location: Remote**

**Company website:** https://pcxco.com/about-us

OEM/CEM Account Manager

A leading high-tech electronic component distribution company and has been in business since 1993 with a solid
reputation for outstanding service, quality, and on-time delivery. Their headquarters are located in beautiful
Huntington Beach, California.
We are looking to immediately add team players that are highly motivated and experienced OEM/CEM - Inside Sales
personnel. This position has full account management responsibilities. PCX strongly believes in providing the highest
levels of customer service in the industry today.
You love and desire a working environment that trains thoroughly, gives the appropriate tools and supports via close
tracking of key metrics to provide constant and relevant feedback on your efforts. We also provide strong support in
terms of key capabilities both in terms of strong financial strength and a long history (29 years) of successful trading
and selling to the OEM, CEM, and military markets. Lastly, we provide 'warm' leads with customers that have done
business with us before so you hit the ground running.
We are a broad line distributor and proudly represents over 290 authorized suppliers (including 60+ electronic
companies). We support several world-class product-technology partners and provide numerous additional value-
added services to support our customers.
Quality is critical throughout our selling process and we are, AS9120 Rev. A/ISO 901-2008 Certified, ANSI ESD 2020
Certified, and ANSI ESD S20.20 certified. We are on the DLA Qualified Suppliers List of Distributors (QSLD).
We are on the board of directors for IDEA. We are members of ERAI, ECAI, and ASA Aviation.

The salary is $4,000 a month, plus commissions.

Duties of our OEM/CEM Account Managers:
• Meet and/or exceed monthly, quarterly and year-to-date - annual revenue and profit budgets
• Research, identify, profile, qualify and penetrate and expand assigned account base
• Perform business-to-business sales via emails and phone by contacting buyers procuring electronic components for production
• Provide detailed quotes to customers and follow-up to close with orders
• Meet and/or exceed targets established for the volume of prospecting phone calls
• Always maintain a positive attitude and strengthen relationships with customers
• Manage existing customer accounts, order entry, and to ensure on-time delivery
• Time management skills, ability to multi-task, handle inbound/outbound calls and sales follow-up to closure
• Excellent communication, troubleshooting, listening skills and is a team player
• Self-motivated, organized, and ability to remain focused on objectives
• Fully utilize our valued-added services offered to enhance revenue potential
• 50 calls minimum per day
• 6 Qualified Requirements per day.
• 10K minimum GP per month

Requirements
• Minimum 1+ year previous inside sales experience with technology sales preferred
• Proven track record of successful sales with documentation
• Excellent computer skills, Word, Excel, PowerPoint, etc.
• Positive attitude and the ability to multitask in a fast-paced environment
• Excellent listener
• Conversant in all business tools like Microsoft Outlook, Word, Excel, and CRM's
• Must enter data resulting from calls and relationship development work
• Must be high integrity, and honest
• A "learner" and understands and welcomes the opportunity to learn

Benefits
• 401K (matching 5%, the highest in the industry)
• 3 weeks paid vacation
• 6 days paid sick leave
• Ongoing Training ($500 a month paid benefit)
• Vision, dental, and health insurance
• $25,000 life insurance benefit
• Bi-Monthly feedback/coaching sessions
• In-depth budgeting and retirement tools as part of the benefit package
• Company-paid snacks, coffee, tea, etc

**Akash Makasare**

**Sr Recruitment Consultant**

 

**UK • USA • EUROPE**

+1 347-851-7680

a.makasare@gcsrecruitment.com

https://uk.gcsrecruitment.com/



**Nicole Freeling**

freelingnicole@yahoo.com
PCX
Consultative Sales (Sandler)
Completion Date: 5/16/2022



**3**
**GOOD MATCH**



| Fair | Strongest |
|------|-----------|
| 2.9 | 4.8 |

**COMPETENCY MATCH**
Relevance
95.00 %

**SELF-AWARENESS**
Relevance
5.00 %

=

**3.0**
**SCORE**

**Good Match**

- The Overall Match Score highlights the fit between the individual and the job.
- On the left, view the components of the assessments and their specific scores.
- Scores can range from 0.5 (lowest score) to 5 (highest score).



**INDIVIDUAL HAS SCORED IN THE** **10th** **PERCENTILE**

COMPARED TO OTHER RECENTLY COMPLETED ASSESSMENTS FOR THIS JOB



**13** People have completed an assessment for this job in the last 60 days.

**Match Ranking:** Compares this individual's score to all applicants for this job in the **_last 60 days._**

- For example, 80th percentile ranking means this individual scored higher than 80% of all individuals assessed within the last 60 days
- Use this information to create a "short list" of your most recent best individuals

**Top 3 Competencies**




5.0



5.0



4.4

**Accepts Rules & Direction**

The extent to which individuals prefer to be provided with direction and structure in their work environments.

**Positive Outlook**

The extent to which individuals have an optimistic and positive outlook under most circumstances.

**Emotionally Objective: Resilience**

The extent to which one responds to challenges within the sales process with composure and objectivity; perseveres and exhibits healthy stress management strategies.





**3**
GOOD MATCH

**Nicole Freeling**
freelingnicole@yahoo.com
PCX
Consultative Sales (Sandler)
Completion Date: 5/16/2022

# Key Insights

**Job Match**



**2.9**
FAIR

Relevance 95.00 %

**COMPETENCY MATCH**

A measure of behavioral traits and their impact on the key competencies for the role



**4.8**
STRONGEST

Relevance 5.00 %

**SELF-AWARENESS**

A measure of an individual's tendency to examine their thoughts, motives and behaviors, and how those influence the world around them

Match Area =





©2023 HARVER, ALL RIGHTS RESERVED

**Competencies**

Match Area = 

---

### AMBITION & DRIVE



The extent to which one exhibits a winning attitude and commits to achieving goals by holding themselves accountable and following through.

- Assertiveness - May not take as much initiative as needed, especially when working with more dominant personalities.
- Competitiveness - While competitive in some situations, may not have a strong enough focus on winning.
- Follow Through - Likely to be very reliable, and follow through on committed tasks and finish whatever is started.
- Work Intensity - While likely to display a work intensity similar to others, may need to increase level of urgency to demonstrate ambition and drive.



Assertiveness
Laid-back / Dominant

Competitiveness
Unconcerned with winning / Driven to win

Follow Through
Low / High

Work Intensity
Unhurried / Urgent

---

### TAKES ACTION: ADAPTABILITY



The extent to which one is open to change and new ideas, willing to take initiative to achieve objectives.

- Criticism Tolerance - May be slightly more sensitive to constructive criticism and, at times, resist making changes, even when they would be helpful.
- Follow Through - Effectively follows up on projects and ensures that deadlines are made even in times of change.
- Multitasking - May prefer environments that are more predictable in nature and could become frustrated when working in continuously changing conditions.
- Preference for Structure - May be resistant to strict guidelines or slow to adopt changes.
- Realistic Thinking - May be less open to change and may over-rely on established procedures.
- Work Intensity - Is likely to adapt to change quickly and move to action.



Criticism Tolerance
Sensitive / Thick-skinned

Follow Through
Low / High

Multitasking
Prefers routine / Prefers variety

---

©2023 HARVER, ALL RIGHTS RESERVED　　　　CONFIDENTIAL



Preference for Structure

Desires freedom | Prefers guidance

Realistic Thinking

Imaginative | Practical

Work Intensity

Unhurried | Urgent

## PROBLEM SOLVING: DECISIVE JUDGMENT



The extent to which one evaluates a situation and envisions a solution to effectively meet identified needs.

- Cautious Thinking - May be overly cautious when making decisions, even when an immediate response is needed.
- Detail Interest - Is likely to balance an interest in details with taking action and being decisive.
- Follow Through - Should demonstrate dependability and consistently follow through on decisions.
- Objective Thinking - Tends to rely on appropriate facts and data to make objective decisions.
- Process-Focused - May focus too much on the process at the expense of solving problems quickly.
- Realistic Thinking - Is likely to consider the practicality of solutions when making decisions, and not waste effort on ideas that are unrealistic.
- Reflective Thinking - Is able to anticipate and determine how much information is required to make a sound decision.
- Work Independence - Is willing to act independently and take responsibility for important decisions.



Cautious Thinking

Impulsive | Careful

Detail Interest

Dislikes details | Enjoys detailed work

Follow Through

Low | High

Objective Thinking

Intuitive | Factual

Process-Focused

Unstructured | Structured

Realistic Thinking

Imaginative | Practical

Reflective Thinking

Surface level | Contemplative

Work Independence

Relies on others | Relies on self

## PROCESS ORIENTATION



The extent to which individuals prefer to be organized and structured in the way they manage accounts and service the customer.

- Process-Focused - Has a strong need to organize and plan ahead, which can come at the expense of action or flexibility.

**Process-Focused**

Unstructured ———————————————————————— Structured

## ACCEPTS RESPONSIBILITY: CONTINUOUS IMPROVEMENT



The extent to which one takes ownership and seeks opportunities to improve individual performance through effective processes, systems and methods.

- Multitasking - May get overwhelmed easily by competing demands, which could negatively impact having the time or focus necessary to improve processes.
- Positive View of People - Is unlikely to blame people for the limitations of a process; instead will look for changes to update and improve the system itself.
- Process-Focused - May spend too much time planning for a long-term project or solution and forget the impact that a small but immediate change could make now.
- Reflective Thinking - Should be able to balance the need to gather and review information with the need to take action when making process improvements.
- Work Intensity - Will seek out and actively champion for improvements that lead to better productivity.

**Multitasking**

Prefers routine ———————————————————————— Prefers variety

**Positive View of People**

Skeptical ———————————————————————— Trusting

**Process-Focused**

Unstructured ———————————————————————— Structured

**Reflective Thinking**

Surface level ———————————————————————— Contemplative

**Work Intensity**

Unhurried ———————————————————————— Urgent

## ACCEPTS RULES & DIRECTION



The extent to which individuals prefer to be provided with direction and structure in their work environments.

- Preference for Structure - Likely to be comfortable in work environments with established rules, procedures and guidelines.

Preference for Structure

Desires freedom          Prefers guidance

## CONTROL & CLOSE: INFLUENCING



The extent to which one takes control of the sales process by influencing others to take a specific position or action through effective communication.

- Accommodation - Is able to show a sincere concern for others, which may help when influencing coworkers and customers alike.
- Assertiveness - Is capable of voicing opinions to convince others to adopt a course of action.
- Follow Through - Is comfortable following up with others to reinforce their commitment to an idea.
- Sociability - May not take the time to build relationships which may impact the ability to influence and understand the needs of others.
- Social Restraint - Tends to be transparent and passionate about ideas, which can inspire and influence others.



Accommodation

Unyielding          Cooperative

Assertiveness

Laid-back          Dominant

Follow Through

Low          High

Sociability

Introverted          Extroverted

Social Restraint

Expressive          Reserved

## EMOTIONALLY OBJECTIVE: RESILIENCE



The extent to which one responds to challenges within the sales process with composure and objectivity; perseveres and exhibits healthy stress management strategies.

- Accommodation - Should be comfortable letting others know when they are overloaded; is unlikely to overcommit to deadlines.
- Criticism Tolerance - May tend to take feedback personally; may not recover quickly from criticism.
- Optimism - Maintains a positive attitude despite difficult circumstances.
- Realistic Thinking - Tends to view stress and frustration from a practical perspective; is likely to channel energy to implement constructive solutions.
- Reflective Thinking - Should generally be able to identify and understand the root cause of issues and consider potential solutions.
- Social Restraint - Should be able to express frustration appropriately and communicate needs and solutions with others in a healthy manner.



Accommodation

Unyielding          Cooperative

Criticism Tolerance

Sensitive          Thick-skinned



Optimism
Concerned — Carefree

Realistic Thinking
Imaginative — Practical

Reflective Thinking
Surface level — Contemplative

Social Restraint
Expressive — Reserved

## LEARNING AGILITY



The extent to which one learns quickly, applies newly learned information and skills to innovate and adapt, steps outside of their comfort zone and uses feedback to improve or make changes.

- Criticism Tolerance - May be more sensitive to feedback, and may not be open to new ways of doing things or learning new approaches.
- Interpersonal Insight - Is likely to take action on learning initiatives, especially when given guidance or suggestions from others on areas to develop or improve.
- Multitasking - May struggle with managing multiple demands, which may lead to insufficient time being allotted to learn new things.
- Optimism - Is able to remain positive even when navigating stressful changes; should be open to developing new strategies.
- Process-Focused - Is likely to take the time to prioritize working on self-improvement and learning new skills.
- Work Intensity - Likely to show a sense of urgency; will be open to new ideas or skill sets in order to work more efficiently.



Criticism Tolerance
Sensitive — Thick-skinned

Interpersonal Insight
Unaware — Observant

Multitasking
Prefers routine — Prefers variety

Optimism
Concerned — Carefree

Process-Focused
Unstructured — Structured

Work Intensity
Unhurried — Urgent

## MOBILITY



The extent to which individuals exhibit flexibility when balancing social interactions, completing tasks and being organized and structured.





- Multitasking - Prefers a predictable, routine work environment and may have difficulty with distractions or competing priorities.
- Process-Focused - Has a strong need to organize and plan ahead, which can come at the expense of action or flexibility for travel.
- Sociability - May be uncomfortable in group settings or be difficult for others to get to know; may not prioritize spending time in-person with clients or prospects.

**Multitasking**

Prefers routine                                                    Prefers variety

**Process-Focused**

Unstructured                                                       Structured

**Sociability**

Introverted                                                        Extroverted

## NEED FOR APPROVAL



The extent to which one seeks approval from others.

- Accommodation - Is fairly accommodating and may occasionally find it difficult to take an unpopular stance in sales situations.

**Accommodation**



Unyielding                                                         Cooperative

## NEGOTIATING CONFLICT



The extent to which one addresses conflict quickly and effectively; facilitates a mutually agreeable resolution.

- Accommodation - Is likely to facilitate resolutions with the intent to address each party's needs.
- Assertiveness - Is likely viewed as a good listener in conflict situations.
- Criticism Tolerance - May personalize issues which could impact ability to maintain objective perspective during conflict situations.
- Interpersonal Insight - Is not likely to over-interpret, overanalyze, or make assumptions about others' motivations or perspectives in conflict situations.
- Optimism - Should take a positive, optimistic approach when mediating conflict.
- Positive View of People - Should enter into conflict situations assuming positive intentions and trusting others' motives.
- Sociability - Is likely to focus personal interactions on the situation at hand.
- Social Restraint - Is not likely to do or say things in haste, which should be an asset in a conflict situation.

**Accommodation**

Unyielding                                                         Cooperative

**Assertiveness**

Laid–back                                                          Dominant

©2023 HARVER, ALL RIGHTS RESERVED                CONFIDENTIAL



Criticism Tolerance — Sensitive / Thick-skinned

Interpersonal Insight — Unaware / Observant

Optimism — Concerned / Carefree

Positive View of People — Skeptical / Trusting

Sociability — Introverted / Extroverted

Social Restraint — Expressive / Reserved

## POSITIVE OUTLOOK



The extent to which individuals have an optimistic and positive outlook under most circumstances.

- Optimism – Is highly optimistic and likely to recover from setbacks quickly and see the positive in sales situations.

Optimism — Concerned / Carefree

## QUALIFYING: MAKE SOUND DECISIONS



The extent to which one uses a structured approach to determine the qualification of business fit.

- Cautious Thinking - Is likely to carefully consider potential risks when making decisions.
- Criticism Tolerance - May appear sensitive or defensive when decisions are questioned.
- Detail Interest - Is likely to balance an interest in details with taking action and being decisive.
- Follow Through - Recognizes the importance of following up with key stakeholders on critical decisions.
- Objective Thinking - Relies heavily on facts and data when making decisions.
- Realistic Thinking - Is likely to consider the practicality of solutions when making decisions.
- Reflective Thinking - Should be able to anticipate and determine how much information is required to make a sound decision.
- Work Intensity - Prefers a fast work pace; should appreciate the value of making sound decisions quickly to move the business forward.



Cautious Thinking — Impulsive / Careful

Criticism Tolerance — Sensitive / Thick-skinned

©2023 HARVER, ALL RIGHTS RESERVED



Detail Interest — Dislikes details / Enjoys detailed work
Follow Through — Low / High
Objective Thinking — Intuitive / Factual
Realistic Thinking — Imaginative / Practical
Reflective Thinking — Surface level / Contemplative
Work Intensity — Unhurried / Urgent

## QUESTIONING: COMPELLING COMMUNICATION



The extent to which one engages and communicates with others through questioning and discovery and inspires action to achieve prospecting goals.

- Assertiveness - Is more likely to listen rather than dominating the conversation.
- Criticism Tolerance - May be more sensitive to criticism which could interfere with the ability to effectively communicate with others.
- Interpersonal Insight - May not perceive the subtle differences and needs of the audience, in order to best adapt communication style.
- Multitasking - May prefer to designate a specific time for communication rather than utilize more informal avenues which could lead to missed opportunities.
- Positive View of People - Is likely to assume positive intent from others; should extend trust easily, which will aid effective communication and relationship building.
- Sociability - Enjoys spending time with others, and should be able to build rapport to make others feel comfortable.
- Social Restraint - Should be able to balance expressiveness and restraint when communicating with others.



Assertiveness — Laid-back / Dominant
Criticism Tolerance — Sensitive / Thick-skinned
Interpersonal Insight — Unaware / Observant
Multitasking — Prefers routine / Prefers variety
Positive View of People — Skeptical / Trusting

©2023 HARVER, ALL RIGHTS RESERVED    CONFIDENTIAL



**Sociability**

Introverted                                                                                    Extroverted

**Social Restraint**

Expressive                                                                                      Reserved

## READING THE SITUATION



The extent to which individuals are able to observe and understand others' feelings, motivation, behaviors, as well as intent toward the business relationship.

- Interpersonal Insight - May have little interest in analyzing or understanding others and miss subtleties in sales interactions.

**Interpersonal Insight**



Unaware                                                                                          Observant

## RELATIONSHIP MANAGEMENT



The extent to which one builds and maintains relationships with others inside or outside of the organization.

- Accommodation - Makes a concerted effort to be positively received by others; may be viewed as easy-going and easy to work with.
- Criticism Tolerance - May personalize issues and become overly defensive, hindering the ability to build and maintain relationships with others.
- Optimism - Has a generally positive demeanor and outlook when interacting with others.
- Sociability - May avoid social situations which will likely inhibit building relationships.
- Social Restraint - Is able to convey a professional yet genuine demeanor, which may facilitate relationship building.



**Accommodation**

Unyielding                                                                                      Cooperative

**Criticism Tolerance**

Sensitive                                                                                        Thick-skinned

**Optimism**

Concerned                                                                                         Carefree

**Sociability**

Introverted                                                                                      Extroverted

**Social Restraint**

Expressive                                                                                        Reserved

## RESISTS STALLS AND OBJECTIONS



The extent to which one resists stalls and objections and inspires action through effective communication.

- Assertiveness - May not take as much initiative as needed, especially when working with more dominant

                    CONFIDENTIAL



personalities in sales discussions.
- Cautious Thinking - May over-deliberate or put too much emphasis on potential risk when making decisions or working with others to move to a positive sales decision.
- Competitiveness - While competitive in some situations, may not have a strong enough focus on winning, which may hinder progress through stalls and objections.
- Detail Interest - Not likely to become unnecessarily concerned with the details when working through stalls and objections with prospects.
- Process-Focused - Enjoys planning and organizing and should emphasize this when working through stalls or objections from prospects.
- Reflective Thinking - Is not likely to over-analyze problems, which should aid effective resolution of stalls and objections from sales prospects.
- Work Intensity - Is likely to work with a sense of urgency when working through stalls and objections from prospects.

Assertiveness
Laid-back                                         Dominant

Cautious Thinking
Impulsive                                           Careful

Competitiveness
Unconcerned with winning                    Driven to win

Detail Interest
Dislikes details                          Enjoys detailed work

Process-Focused
Unstructured                                     Structured

Reflective Thinking
Surface level                               Contemplative

Work Intensity
Unhurried                                            Urgent

SALES PROSPECTING: PLANNING AND ORGANIZING



The extent to which one engages in a structured approach to determine if there is a qualification for business needs.

- Cautious Thinking - Tends to be careful and conservative when creating plans.
- Detail Interest - May not dive deep enough into the details when developing specific action plans.
- Follow Through - Should emphasize closing out steps and meeting timelines to ensure projects are completed as planned.
- Process-Focused - Is likely to emphasize organization and structure in day-to-day activities.
- Realistic Thinking - Is likely to emphasize realistic plans and tangible goals.
- Work Intensity - Should be comfortable maintaining an intense pace to achieve objectives and will strive to produce more than expected.

Cautious Thinking
Impulsive                                           Careful

**Detail Interest**

Dislikes details                                                    Enjoys detailed work

**Follow Through**

Low                                                                            High

**Process-Focused**

Unstructured                                                              Structured

**Realistic Thinking**

Imaginative                                                              Practical

**Work Intensity**

Unhurried                                                                    Urgent

©2023 HARVER, ALL RIGHTS RESERVED                    CONFIDENTIAL

**Interview Guide**

# NICOLE FREELING

**Consultative Sales (Sandler)**

freelingnicole@yahoo.com

## Interview Date: _____

---

**OPENING QUESTIONS**

---

1. Please tell me about your work history. In past roles, were you responsible for bringing in new business or dealing with existing clients? What was your average deal size?

2. Tell me about what attracted you most to this position. What prompted you to apply for this job? What would make you choose our company over others?

3. Describe your ideal work environment. In what type of work culture do you feel you perform best? Tell me about a time in the last week when you've been satisfied, energized, or productive at work. What were you doing?

4. We all have preferences when it comes to supervisory style and the type of manager with whom we work most effectively. What type of oversight and interaction do you prefer from a manager? Why do you feel this helps you work most effectively?

5. SELF-AWARENESS: If there was something in your past you were able to go back and do differently, then what would it be?

---

 CONFIDENTIAL

6. SELF-AWARENESS: Tell me about your biggest failure related to (Skill).

7. SELF-AWARENESS: What are the characteristics of someone who has high self-awareness? What are the characteristics of someone who has poor self-awareness? How would you rate your level of self-awareness from 1-10? What makes you say that? What are your top 3 weaknesses right now regarding sales skills and what are you doing to improve?

8. SELF-AWARENESS: What is a development area, deficit, or gap you've had to overcome or improve in your career? How did you identify this gap and what did you do to improve?

9. AT THE END OF THE INTERVIEW (RESIST STALLS & OBJECTIONS): "You have answered all of my questions and you have some very strong qualifications for this sales job. We have to review the information we've collected during this process and will get back to you to let you know the next step." Does the candidate accept your "think it over?" Do they ask questions to determine how "real" their chances are? Do they clarify the decision making process - who, what, when? Do they ask about next steps when they receive a call?

## COMPETENCY QUESTIONS

### AMBITION & DRIVE

Recall a time when you were especially engaged and motivated in your sales job. What was the strong motivator for you to work hard? What skills and abilities did you use to stay engaged? How do you maintain your energy for long sustained efforts? What can cause you to stop the activities or demotivates you?

ANSWER:

Tell me about your current goals. Do you have them written down? How often do you review them? What is your sales goal for this year? Do you have goals for other areas of your life?

ANSWER:

Tell me about the top 3 priorities in your current or most recent sales job. How do you know these are the right priorities? Are they the same priorities your boss would list? How do you go about setting your job priorities? How often do/can these top priorities change?

ANSWER:

**TAKES ACTION: ADAPTABILITY**

Name a time when you were "slow on the trigger" with a prospect/client and wished you had acted sooner. What were the consequences of delaying action? What did you learn? How did you decide to take action? Can you identify a general type of situation where you are slow to act?

ANSWER:

Describe a time when you were working on a sale and something happened which required a significant change to your solution. What was the situation? What happened to derail your original plan? How did you react?

ANSWER:

Tell me about a sale you are proud of in which you were forced to adapt your original approach/solution based on signals from your prospect that your plan was not going to work? Do you think you adapted quickly enough? Tell me about any signals you overlooked in the moment that you now know should have caused you to alter course sooner than you did.

ANSWER:

**PROBLEM SOLVING: DECISIVE JUDGMENT**

Tell me about a time you were able to address the root cause of a prospect's problem. Was this challenging and why? How did you identify the cause? Did it take more time and effort? How did you solve the problem? Describe the results. What lessons did you learn?

ANSWER:

Give me an example of a situation when you realized you wouldn't be able to meet a prospect's requirements or timeline. What actions did you take? What was the result?

ANSWER:

**PROCESS ORIENTATION**

Describe your format for a sales call agenda. How often is your sales call agenda written down? Do you share all or part of the agenda with the prospect? Describe your pre-call sales plan and what you include on it. Do you pre-plan all of your sales calls? If not, how do you decide which ones to pre-plan?

ANSWER:

Do you have a written plan to work your territory and accounts? Is it short-term, long-term, or both? Is it driven by your goals and objectives? Describe. How often do you change your work plan? Give me an example of a reason why you would change your work plan. How would you plan to work this opportunity if you were hired?

ANSWER:

If I wanted to schedule a meeting with you next week, could we do that right now? How do you keep track of your schedule? What do you put on your schedule? Do you schedule blocks of time for important tasks?

ANSWER:

## ACCEPTS RESPONSIBILITY: CONTINUOUS IMPROVEMENT

Tell me about a time when you didn't make your sales quota and it was particularly disappointing. Why did it happen? Was the quota fair? Do you believe achieving the desired results was within your control? What would you have done differently? What did you learn?

ANSWER:

Give me an example of a sale you lost which really was costly or hurtful to you. In terms of losing the sale, what percentage of the loss was due to your actions and what percentage was due to the actions of others or circumstances? Was there a way you could have avoided it? What could you have done differently? Did you conduct a "post-call debrief" analysis? What did you learn?

ANSWER:

Everybody makes mistakes. Describe your most memorable sales call mistake. What did you do when you realized the mistake? What steps did you take to correct the mistake? Were you able to continue the sales process? How did things turn out? What did you learn?

ANSWER:

If there was one element of your selling style or process that could be improved, what would it be? How have you been working on this? What difference do you think it will make if you do not improve in this area? Why haven't you resolved it yet?

ANSWER:

**ACCEPTS RULES & DIRECTION**

Give me an example of where you considered a sales policy or procedure to be irrelevant or a waste of time. Did you follow it anyway? Did you bring up your concerns with management? How did you go about having that conversation? Have you ever suffered any consequences for failing to comply with certain policies or procedures? Which ones, and why?

ANSWER:

Like all of us, sales managers sometimes make bad decisions. Describe a situation when you disagreed with authority and challenged the request/decision. Why did you disagree? How did you let management know of your disapproval. What was the result? Describe the relationship with management afterwards.

ANSWER:

Tell me about a manager that you respected and trusted. What was their management style? Are you open to management suggestions even if you don't fully "buy in?" Recall a manager who closely supervised you when you wanted to be left alone or one who provided little supervision to you when you were looking for clear direction to do your job. What happened? What would that manager say about you?

ANSWER:

Tell me about how you keep your manager fully informed of your sales pipeline. Is it a chore or do you find it helpful? At what point can it become a chore? Can you give an example of helpful input you received as a result of providing the updates? Give an example of how you seek help from your manager or others on sales strategies.

ANSWER:

**CONTROL & CLOSE: INFLUENCING**

Describe a time when an important prospect was irritated with you or your company on a significant point of negotiation. How did you manage the conflict? Did you get the sale without "caving in?" Can you have conflict without damaging the relationship? How?

ANSWER:

Recall a time you acted to shorten the sales cycle, making it much shorter than the prospect originally expected. What was the key thing you did to accomplish this? How did the prospect feel about this? Was the sale dollar volume larger or smaller than originally discussed? Did the prospect resist or delay at any time? Do you often shorten the sales cycle? How so?

ANSWER:

Tell me about a time when a customer or prospect was very mistaken about what they thought they wanted. Was it easy for you to exert influence and redirect them? How would you approach such a situation? Do you have techniques or a system you find helpful in this regard? Have you ever declined to participate rather than redirect the process? How do you feel about the phrase "the customer is always right?"

ANSWER:

**EMOTIONALLY OBJECTIVE: RESILIENCE**

Objections are inevitable in the sales process. Give me an example of a sale you made despite many customer objections during the process. What were the objections? How were you able to overcome them? How did you feel in this situation? Would you rather encounter a lot of objections or just a few objections? Why? Do you raise potential objections before the prospect voices them? Do you ever get a "sinking feeling" with customer objections? If so, how do you handle that feeling?

ANSWER:

Give me an example of a sale you forecasted to close and then the prospect raised an objection that placed the sale in jeopardy. How long did it take you to decide what to do next? What were the results of this situation? Did you worry about losing the sale? How much did you worry? Would you do anything differently now? What would you say most often throws you off balance in a typical sales pursuit?

ANSWER:

Tell me about a time you became flustered when a prospect stated an objection or related a false perception about your company. What did you do or say? How do you correct a prospect's false perceptions? What did you do to justify or defend your position? Do you usually get the sale when these situations occur?

ANSWER:

**LEARNING AGILITY**

Tell me an area of sales where your skills could be improved. What would improvement in this area enable you to do? Have you tried to improve in this area in the past? What did you do? Do you have plans to further improve your skills? How?

ANSWER:

Describe a time when you enrolled in training or an education opportunity without being asked to do so. How did you select the training? How much time, effort, or sacrifice was required to get the most out of the training? What do you see as the most important results of the training? How would you describe the "personal ROI" on the effort? What is the main reason you would take additional training?

ANSWER:

Market changes will eventually impact everyone's job and make some skill sets obsolete. Name the market change in your current industry which could most likely impact how you approach your job. Are you currently equipped to deal with this change? What would you have to change to be successful in the future? Are you willing to make this change happen? Have you ever switched jobs or careers because you didn't want to accept a change? Describe.

ANSWER:

Give me a recent example of your decision to learn a new sales technique where you very clearly stepped out of your comfort zone. Were you tempted to drop the effort when it initially was uncomfortable? How long did it take you to become proficient? Did it improve your sales results? Short term? Long term? Would you do it again? How long ago was this? Do you have a more recent example?

ANSWER:

## MOBILITY

How do you approach your week-to-week schedule with regard to making calls from the office versus spending time on the road or at client sites? Where do you believe your "pay time" is best spent?

ANSWER:

Give me an example of a job which required "too much" travel. How long was this a problem? Was it a problem at first, or did it become a problem over time? What did you do about it? What was the end result?

ANSWER:

There are many ways to communicate with others - in person, phone calls, web or video conference, or email. How do you decide what method is appropriate in a given scenario? Tell me about your experience with these forms of meetings. Have you ever landed significant business without a face-to-face meeting? Describe. Did the method you chose ever hurt your chances on a sales call?

ANSWER:

## NEED FOR APPROVAL

Tell me about a time when you shared your expertise with a prospect, only to have the prospect ask a competitor to quote based upon your information. Did you get the business? How do you avoid having a prospect inappropriately share your approach or expertise? Has this made you less likely to supply proposals or quotes? Does supplying your expertise put you on the inside track for business?

ANSWER:

Tell me about a sale you made to a prospect who didn't care for you or who treated you poorly. How did you make the sale happen? How did you feel about the prospect? Was it difficult not to take the treatment and comments personally? Did you avoid the prospect? Did you go "above and beyond" to satisfy the prospect's requests?

ANSWER:

Suppose a new prospect assures you that you are in a "good position" to receive the business. Your sales manager asks you to assign a percentage likelihood of closing the business. What do you say? If you assign a percentage, what is it? If the answer is "it depends," what does it depend on? Isn't the phrase "good position" a positive indicator?

ANSWER:

In sales, how important is it to be liked? Do you think most successful sales professionals have a bubbly personality? Is it better in sales to be optimistic or pessimistic? What makes you say that? If a prospect is upset with you, does that mean the sale is lost or under threat?

ANSWER:

## NEGOTIATING CONFLICT

Tell me about a time when a client took a hard and unreasonable stand during the sales process. Did you back down? Why or why not? Was that the right thing to do? Could you have involved anyone else to change the outcome? Would you do things differently now?

ANSWER:

What does it take for you to address a situation which may cause conflict? Are you comfortable addressing it immediately or do you need to think it through first? Do you ever avoid the situation entirely? Give me an example where you were able to resolve the conflict satisfactorily for both parties?

ANSWER:

Tell me about your toughest negotiation. Describe the situation. Describe the tasks or behaviors that you had to use to get the resolution. What was the end result? Did you win? What constitutes a win? Was it difficult for you? Would you do it again? Was anyone else available on your team to assist you? Could you do it today without any help?

ANSWER:

Give me an example of a situation where you had to give bad news to your manager. Did you wait to tell them the news? Why? Was the reaction better or worse than you expected? Would you approach it differently now? Describe.

ANSWER:

**POSITIVE OUTLOOK**

Describe a situation in which you were frustrated by the obstacles you faced when trying to achieve an important sales goal. What caused the frustration? How did you handle it?

ANSWER:

Describe a time when you lost a huge client or a large sale. How did you rebound from the adversity? How long did it take you to rebound? Do you have any techniques to help you? Describe. If you were to give yourself a pep talk, what would you say?

ANSWER:

Could you give me an example where you saw the positive in a situation before others did? What is a current situation where you are a positive influence on others? How do you interact with those who have a negative attitude? How do you avoid being pulled into the chorus of "naysayers?"

ANSWER:

## QUALIFYING: MAKE SOUND DECISIONS

Tell me about an opportunity that required numerous sales calls to close. Did you do any of these sales calls face-to-face? How did you decide when you were ready for a face-to-face? How did you decide when additional calls were needed? What do you do when a prospect invites you back for further discussions or to find out more? Have you ever said no to a request to come back?

ANSWER:

What is the longest period of time you have called on someone before receiving business? What made you continue to prospect them? Do you feel that if you can just establish a relationship with a prospect, they will do business with you?

ANSWER:

## QUESTIONING: COMPELLING COMMUNICATION

Other than price, which is critical, what other criteria is important to a prospect when they are making their decision to buy? Tell me about a time when you were convinced that you were a great fit for a client, but they made the purchase decision all about price. Is it more important to understand a prospect's problem or their budget? Why?

ANSWER:

Tell me about a time when you sold a prospect a product or service only to find they were unhappy because they were expecting a different solution than the one you provided. What was the disconnect? Did you rely on them to tell you what they were looking for?

ANSWER:

What is your strategy for getting prospects and clients to trust you? What are the best ways to have the prospect think of you as a trusted advisor, not just another vendor? Describe a time when you were proud of your ability to withhold your comments until you had all the facts. What were there results?

ANSWER:

**READING THE SITUATION**

Tell me how you use your insight or intuition during successful sales calls with a prospect. What cues do you use to determine if the prospect is engaged, uncomfortable, or uninterested? What actions do you take to confirm you are correct? How do these actions impact the outcome?

ANSWER:

You met with a prospect 2-3 times and have a good rapport with them. They request that you return and present a proposal but you suspect they are loyal to their current supplier. What would you do? Would it make a difference if the resources to write the proposal were limited? What further questions would you ask? Isn't a prospect asking for a proposal usually a good sign?

ANSWER:

What is the longest period of time you have called on someone before receiving their business? What made you continue to prospect them? Do you feel if you can just establish a relationship with the prospect, then they will do business with you?

©2023 HARVER, ALL RIGHTS RESERVED
CONFIDENTIAL

ANSWER:

## RELATIONSHIP MANAGEMENT

Tell me about a situation where you worked to build a strong relationship with a prospect or client. How did you decide the relationship was important to develop? How did you go about developing the relationship? Did you make the sale? If you made the sale, then how much was due to the relationship? Could the relationship have gotten in the way of the sale? How so?

ANSWER:

What makes it difficult to relate well to certain prospects/clients? With what type of prospect or client do you find it difficult to establish a meaningful relationship? Can you give me a specific example where you struggled in this regard? What is your strategy for developing business relationships? How do you go about developing these relationships? What do you do to sustain and maintain them over time?

ANSWER:

How important is it to establish, maintain, or grow relationships with prospects and clients? Why do you believe that? How consistently do you seek to learn about a prospect's job duties, experiences, interests, and background? Do you have a systematic approach? Describe. Can you easily remember the information from sales call to sales call? Do you have a system to record the information?

ANSWER:

## RESISTS STALLS AND OBJECTIONS

What is your approach for navigating through objections or stall tactics brought up by a prospect? Give me an example of a past situation where a customer raised objections mid-way through a deal. What did you do? What was the end result?

ANSWER:

Tell me about a time when you believed a prospect was going to buy. They asked for time to consider all of the information. They said they would call you the following week. You followed up over and over, yet did not get the sale. How did you finish the sales call? What could you have done differently? Do you have any favorite questions to ask in these cases? How did you feel about them calling you back? Is granting a prospect's request for time to review the information an acceptable way to end a sales call? Give me an example where you resisted a "think it over" end to the sales call? What were the results?

ANSWER:

Tell me about a recent major purchase you made. Did you comparison shop? How many places? Did you do thorough research? Should you have done more? How long did it take to make the purchase? Do you have admiration for people who research to get the best buy?

ANSWER:

## SALES PROSPECTING: PLANNING AND ORGANIZING

What type of prospecting activities have you done in the past? What personal system or process do you use to help you organize and execute your prospecting activities? Give me an example of when you've prospected a lead creatively and the steps you took to do so?

ANSWER:

How would you describe the ideal sales lead for this company? How do you see yourself obtaining leads? Who do you typically call upon in the company hierarchy?

ANSWER:

How do you determine what activities must be completed to achieve your sales quota? Are the activities written down? Do you keep track of activities you complete? How often do you achieve your goal each week? How often do you review or revise your activities and goals?

ANSWER:

## FOLLOW-UPS

For the following competency(ies): **Need for Approval**, the individual scored **above** the match area for Accommodation.
Tell me about a time when you took an unpopular position at work. What was the situation? What was most challenging for you?

*(Listen for an ability to be direct and speak up when needed.)*

For the following competency(ies): **Ambition & Drive, Resists Stalls and Objections**, the individual scored **below** the match area for Assertiveness.
Tell me about a work project where you led an initiative or were in charge of the project. How did you influence others to gain their support? What was the outcome?

*(Listen for the ability to be forceful or influential when needed.)*

For the following competency(ies): **Problem Solving: Decisive Judgment, Resists Stalls and Objections**, the individual scored **above** the match area for Cautious Thinking.
Tell me about a recent decision you had to make at work. What did you take into account? What was the timeline? What was the outcome?

*(Listen for a tendency to balance thoroughness of evaluating a decision with timeliness. Did the individual overthink the issue?)*

For the following competency(ies): **Ambition & Drive, Resists Stalls and Objections**, the individual scored **below** the match area for Competitiveness.
When you started your last job, did you set any goals for advancement in the company? What were your goals and how did you go about planning for them? How successful were you?

*(Listen for a desire to grow and achieve professional goals.)*

For the following competency(ies): **Takes Action: Adaptability, Questioning: Compelling Communication, Qualifying: Make Sound Decisions, Negotiating Conflict, Relationship Management, Emotionally Objective: Resilience, Learning Agility**, the individual scored **below** the match area for Criticism Tolerance.
Tell me about a past situation in which you felt criticized by a supervisor, coworker or group leader. What were the circumstances? How did you respond?

*(Listen for sensitivity or defensiveness to criticism.)*

For the following competency(ies): **Sales Prospecting: Planning and Organizing**, the individual scored **below** the match area for Detail Interest.
Tell me how you feel about working with details. Give me examples from your previous jobs of details you think were important and others you thought were unimportant. How did you decide which to pay attention to?

*(Listen for a tendency to overlook or avoid the tedious or mundane details that may be important for the role.)*

For the following competency(ies): **Questioning: Compelling Communication, Reading the Situation**, the individual scored **below** the match area for Interpersonal Insight.
Describe a recent difference of opinion you had with a co-worker. What was their perspective? What was yours? What were the underlying issues?

*(Listen for an ability and willingness to understand and anticipate another person's perspective.)*

For the following competency(ies): **Takes Action: Adaptability, Questioning: Compelling Communication, Accepts Responsibility: Continuous Improvement, Learning Agility, Mobility**, the individual scored **below** the match area for Multitasking.
What type of work do you like? Do you prefer variety or consistency? Why? Would you rather focus on one task or do several at the same time?

*(Listen for a dislike of or an inability to engage in multitasking.)*

For the following competency(ies): **Takes Action: Adaptability**, the individual scored **below** the match area for Preference for Structure.
Describe a situation when you took the initiative to make a decision without direction or guidance from your supervisor. What happened? What was the outcome?

*(Listen for an ability to balance initiative with appropriate guidance seeking and input from others.)*

For the following competency(ies): **Accepts Responsibility: Continuous Improvement, Problem Solving: Decisive Judgment, Mobility, Process Orientation**, the individual scored **above** the match area for Process-Focused.

We all have times at work where things get very busy, even overwhelming. Tell me about a time when you were faced with a lot of challenges or projects. How did you deal with this? What was the outcome?

*(Listen for a tendency to focus on process or quality so much that it prevents the individual from getting the work done on time. How has the individual been able to balance a focus on process and getting it 'just so' with efforts to meet deadlines or quotas?)*

For the following competency(ies): **Takes Action: Adaptability**, the individual scored **above** the match area for Realistic Thinking.

Tell me about a time when you felt it was better to continue with a way of doing something rather than adopting a new approach. How did others feel? What did you decide to do in the end?

*(Listen for a resistance to new ideas or trying new solutions.)*

For the following competency(ies): **Control & Close: Influencing, Relationship Management, Mobility**, the individual scored **below** the match area for Sociability.

Tell me about work situations where it is easy for you to initiate conversation with people and those where it is difficult. What makes these situations different? How does this impact your approach to interacting with others?

*(Listen for the ability to engage others socially when needed.)*

For the following competency(ies): **Ambition & Drive**, the individual scored **below** the match area for Work Intensity.

Describe a time when you were responsible for a project at work that required a fast response or had a really short deadline. What did you do? How did you feel working under these circumstances? What was the result?

*(Listen for a tendency to work more deliberately and slower than is ideal. Can the individual adjust their work intensity to meet the demands of the situation? What impact does this have on the individual?)*

# CERTIFICATE OF COMPLETION

*This is to certify that:*

## *Nicole Freeling*

*"Systematic Selling / Sandler Sales Academy Boot Camp"*
*(16 hours of Sandler Fundamentals)*
*Conducted by*
*Bailey Marketing Concepts, Inc.*
*Orange County, California*
*June 22nd – 23rd, 2022*

*Instructor*
*J. Scott Bailey*



Bailey Marketing Concepts, Inc.      www.BaileyMarketing.Sandler.com      800.4.BAILEY

# EMPLOYMENT APPLICATION

The Company is an equal opportunity employer and does not discriminate against any applicant or employee because of race, color, religion, gender, national origin, age, disability, veteran status, citizenship or any other characteristic protected by federal, state, or local law.

## APPLICANT INSTRUCTIONS

Individuals who need assistance with any phase of the application process should notify the person who gave them the application to request a reasonable accommodation.

1  Complete all four pages.
4.  Print clearly: incomplete or illegible applications will not be processed. PLEASE NOTE "NOT APPLICABLE" IF NOT ANSWERING A QUESTION.
5.  Provide only requested information. Failure to do so may result in disqualification of your application.
6.  Some packets may include an EEO Self Identification Form. This information is being gathered for federal recordkeeping and/or affirmative action purposes only. The information requested is voluntary and will be kept confidential. An applicant will not be subject to any adverse treatment for refusing to complete the questionnaire.

Position aPPlied for: _____ Inside sales _____

todaY's date: _____ 6/3/2022

naMe: _____ Freeling _____ Nichole _____
              LAST           FIRST          MI

HoMe PHone: __317 500 8757_____ WorK PHone: _____

CUrrent address: __8631 Sierra ridge dr _____
          STREET

  indianapolis        IN         46239
      CITY           STATE         ZIP

PRIOR ADDRESS: _____
         STREET

      CITY           STATE         ZIP

Are you at least 18 years of age?  ☑ Yes  ☐ No

Are you legally eligible to work in the United States? ☑ Yes  ☐ No
Proof of employment eligibility will be required if hired.

## AVAILABILITY

What date can you start? ___6/20/2022_____   What category would you prefer? ☑ Full time  ☐ Part time  ☐ Temporary  ☐ Labor pool

For which schedules are you available?*  ☐ Weekdays  ☑ Weekends  ☐ Evenings  ☐ Nights  ☐ Overtime  ☐ Shift  ☐ Other ____

*Reasonable efforts will be made to accommodate sincerely held religious beliefs.

## ESSENTIAL JOB FUNCTIONS

☑ Yes  ☐ No  Have you been given a job description or had the essential functions of the job explained to you?

☑ Yes  ☐ No  Do you understand these essential functions?

☑ Yes  ☐ No  After carefully reviewing the job description and physical requirements of the job for which you are applying, are you able to perform the essential functions of the job with or without reasonable accommodation?

## PROFESSIONAL LICENSES AND CERTIFICATIONS

☑ Yes  ☐ No  Do you hold any professional licenses or certifications?
Name of license/certifications ____ Real Estate Broker _____

license/certification number: ____RC52100155_____ issuing state: _____INDIANA_____

☐ Yes  ☑ No  Has your license/certification ever been revoked or suspended?
If yes, state the reason(s), date of revocation or suspension, and date of reinstatement: _____

_____

## REFERENCES

Include only individuals familiar with your work ability. Do not include relatives or names of supervisors listed.

| NAME | ADDRESS/PHONE | YEARS KNOWN/RELATIONSHIP |
|---|---|---|
| 1.  NA | | |
| 2. | | |
| 3. | | |

## EDUCATION

Please circle highest grade completed.   7   8   9   10   11   12   13   14   15   16   16+

If your school records are under a different name than listed above, please enter that name _____

| | NAME | CITY/STATE | GRADUATED | DEGREE TYPE |
|---|---|---|---|---|
| HIGH SCHOOL | FC TUCKER | Indpls IN | ☑ Yes ☐ No | |
| COLLEGE | | | ☐ Yes ☐ No | |
| OTHER | | | ☐ Yes ☐ No | |

## PREVIOUS EMPLOYERS

PLEASE NOTE:  Your application may not be considered unless every question in this section is answered.  Since we will make every effort to contact previous employers, the **correct telephone numbers of past employers are critical.** Ask for a phone book or call information if necessary. FOR EMPLOYERS OUTSIDE THE U.S., A CURRENT FAX NUMBER IS MANDATORY.

In Massachusetts an applicant may include any verified work performed on a volunteer basis.

**MOST RECENT EMPLOYER**   ☐ Yes  ☐ No   Are you currently working for this employer?
☐ Yes  ☐ No   If yes, may we contact?

PHONE  (      )
FAX      (      )

Resume

COMPANY NAME                    CITY                         STATE

FROM              TO
DATES EMPLOYED                  JOB TITLE                    SUPERVISOR NAME

DUTIES

                    PER
SALARY         (HOUR, WEEK, MONTH)    REASON FOR LEAVING

---

**SECOND MOST RECENT EMPLOYER**

PHONE  (      )
FAX      (      )

COMPANY NAME                    CITY                         STATE

FROM              TO
DATES EMPLOYED                  JOB TITLE                    SUPERVISOR NAME

DUTIES

                    PER
SALARY         (HOUR, WEEK, MONTH)    REASON FOR LEAVING

---

**THIRD MOST RECENT EMPLOYER**

PHONE  (      )
FAX      (      )

COMPANY NAME                    CITY                         STATE

FROM              TO
DATES EMPLOYED                  JOB TITLE                    SUPERVISOR NAME

DUTIES

                    PER
SALARY         (HOUR, WEEK, MONTH)    REASON FOR LEAVING

---

**FOURTH MOST RECENT EMPLOYER**

PHONE  (      )
FAX      (      )

COMPANY NAME                    CITY                         STATE

FROM              TO
DATES EMPLOYED                  JOB TITLE                    SUPERVISOR NAME

DUTIES

                    PER
SALARY         (HOUR, WEEK, MONTH)    REASON FOR LEAVING

## DRIVER'S LICENSE INFORMATION

☑ Yes ☐ No   If the job requires, do you have the appropriate valid driver's license?

name on license _Nichole Freeling_____ dl # _2310712973_____ type _INDIANA_____ state of issue_____

☐ Yes ☑ No   Have you had any moving violations within the last seven years? Please describe. _____

## CRIMINAL HISTORY

Please note that a "Yes" answer to any of the following questions will not necessarily disqualify you from employment. Factors such as the age and time of the offense, seriousness and nature of the violation, and rehabilitation will be considered when making any employment decisions.

Have you ever been convicted of or pleaded guilty to a crime? **Do not include convictions that were sealed, erased, annulled or expunged pursuant to a court order.**

**NOTE: Before answering this question regarding criminal convictions, plesae refer to the instructions below if you reisde or are applying for a position in California, Connecticut, District of Columbia, Georgia, Hawaii, Massachusetts, Nevada, New York, or Washington.**

☐ Yes ☑ No   Please explain any "Yes" answer. Use additional paper if necessary.

_____

_____

Are you currently awaiting trial for any criminal offense?

☐ Yes ☑ No   Please explain any "Yes" answer. Use additional paper if necessary.

_____

_____

## INSTRUCTIONS FOR ANSWERING CRIMINAL CONVICTION INQUIRY

**California Applicants:** Do not identify any misdemeanor conviction for which probation has been successfully completed or otherwise discharged and the case has been dismissed by a court. Do not disclose your referral to or participation in any pretrial or post trial diversion program. Also, do not identify marijuana-related convictions entered by the court more than 2 years ago that involve: unlawful possession of marijuana; transportation or giving away up to 28.5 grams of marijuana, other than concentrated cannabis, or the offering to transport or give away up to 28.5 grams of marijuana, other than concentrated cannabis; possession of paraphernalia used to smoke marijuana; being in a place with knowledge that marijuana was being used; or being under the influence of marijuana.

**Connecticut Applicants:** Applicants are not required to disclose the existence of any arrest, criminal charge, or conviction, the records of which have been erased pursuant to section 46b - 146, 54 - 76o or 54 - 142a of the Connecticut General Statutes. Criminal records subject to erasure under these sections are records pertaining to a finding of delinquency or the fact that a child was a member of a family with service needs, an adjudication as a youthful offender, a criminal charge that has been dismissed or nolled (not prosecuted), a criminal charge for which the person was found not guilty, or a conviction for which the offender received an absolute pardon. Any person whose criminal records have been erased pursuant to these sections is deemed to have never been arrested within the meaning of the law as it applies to the particular proceedings that have been erased, and may so swear under oath.

**District of Columbia Applicants:** Do not identify convictions that are more than ten (10) years old.

**Georgia Applicants:** Do not identify any guilty plea that was discharged by the court under Georgia's First Offender Act.

**Hawaii Applicants:** Do not answer this question at this time. You will only have to answer this question if you receive a conditional offer of employment. At that time, you will be asked whether you have been convicted of a crime within the past ten (10) years.

**Massachusetts Applicants:** An applicant for employment with a sealed record on file with the Commissioner of Probation may answer "no record" with respect to an inquiry herein relative to prior arrests, criminal court appearances or convictions. In addition, an applicant for employment may answer "no record" with respect to an inquiry relative to prior arrests, court appearances and adjudications in all cases of delinquency or as a child in need of services which did not result in a complaint transferred to the superior court for criminal prosecution. Massachusetts applicants should not disclose information regarding first-time misdemeanor convictions for drunkenness, simple assault, speeding, minor traffic violations, affray or disturbance of the peace. Finally, Massachusetts applicants should not disclose convictions for other misdemeanors where the date of conviction or the end of any period of incarceration was more than five years ago unless there have been subsequent convictions within those five years.

**Nevada Applicants:** Only disclose misdemeanors that result in imprisonment and all felonies.

**New York Applicants:** Do not disclose information regarding any criminal proceeding that terminated in a "youthful offender adjudication", as defined in section 720.35 of the New York Criminal Procedure Law.

**Washington Applicants:** Do not identify any conviction that is more than ten (10) years old at the time of making this application.

## CERTIFICATION AND RELEASE

I understand that this application form is intended for use in evaluating my qualifications for employment and that this application is not an offer of employment.  I further understand that if hired, my employment will be considered "at-will" and that my employment may be terminated for any reason, with or without cause or notice, at any time by me or the Company and that this application is not intended to constitute a contract of continued employment.

I certify that the information submitted by me on this application is true and complete.  I understand that any false information, misrepresentations or omissions on this application, on other written materials, or provided during any interviews will lead to the rejection of my application or, if I am employed, discipline up to and including termination at the time such false information or omission is discovered.

I understand that additional testing of job-related skills and for the presence of drugs may be required prior to employment.  I also understand that after an offer of employment and prior to reporting to work, I may be required to submit to a medical review and depending on Company policy and the needs of the job, I may be required to complete a medical history form and be examined by a medical professional designated by the company.  I also understand that I may not be under the influence of drugs or alcohol during employment and that if Company policy so requires, I may be required to submit to drug and/or alcohol testing at an approved testing facility.

I understand that smoking is prohibited in all indoor areas of the Company's facilities unless designated smoking areas have been established at a particular location in accordance with applicable state and local law.

I authorize the Company and/or its agents, including consumer reporting bureaus, to investigate and verify any of the information provided by me.  I authorize my former employers, educational institutions, references and any relevant agencies to provide information to the Company and/ or its agents concerning my background and experience.  I release the Company and all parties providing information to the Company about my background and experience from any liability whatsoever arising therefrom.

| SIGNATURE  *Nichole Freeling* | DATE  6/3/2022 |
|---|---|

This application will only be considered for 90 days.  If you have not been hired within 90 days of filling out this application and you wish to be considered for future employment, you must complete a new application.

## STATE SPECIFIC NOTIFICATIONS

"Under Maryland law, an employer may not require or demand, as a condition of employment, prospective employment or continued employment, that an individual submit to or take a lie detector or similar test.  An employer who violates this law is guilty of a misdemeanor and subject to a fine not exceeding $100."

**Maryland Applicants:**  please sign and acknowledge receipt of the above notice.

| SIGNATURE  *Nichole Freeling* | DATE  6/3/2022 |
|---|---|

**Massachusetts Applicants:**  "It is unlawful in Massachusetts to require or administer a lie detector test as a condition of employment or continued employment. An employer who violates this law shall be subject to criminal penalties and civil liability."

**Rhode Island Applicants:**  "The company is subject to Chapters 29-38 of Title 28 of the General Laws of Rhode Island, and is therefore covered by the state's workers' compensation law.

## PCX Inc _ notice of adverse action

From:  Mary Jane Christner (maryjane@pcxco.com)

To:   freelingnicole@yahoo.com

Date:  Monday, June 27, 2022, 06:40 PM EDT

Hello Nichole,

It was a pleasure to meet you when you came to CA.

I attached her the following :

- · The result of the Background check
- · Notice of Adverse Action from PCX, Inc
- · The FCRA Rights Summary

PCX has paid you 5 days of work from June 20th  through June 24th .

The 1k , will be issued to you upon management gave me the clearance to do so , it will be probably in the form of a check .

I wish you all the best .

If you have any concerns or question , please do not hesitate to reach out.

Kindly

Mary Jane

 Preliminary Notice of Adverse Action - Nichole Freeling .pdf
230.6kB

 fcra_rightssummary.pdf
366.6kB

 Order#44559062 - Nichole Freeling Criminal Background Result.pdf
553.6kB



# PRELIMINARY NOTICE OF ADVERSE ACTION

June 27, 2022

Nichole Freeling
8631 Sierra Ridge Drive, Apt F
Indianapolis, IN 46239

Dear Nichole,

Enclosed is the *Background Screening Result* that you authorized to conduct as part your conditional employment offer with PCX, Inc. Included is *"A Summary of Your Rights under the Fair Credit Reporting Act"*.

A decision has been made by PCX, Inc. to rescind your employment offer. This decision was based, either in whole or in part, on the information contained in your Consumer Report.

The Consumer Report was used only for employment purposes and prepared for us by a consumer-reporting agency. If you wish to dispute any information in the report, please contact the agency listed below. The consumer-reporting agency, however, did not make the employment decision.

ADP Screening and Selection Services
Phone Number: 888-606-7868
Website: https//www.adpselect.com

Sincerely,

Gilles Aouizerat
CEO
PCX, Inc.

**ADP®**                                        *Background Screening Results*

**Freeling, Nichole M**

SS#   XXX-XX-6070

D.O.B   01/20/1979

---

### Report Disclosure

**Pursuant to California Civil Code 1786.29, please note that this report does not guarantee the accuracy or truthfulness of the information as to the subject of the report, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report. ADP shall provide a consumer seeking to obtain a copy of a report or making a request to review a file, a written notice in simple, plain English and Spanish setting forth the terms and conditions of his or her right to receive all disclosures as provided in Section 1786.26.**

**Report Contents**

- Client Order Summary
- Verification Tools
- Civil Records Search
- Criminal Records Search
- Bankruptcy Records Search
- Governmental Registries Search
- Sex Offender Registry Search

**PCX INC**

Order #44559062

Requested by:
  Maryjane Christner on 06/06/2022

Viewed/Printed on:
  06/22/2022 at 11:34 am

## Limitation on Reportable Information

Consumer Reporting Agencies (CRA) are restricted in certain states from providing certain criminal and arrest information and certain states limit a CRA's ability to report criminal history records beyond 7 years. Criminal history information will not be provided in certain states beyond 7 years despite a client ordering an Extended Criminal History Report.

## Client Order Summary

The following is a summary of the ADP background checks as requested. The details on the results provided are contained in the report that follows.

**This order was completed on 06/22/2022**

**Verification Tools**

  **Social Security Number Death Master Search (SSNDMS)**
  ✅ **No Death Record Found**

**Civil Records Search**

  **Indiana, Marion County 7 Year Civil**
  ✅ **No Record Found**

**Criminal Records Search**

  **ADP Crim Radar**
  ✅ **No Record Found**

  **Indiana, Marion County Criminal Record Search**
  ⚠️ **Record Found**

  **Wants and Warrants**
  ❌ **Cancelled**

**Bankruptcy Records Search**

  **Federal Bankruptcy - Southern District of Indiana**
  ⚠️ **Record Found**

**Governmental Registries Search**

  **FACIS Level 1 Search**

**ADP®**

*Background Screening Results*

**Freeling, Nichole M**

SS# XXX-XX-6070

D.O.B 01/20/1979

**Report Contents**

- Client Order Summary
- Verification Tools
- Civil Records Search
- Criminal Records Search
- Bankruptcy Records Search
- Governmental Registries Search
- Sex Offender Registry Search

**PCX INC**

Order #44559062

Requested by:
 Maryjane Christner on 06/06/2022

Viewed/Printed on:
 06/22/2022 at 11:34 am

✓ **No Record**

**FACIS Level 1M Search**
 ✓ **No Record**

**FACIS Level 3 Search**
 ✓ **No Record**

**Food and Drug Administration Sanctions**
 ✓ **No Record**

**Government Sanctions Registry**
 ✓ **No Record**

**OIG / GSA Registries Search**
 ✓ **No Record**

**Sex Offender Registry Search**

**Indiana Sex Offender Registry**
 ✓ **No Record**

**Multi State Sex Offender Registry**
 ✓ **No Record**

**Other/Misc.**

**Order Builder**
 ✓ **Completed**

Fair Credit Reporting Act Notice for End Users

An end-user's acceptance and use of this report constitutes their certification that they are in full compliance with the Fair Credit Reporting Act (15 U.S.C. Section 1681 et seq., as amended) and all applicable state and federal laws, including but not limited to state and federal equal employment opportunity laws.  Prior to requesting or using this report, clients must have signed a Statement of Terms and Conditions certifying that users are familiar with, will abide by and will use the report in compliance with all applicable  laws, including but not limited to, the Fair Credit Reporting Act. Although reasonable procedures are followed to assure accuracy, ADP Screening and Selection Services does not guarantee the accuracy or completeness of the information provided in this report as ADP Screening and Selection Services is not the source of the information.  Final verification of an individual's identity and proper use of the report is the user's responsibility.

*Background Screening Results*

**Freeling, Nichole M**

SS#  XXX-XX-6070

D.O.B  01/20/1979

# Verification Tools

ADP's Verification Tools help you validate personal information provided by an individual, but do not verify an individual's identity.

### Social Security Number Death Master Search (SSNDMS)

Social security number matched against Social Security Administration Death Master File. The Death Master File contains death records reported to the Social Security Administration from various sources, excluding protected state records.

Item completed for client on  06/06/2022

 **No Death Record Found**

#### Fair Credit Reporting Act Notice for End Users

An end-user's acceptance and use of this report constitutes their certification that they are in full compliance with the Fair Credit Reporting Act (15 U.S.C. Section 1681 et seq., as amended) and all applicable state and federal laws, including but not limited to state and federal equal employment opportunity laws.  Prior to requesting or using this report, clients must have signed a Statement of Terms and Conditions certifying that users are familiar with, will abide by and will use the report in compliance with all applicable  laws, including but not limited to, the Fair Credit Reporting Act. Although reasonable procedures are followed to assure accuracy, ADP Screening and Selection Services does not guarantee the accuracy or completeness of the information provided in this report as ADP Screening and Selection Services is not the source of the information.  Final verification of an individual's identity and proper use of the report is the user's responsibility.

**Report Contents**

- Client Order Summary
- Verification Tools
- Civil Records Search
- Criminal Records Search
- Bankruptcy Records Search
- Governmental Registries Search
- Sex Offender Registry Search

**PCX INC**

Order #44559062

Requested by:
 Maryjane Christner on 06/06/2022

Viewed/Printed on:
 06/22/2022 at 11:34 am

**ADP®**  *Background Screening Results*

**Freeling, Nichole M**

SS#  XXX-XX-6070

D.O.B  01/20/1979

# Civil Records Search

ADP's Civil Records searches are available at the county and federal levels and may reveal restraining orders, misappropriation of proprietary business information and other civil disputes.

## Indiana, Marion County 7 Year Civil

Civil records for the most recent 7 years.

Marion County - Circuit Court Clerk

Item completed for client on  06/13/2022

✅ **No Record Found**

### Report Contents

- Client Order Summary
- Verification Tools
- Civil Records Search
- Criminal Records Search
- Bankruptcy Records Search
- Governmental Registries Search
- Sex Offender Registry Search

Fair Credit Reporting Act Notice for End Users

An end-user's acceptance and use of this report constitutes their certification that they are in full compliance with the Fair Credit Reporting Act (15 U.S.C. Section 1681 et seq., as amended) and all applicable state and federal laws, including but not limited to state and federal equal employment opportunity laws.  Prior to requesting or using this report, clients must have signed a Statement of Terms and Conditions certifying that users are familiar with, will abide by and will use the report in compliance with all applicable  laws, including but not limited to, the Fair Credit Reporting Act. Although reasonable procedures are followed to assure accuracy, ADP Screening and Selection Services does not guarantee the accuracy or completeness of the information provided in this report as ADP Screening and Selection Services is not the source of the information.  Final verification of an individual's identity and proper use of the report is the user's responsibility.

**PCX INC**

Order #44559062

Requested by:
  Maryjane Christner on 06/06/2022

Viewed/Printed on:
  06/22/2022 at 11:34 am

**ADP®**

*Background Screening Results*

**Freeling, Nichole M**

SS#  XXX-XX-6070

D.O.B  01/20/1979

**Report Contents**

- Client Order Summary
- Verification Tools
- Civil Records Search
- Criminal Records Search
- Bankruptcy Records Search
- Governmental Registries Search
- Sex Offender Registry Search

**PCX INC**

Order #44559062

Requested by:
Maryjane Christner on 06/06/2022

Viewed/Printed on:
06/22/2022 at 11:34 am

# Criminal Records Search

ADP Screening and Selection Services reporting standards are based on Fair Credit Reporting Act guidance, state and local laws and background screening industry best practices. The types of criminal and lesser offenses reported will vary by jurisdiction and by the specific search ordered. Our standard practice is to report the following within the previous seven years: convictions (for criminal offense); other adverse dispositions (for lesser offenses); and cases pending a final outcome. We also report other adverse activity occurring in the previous seven years, even if the related conviction/adverse disposition falls outside this time period. If permitted by applicable law and provided by the source, we report convictions beyond seven years for "extended" searches, which would be denoted below in the name of the search. State-specific or local reporting restrictions and/or industry requirements may apply under certain circumstances and override these reporting standards.

## ADP Crim Radar

The ADP Crim Radar solution scans available criminal records databases and automatically engages county criminal searches to verify any potential criminal court records. A criminal records database is not a comprehensive repository of all jurisdictions in the United States, but used in conjunction with prior address history can enhance the county criminal record search coverage.

Item completed for client on  06/10/2022

 **No Record Found**

## Indiana, Marion County Criminal Record Search

This 7-year search is designed to locate, at the county seat, felony and misdemeanor offenses but may include lesser, non-criminal offenses such as traffic or ordinance violations.

Item completed for client on  06/09/2022

 **Record Found**

### Indiana, Marion County Criminal Record Search

Information from:  **Marion County Courts**

**Case 1**  •  Number: **49D22-1704-CM-014356**  •  File date: **04/18/2017**

Names listed in case:  **Freeling, Nichole M**

SSNs listed in case:  **None listed**

Dates of birth listed in case:  **01/20/1979**

Addresses listed in case:  **6237 Nimitz Dr, Indianapolis, in 46219**

Physical description:  **Female, 5 Feet 02 Inches, 155 Pounds**

 Offense 1: **Driving While Suspended - Requires a Knowing Violation and a Prior Conviction,  Misdemeanor**

Offense date:  **12/19/2016**

**Date not provided - Pending - No court date set**

 Offense 2: **Knowingly or Intentionally Operating Motor Vehicle Without Ever Receiving a License,  Misdemeanor**

Offense date:  **12/19/2016**

**Date not provided - Pending - No court date set**

*Background Screening Results*

**Freeling, Nichole M**

SS#  XXX-XX-6070

D.O.B  01/20/1979

Fair Credit Reporting Act Notice for End Users

An end-user's acceptance and use of this report constitutes their certification that they are in full compliance with the Fair Credit Reporting Act (15 U.S.C. Section 1681 et seq., as amended) and all applicable state and federal laws, including but not limited to state and federal equal employment opportunity laws.  Prior to requesting or using this report, clients must have signed a Statement of Terms and Conditions certifying that users are familiar with, will abide by and will use the report in compliance with all applicable  laws, including but not limited to, the Fair Credit Reporting Act. Although reasonable procedures are followed to assure accuracy, ADP Screening and Selection Services does not guarantee the accuracy or completeness of the information provided in this report as ADP Screening and Selection Services is not the source of the information.  Final verification of an individual's identity and proper use of the report is the user's responsibility.

**Report Contents**

- Client Order Summary
- Verification Tools
- Civil Records Search
- Criminal Records Search
- Bankruptcy Records Search
- Governmental Registries Search
- Sex Offender Registry Search

**PCX INC**

Order #44559062

Requested by:
  Maryjane Christner on 06/06/2022

Viewed/Printed on:
  06/22/2022 at 11:34 am

**ADP®**                                                      *Background Screening Results*

**Freeling, Nichole M**

SS# XXX-XX-6070

D.O.B 01/20/1979

# Bankruptcy Records Search

Federal Bankruptcy Court Records are available from the U.S. Federal District Courts, which shows whether an individual has filed for bankruptcy and if so, the type of bankruptcy filing.

## Federal Bankruptcy - Southern District of Indiana

Bankruptcy records for the most recent 7 years.

Information from:  Federal Bankruptcy - Indianapolis-BK, Indiana

Item completed for client on  06/14/2022

⚠ **Record Found**

### Case 1 - Number 19-07426-RLM-7

Name : **Freeling, Nicole**
SSN : **XXX-XX-6070**
Date of birth : **None listed**
Addresses listed: **2645 Colbert Dr**
                            **Indianapolis, IN   46219**

File date: **10/04/2019**
Chapter: **7**
Status: **Discharged**
Assets: **N**
Judgment date: **04/01/2020**
Judgment: **Not provided**

Additional information: **Not provided**

Fair Credit Reporting Act Notice for End Users
An end-user's acceptance and use of this report constitutes their certification that they are in full compliance with the Fair Credit Reporting Act (15 U.S.C. Section 1681 et seq., as amended) and all applicable state and federal laws, including but not limited to state and federal equal employment opportunity laws.  Prior to requesting or using this report, clients must have signed a Statement of Terms and Conditions certifying that users are familiar with, will abide by and will use the report in compliance with all applicable  laws, including but not limited to, the Fair Credit Reporting Act. Although reasonable procedures are followed to assure accuracy, ADP Screening and Selection Services does not guarantee the accuracy or completeness of the information provided in this report as ADP Screening and Selection Services is not the source of the information.  Final verification of an individual's identity and proper use of the report is the user's responsibility.

**Report Contents**

- Client Order Summary
- Verification Tools
- Civil Records Search
- Criminal Records Search
- Bankruptcy Records Search
- Governmental Registries Search
- Sex Offender Registry Search

**PCX INC**

Order #44559062

Requested by:
  Maryjane Christner on 06/06/2022

Viewed/Printed on:
  06/22/2022 at 11:34 am

*Background Screening Results*

**Freeling, Nichole M**

SS# XXX-XX-6070

D.O.B 01/20/1979

# Governmental Registries Search

ADP's Governmental Registries Search checks for disciplinary actions logged into public registries by federal agencies, licensing, and certification agencies in all 50 states based on publicly published information only.

## FACIS Level 1 Search

Fraud and Abuse Control Information System, Level 1 search contains information on sanctioned individuals from OIG LEIE, GSA EPLS, FDA, DEA and Tricare.

Information from: Fraud and Abuse Control Information System

Item completed for client on 06/06/2022

 **No Record**

## FACIS Level 1M Search

Fraud and Abuse Control Information System, Level 1 M search contains information on sanctioned individuals from OIG LEIE, GSA EPLS, FDA, DEA and Tricare.

Information from: Fraud and Abuse Control Information System

Item completed for client on 06/06/2022

 **No Record**

**Report Contents**

- Client Order Summary
- Verification Tools
- Civil Records Search
- Criminal Records Search
- Bankruptcy Records Search
- Governmental Registries Search
- Sex Offender Registry Search

## FACIS Level 3 Search

Fraud and Abuse Control Information System, Level 3 search contains information on sanctioned individuals from OIG LEIE, GSA EPLS, FDA, DEA and Tricare, as well as disciplinary action from licensing agencies in all 50 state (including a search of Texas DADS' Nurse Aide Registry, Medication Aide Registry and Employee Misconduct Registry).

Information from: Fraud and Abuse Control Information System

Item completed for client on 06/06/2022

 **No Record**

**PCX INC**

Order #44559062

Requested by:
Maryjane Christner on 06/06/2022

Viewed/Printed on:
06/22/2022 at 11:34 am

## Food and Drug Administration Sanctions

Searches numerous lists that contain persons debarred, disqualified or otherwise sanctioned pursuant to several sections of the Federal Food, Drug, and Cosmetic Act and as published in the Federal Register.

Information from: United States Food and Drug Administration

Item completed for client on 06/07/2022

 **No Record**

No records found in the following sources:
> **FDA Disqualified / Restricted / Assurance Lists For Clinical Investigators**
> **Public Health Service Administrative Actions Listing**
> **FDA Debarment List**

## Government Sanctions Registry

Government sanctions and denied parties lists.



*Background Screening Results*

**Freeling, Nichole M**

SS# XXX-XX-6070

D.O.B 01/20/1979

Item completed for client on  06/06/2022

 **No Record**

## OIG / GSA Registries Search

Includes sanctions and exclusions lists from the Office of Inspector General (list of excluded individuals / entities) and General Services Administration (excluded party list system) databases.

Information from:  General Services Administration - Epls (Excluded Parties List System), Office of Inspector General - Leie (List of Excluded Individuals / Entities)

Item completed for client on  06/06/2022

**No Record**

No records found in the following sources:
**GSA Excluded Parties List System**
**OIG List of Excluded Individuals / Entities**

**Report Contents**

- Client Order Summary
- Verification Tools
- Civil Records Search
- Criminal Records Search
- Bankruptcy Records Search
- Governmental Registries Search
- Sex Offender Registry Search

Fair Credit Reporting Act Notice for End Users

An end-user's acceptance and use of this report constitutes their certification that they are in full compliance with the Fair Credit Reporting Act (15 U.S.C. Section 1681 et seq., as amended) and all applicable state and federal laws, including but not limited to state and federal equal employment opportunity laws.  Prior to requesting or using this report, clients must have signed a Statement of Terms and Conditions certifying that users are familiar with, will abide by and will use the report in compliance with all applicable  laws, including but not limited to, the Fair Credit Reporting Act. Although reasonable procedures are followed to assure accuracy, ADP Screening and Selection Services does not guarantee the accuracy or completeness of the information provided in this report as ADP Screening and Selection Services is not the source of the information.  Final verification of an individual's identity and proper use of the report is the user's responsibility.

**PCX INC**

Order #44559062

Requested by:
Maryjane Christner on 06/06/2022

Viewed/Printed on:
06/22/2022 at 11:34 am

*Background Screening Results*

**Freeling, Nichole M**

SS#  XXX-XX-6070

D.O.B  01/20/1979

**Report Contents**

- Client Order Summary
- Verification Tools
- Civil Records Search
- Criminal Records Search
- Bankruptcy Records Search
- Governmental Registries Search
- Sex Offender Registry Search

# Sex Offender Registry Search

ADP's Sex Offender Registry search checks state public sex offender registries to reveal individuals who are listed on the registry.

### Indiana Sex Offender Registry
State Registry of Sex Offenders.

Information from:  Sex and Violent Offender Registry Manager (Registry)

Item completed for client on  06/07/2022

 **No Record**

### Multi State Sex Offender Registry
Multi-State Sex Offender Registry search provides results obtained through the search of a proprietary index of registered sex offenders, with detail verified at the state registry level.  The search includes an examination of the public sex offender registries for 48 U.S. States (not California or Nevada) and the District of Columbia.

Information from:  Consolidated Sex Offender Registry Information

Item completed for client on  06/06/2022

 **No Record**

Fair Credit Reporting Act Notice for End Users

An end-user's acceptance and use of this report constitutes their certification that they are in full compliance with the Fair Credit Reporting Act (15 U.S.C. Section 1681 et seq., as amended) and all applicable state and federal laws, including but not limited to state and federal equal employment opportunity laws.  Prior to requesting or using this report, clients must have signed a Statement of Terms and Conditions certifying that users are familiar with, will abide by and will use the report in compliance with all applicable  laws, including but not limited to, the Fair Credit Reporting Act. Although reasonable procedures are followed to assure accuracy, ADP Screening and Selection Services does not guarantee the accuracy or completeness of the information provided in this report as ADP Screening and Selection Services is not the source of the information.  Final verification of an individual's identity and proper use of the report is the user's responsibility.

**PCX INC**

Order #44559062

Requested by:
Maryjane Christner on 06/06/2022

Viewed/Printed on:
06/22/2022 at 11:34 am

*Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

**A Summary of Your Rights Under the Fair Credit Reporting Act**

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.
- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - o   a person has taken adverse action against you because of information in your credit report;
  - o   you are the victim of  identity theft and place a fraud alert in your file;
  - o   your file contains inaccurate information as a result of fraud;
  - o   you are on public assistance;
  - o   you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.
- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.
- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.
- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.
- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.
- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.
- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.
- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688.
- The following FCRA right applies with respect to nationwide consumer reporting agencies:

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE**

**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization**. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.
- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

v1018

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates.<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a.  Consumer Financial Protection Bureau<br>    1700 G Street, N.W.<br>    Washington, DC 20552<br>b.  Federal Trade Commission: Consumer Response Center<br>    600 Pennsylvania Avenue, N.W.<br>    Washington, DC 20580<br>    (877) 382-4357 |
| 2. To the extent not included in item 1 above:<br><br>a.  National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br>b.  State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act<br>c.  Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br>d.  Federal Credit Unions | a.  Office of the Comptroller of the Currency<br>    Customer Assistance Group<br>    1301 McKinney Street, Suite 3450<br>    Houston, TX 77010-9050<br>b.  Federal Reserve Consumer Help Center<br>    P.O. Box 1200<br>    Minneapolis, MN 55480<br>c.  FDIC Consumer Response Center<br>    1100 Walnut Street, Box # 11<br>    Kansas City, MO 64106<br>d.  National Credit Union Administration<br>    Office of Consumer Financial Protection (OCFP)<br>    Division of Consumer Compliance Policy and Outreach<br>    1775 Duke Street<br>    Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Aviation Consumer Protection Division<br>Department of Transportation<br>1200 New Jersey Avenue, S.E.<br>Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>395 E Street, S.W.<br>Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third Street, S.W., Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, N.E.<br>Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA  22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission: Consumer Response Center<br>600 Pennsylvania Avenue, N.W.<br>Washington, DC 20580<br>(877) 382-4357 |

**EXHIBIT 8**

| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT 22 |
| COUNTY OF MARION | ) SS:<br>) | |

F I L E D

June 29, 2022

CLERK OF THE COURT
MARION COUNTY
BP

| STATE OF INDIANA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NICHOLE M FREELING | ) | CAUSE NO. 49D22-1704-CM-014356 |

<u>ORDER ON MOTION TO DISMISS</u>

The Court having examined State's Motion to Dismiss and being duly advised, now grants said motion.

**June 29, 2022**
Date

_____
Judge
Marion County Superior Court 22

**EXHIBIT 8b**

reinstatement

From:  Foster, Benjamin (benjamin.foster@indy.gov)

To:  n.freeling@yahoo.com

Date:  Wednesday, December 14, 2022 at 08:28 AM EST



☆   **SUMMARY**   DETAIL   PARTIES   CHARGES   EVENTS   SERVICE   HEARINGS   CONDITIONS   NOTES   DISPOSITION   ▷

**49G13-1408-CM-040159**

State of Indiana v. Nichole M Freeling

| | | |
|---|---|---|
| Lead Attorney: | Katz, Matthew Swaim | |
| PD: | 11/10/2014 | |

| | | |
|---|---|---|
| Status | **Decided** | 🌐 3039 |
| Filed | 08/19/2014 | |
| Type | **CM - Criminal Misdemeanor** | |
| Court | Marion Superior Court 22 | |
| Judicial Officer | Pratt, Marcel A, Jr. | |
| Magistrate | | |
| Financial Balance | 0.00 | |

**Charges**                                                                                                          **Dispositions**

| | | | | |
|---|---|---|---|---|
| 1. 9-24-19-2/MA: Driving While Suspended requires a knowing violation and a prior | (MA) | 07/18/2014 | Judgment | Dismissed |
| 2. 9-32-6-13/MA: Altered Interim License Plate Operate a vehicle with an altered ir | (MA) | 07/18/2014 | Judgment | Dismissed |
| 3. 9-18-2-7/IFC: Expired Plates | (IFC) | 07/18/2014 | Judgment | Dismissed |

**Most Recent Events & Hearings**                                            Case Summary

| | |
|---|---|
| 03/06/2017 | Order Granting Petition for Waiver of Reinstatement Fee |
| | Order Signed: 03/06/2017 |
| | *Motion granted, order signed and sent to BMV. bpc* |
| 03/02/2017 | Petition for Waiver of Fee for Driver License Reinstatement |
| | File Stamp: 03/01/2017 |
| | Filed By: Defendant Freeling, Nichole M |
| | *PDIS Filing - Reinstatement Petition* |
| 03/02/2017 | Proposed Order |
| | File Stamp: 03/01/2017 |
| | Filed By: Defendant Freeling, Nichole M |
| | *PDIS Filing - Reinstatement Order* |
| 02/16/2016 | TCN is not applicable/available |
| 09/30/2015 | **Judgment** (Judicial Officer: Pratt, Marcel A, Jr. ) |
| | Defendant Freeling, Nichole M |
| 09/30/2015 | Order Granting Motion to Dismiss  (Judicial Officer: Pratt, Marcel A, Jr.) |
| | Order Signed: 09/30/2015 |
| | *case dismissed per state; D-32* |
| 09/30/2015 | Motion to Dismiss Filed |
| | File Stamp: 09/30/2015 |
| | Filed By: State Plaintiff State of Indiana |
| 09/30/2015 | **Bench Trial** (Judicial Officer: Pratt, Marcel A, Jr.) |
| 8:30 AM | Location: Marion Superior Court 22 |
| | Result: Commenced and concluded |
| 05/28/2015 | Automated ENotice Issued to Parties |
| | Sent To: Public Defender Katz, Matthew Swaim |
| | View more events   View more hearings |

**statistical closure**

| | |
|---|---|
| 09/30/2015 | Dismissed |
| | *D-32; essentiall polic...* |

**defendant demographics**

| | | |
|---|---|---|
| DOB | 01/20/1979 | Black Female |
| DL | IN-2310712937 | 5'2" 155 lbs |
| SSN | 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 | Hair  Brown |
| | | Eyes  Brown |

**time standards**                    Bond Forfeiture

**case cross reference**

Police Agency Number
DP140075620
Prosecutor Case Management Number
49-DM1139433

**case file**

*Waiver and Release of Liability*

**In Consideration for the 1000.00 payment, Devon Carter releases PCX, Inc. and its agents, employees, and all stakeholders of all liability and claims of any and all kinds.**

**I, Devon Carter, hereby, for myself, my heirs, executors, administers, or assigns, or personal representatives (hereby collectively, "Releasor", "I", or "me", knowingly and voluntarily enter into the Waiver and release of liability and hereby waive any and all rights, claims, or causes of action of any kind arising out of my participation to date in the PCX, Inc. training programs and as an employee of PCX, Inc.**

**I hereby release and forever discharge PCX, Inc. located at 7755 Center Avenue, suite 1050, Huntington Beach, CA, 92647, its affiliates, members, agents, attorneys, staff, volunteers, heirs, representatives, predecessors, successors, and assigns, from any damages, claims, or injury of any kind that I may have suffered as a direct result of my participation in traveling and training to PCX, Inc.**

**I VOLUNTARILY PARTICIPATED IN THE PCX, INC. TRAINING AND TRAVEL AND HAVE PARTICIPATED IN SUCH AT MY OWN RISK. I AM AWARE OF THE RISKS ASSOCIATED WITH PARTICIPATING IN THE ABOVE ACTIVITY, WHICH MAY INCLUDE, BUT NOT LIMITED TO: PHYSICAL OR PSYCHOLOGICAL INJURY, PAIN, SUFFERING, ILLNESS, DISFIGUREMENT, TEMPORARY OR PERMANTENT DISABILITY INCLUDING PARALYSIS, ECONOMIC OR EMOTIONAL LOSS, AND DEATH. I UNDERSTAND CONDITIONS RELATED TO TRAVEL TO AND FROM THE ACTIVITY, OR FROM CONDITIONS AT THE ACTIVITY LOCATIONS. NONETHELESS, I ASSUME ALL RELATED RISKS, BOTH KNOWN AND UNKNOWN TO ME, OF MY PARTICIPATION IN THIS ACTIVITY.**

**I AGREE FURTHER** to indemnify, defend and hold harmless the Releasees against any and all claims, suits, or actions of any kind whatsoever for liability, damages, compensation or otherwise brought by me or anyone on my behalf, including attorney's fees and related costs.

**I FURTHER ACKNOWLEDGE** that Releasees are not responsible for errors, omissions, acts of failures to act of any party or entity conducting a specific event or activity on behalf of Releasees.

**I HEREBY ACKNOWLEDGE THAT I HAVE CAREFULLY READ THIS 'WAIVER AND RELEASE' AND FULLY UNDERSTAND THAT IT IS A RELEASAE OF ALL LIABILITY. I EXPRESSLY AGREE TO REALEASE AND DISCHARGE PCX, INC. AND ALL OF ITS AFFILIATES, MANAGERS, MEMBERS, AGENTS, ATTORNEYS, ANY ALL CLAIMS OR CAUSES OF ACTION AND I FURTHER AGREE TO VOLUNTARILY GIVE UP OR WAIVE ANY RIGHT THAT I OTHERWISE HAVE TO BRING LEGAL ACTION AGAINST PCX, INC. FOR ANY PERSONAL INJURY OR PROPERTY DAMAGE AS WELL.**

To the extent that statue or case law does not prohibit release for ordinary negligence, this release is also for such negligence on the part of PCX Inc., its agents, and employees.

I agree that this release shall be governed for all purposes by California Law, without regard to any conflict of law principles. This release supersedes any and all previous oral or written promises or other agreements made by me and between PCX, Inc.

In the event that any damage to equipment or facilities occurs as a result of my own or my family's or my agent's willful actions, neglect or recklessness, I acknowledge and agree to be held liable for any all costs associated with any such actions of neglect or recklessness.

**THIS WAIVER AND RELEASE OF LIABILITY SHALL REMAIN IN EFFECT FOR THE DURATION OF MY PARTICIPATION IN THE ACTIVITIES ABOVE, DURING THIS INITIAL AND ALL SUBSEQUENT TRAVEL, EVENTS, TRAINING, OR PARTICIPATING IN SUCH.**

x_____          Date signed: _____

_____

**Print Name**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RV / L2D 21653245 | 01/10 | 8030576 | 1 of 1 |

PCX INC
7755 Center Avenue
Suite 1050
HUNTINGTON BEACH, CA 92647

### Earnings Statement



Period Starting: 06/16/2022
Period Ending: 06/30/2022
Pay Date: 06/30/2022

Taxable Filing Status: Head Of Household
Exemptions/Allowances:     Tax Override:
  Federal:  Std W/H Table     Federal:  0.00 Addnl
  State:    1                 State:
  Local:    0                 Local:
Social Security Number:XXX-XX-XXXX

**Nichole M Freeling**
**8631 Sierra Ridge Drive**
**Apt F**
**Indianapolis, IN 46239**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 80.00 | 807.69 | 807.69 |
| **Gross Pay** | | | **$807.69** | $807.69 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -50.08 | 50.08 |
| Medicare | -11.71 | 11.71 |
| Indiana State Income | -18.69 | 18.69 |
| Marion R Local Income | -11.69 | 11.69 |
| **Net Pay** | | **$715.52** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 24.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 24.00 |
| Total Hours Worked | 80.00 | 80.00 |

Deposits
| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5760 | XXXXXXXXX | 715.52 |

Your federal taxable wages this period are  $807.69

PCX INC
7755 Center Avenue
Suite 1050
HUNTINGTON BEACH, CA 92647

**Pay Date:**    06/30/2022

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX5760 | XXXXXXXXX | 715.52 |

Nichole M Freeling
8631 Sierra Ridge Drive
Apt F
Indianapolis, IN 46239



## 2019 EMPLOYEE HANDBOOK

# Pacific Component Xchange

*PCX, Inc.*
**Pacific Component Xchange**
**17912** Gothard Street
Huntington Beach, CA 92647
714.374.3070
714.374.4213 FAX
www.pcxco.com

# *Table of Contents*

**A. INTRODUCTION & CONDITIONS OF EMPLOYMENT** ......................................................**A-1**
   Welcome..................................................................................................................A-1
   Mission Statement ...................................................................................................A-2
   PCX Core Values.....................................................................................................A-2
   PCX Operating Principles ........................................................................................A-2
   At-Will Agreement ...................................................................................................A-3
   Conditions of Employment ......................................................................................A-3
   Equal Opportunity Employer ...................................................................................A-4
   Open Door Policy.....................................................................................................A-4
   Reporting / Non-Retaliation Policy..........................................................................A-5

**B. GENERAL POLICIES AND STANDARDS** ..................................................................**B-1**
   General Standards of Conduct................................................................................B-1
   Employee Honesty Policy........................................................................................B-2
   Policy Against Discrimination and Harassment ......................................................B-2
   Relationships In The Workplace .............................................................................B-4
   Workplace Conduct ................................................................................................B-4
   Drug and Alcohol-Free Workplace Policy................................................................B-5
   Employee Privacy ...................................................................................................B-7
   Searches of Company and Employee Property.......................................................B-7
   No Solicitation or Distribution .................................................................................B-8
   Conflicts of Interest ................................................................................................B-8
   Confidential and Proprietary Company Information .................................................B-9
   Use of Computers, Telephones and  Other Electronic Equipment and Systems ...........B-10
   Social Media ..........................................................................................................B-12
   Contacts with the Media or Other Third Parties......................................................B-13

**C. WORKPLACE SAFETY**..........................................................................................**C-1**
   Workplace Safety....................................................................................................C-1
   Smoke-Free Workplace ..........................................................................................C-1
   Workplace Violence ................................................................................................C-2
   Workplace Security and Authorized Access............................................................C-2
   Accidents on PCX Premises ...................................................................................C-3
   Off-duty Recreational, Social and Athletic Activities ...............................................C-3

**D. EMPLOYMENT PROCEDURES AND RESPONSIBILITIES**...........................................**D-1**
   Employee Status .....................................................................................................D-1
   Personnel Records .................................................................................................D-2
   Payroll.....................................................................................................................D-2
   Timekeeping and Overtime .....................................................................................D-3
   Rest Breaks and Meal Periods ...............................................................................D-3
   Attendance and Job Abandonment .........................................................................D-4
   Tardiness Policy......................................................................................................D-5
   Business Expense Reimbursement .........................................................................D-5
   Driving Authorization and Reimbursement ..............................................................D-5
   Personal Telephone Calls .......................................................................................D-6
   Personal Appearance..............................................................................................D-6
   Performance Reviews .............................................................................................D-7

Disciplinary Actions ....................................................................................... D-7
Termination and Post-termination Procedures ............................................. D-8
COBRA Benefits ............................................................................................ D-8

**E.  EMPLOYEE BENEFITS** ................................................................................. **E-1**
Group Medical, Vision and Dental Insurance ............................................... E-1
Term Life Insurance Coverage ..................................................................... E-1
Holidays ........................................................................................................ E-1
Vacation Leave ............................................................................................. E-2
Paid Sick Leave ............................................................................................ E-2

**F.  LEAVES OF ABSENCE AND ACCOMMODATION POLICIES** ...................... **F-4**
Disability, Pregnancy and Breastfeeding Accommodation ........................... F-4
Workers' Compensation ................................................................................ F-4
Medical and Pregnancy Disability Leaves of Absence ................................. F-5
Paid Family Leave ......................................................................................... F-7
New Parent Leave ("Baby Bonding") ............................................................ F-8
Military Leave of Absence ............................................................................. F-8
Military Caregiver Leave ................................................................................ F-9
Leave for Military Spouse / Partner on Deployment Leave .......................... F-9
Leave for Emergency Personnel ................................................................... F-10
Donor Leave .................................................................................................. F-10
Jury Duty ....................................................................................................... F-11
Victim of Domestic Violence, Sexual Assault or Stalking ............................. F-11
Witness or Victim of Serious or Violent Felony ............................................ F-11
Voting ............................................................................................................ F-12
School Leave Policy ...................................................................................... F-12
Personal Leave ............................................................................................. F-12

**G.  ACKNOWLEDGMENT** .................................................................................... **G-1**
Acknowledgment – Employee Copy (Employee to Retain) ........................... G-1
Acknowledgment – Employer Copy (Sign and Turn In) ................................ G-2

# A.   _INTRODUCTION & CONDITIONS OF EMPLOYMENT_

## Welcome

### _A message from Gilles Aouizerat, CEO/President_

**W**elcome to Pacific Component Xchange, Inc. ("PCX" or the "Company").  PCX is one of the largest independent stocking distributors of semi-conductors, with over 100,000 individual line items in stock totaling over 2 billion Integrated Circuits, Resistors, Caps, Connectors, SRAM, DRAM, VRAM, SGRAM, modules and many more configurations.  We supply OEMs, CEMs, and other independent distributors (brokers) with chips from stock as well as outsourcing chips from other brokers, OEMs and CEMs.  We are truly an 'exchange' of electronic components.

We expect you to be knowledgeable about the Company, our products, services and basic procedures in regards to the PCX way of doing business so you can pitch in and help out as required throughout the organization.  This doesn't mean that you have to know all the intimate details or the workings of every department, but you should be conversant with our general procedures and philosophies.  Talk to the PCX veterans and familiarize yourself with the "how-to" of things so that if you have to answer a customer question because no one else is available, you can do so with authority, intelligence and knowledge, and without answering something to the effect of "I have no idea."

This Employee Handbook is being provided to you in order to acquaint you with PCX, offer general guidelines to your employment, and summarize many of the Company's policies and benefits.  It is intended to be a resource to you throughout your employment with PCX.  The policies contained in this Employee Handbook supersede all policies previously issued by the Company regarding the same subject matter.

**This Handbook is not a contract for employment, with the exception of the At-will Agreement.**  All Company policies, procedures and benefits may be updated, added to, changed or rescinded from time to time, as the Company may deem appropriate or necessary, with the exception of the At-will Agreement, which may be altered only by an express, written agreement that is signed by CEO.   When material changes are made, you will be notified in writing.

Please note, none of the statements or provisions of this Handbook is intended to restrict or prohibit you from engaging in protected, concerted activity under the National Labor Relations Act.

As a condition of your employment, you are required to read, understand and agree to abide by the provisions contained in this Handbook, and to execute and turn in the Acknowledgement at the end of this Handbook.  Whether or not the Acknowledgement is signed, all provisions contained in this Handbook apply to each employee.

If you have any difficulty reading or understanding any portion of this Employee Handbook, or if you have any questions concerning your employment, please speak with the Business Manager  or the CEO.

# Mission Statement

*To provide defect-free products and services, in a timely manner, that meet or exceed our customers' expectations while maintaining a company atmosphere which fosters loyalty to each other and our mission, as well as being professionally, personally and financially rewarding.*

# PCX Core Values

**P**rofitability, **C**onsistency and e**X**cellence in electronic component distribution

Day by day as you perform your duties, keep the core value in the forefront of everything you do. From your interaction with team members within your department and across departments, to the execution of all your duties, the core will guide you. Is what you are doing or considering doing impacting **profitability** positively? Are you **consistently** executing on your responsibilities each day regardless of your mood or others' moods? Do you consider the quality of your performance and behavior towards others (within and outside the company) as **excellent**? This is our core value. If you need help in making a decision or need a standard to measure yourself against, let our core guide you.

# PCX Operating Principles

Shared values and operating principles are vital to the well being of any organization and are the single largest influences of a company's culture. Here is how we work together:

- **Act like an owner…** We are all owners, so act like an owner. We are committed to the overall success of our company.

- **Everyone's a leader…** We empower team members to make decisions, manage their own work, and coordinate with others.

- **Assume innocence…** We trust in the positive intentions of others. We go to the source for answers.

- **Work hard, play hard…** We value balance. When at work, accomplish what we set out to do by working smart, staying focused, and working with a sense of urgency.

- **Keep your head in the game…** We do what we say, we are accountable. We are committed to the team goals and objectives.

- **Open door policy…** We keep the channels of communication open. We respect each others' ideas and opinions.

- **Take others with you…** We lead by example.

- **Recognition culture…** We find reasons to celebrate individual and team achievements. We say "thanks" for a job well done.

- **Control your own destiny…** We have passion for our jobs. We're passionate about what we do. We encourage and support the career development of every individual.

# At-Will Agreement

Employment with PCX is "at-will," which means that both you and PCX have the right to terminate your employment at any time, with or without cause and with or without prior notice.  One purpose of this Handbook is to make clear your right to resign, and PCX's right to terminate or modify your employment at any time.  In addition, PCX may change your duties, position, work schedule and compensation, and may transfer, reassign, promote, demote, suspend or otherwise change the terms and conditions of your employment (other than the at-will relationship), with or without cause or prior notice.  The implementation of disciplinary procedures or warnings does not alter the at-will status of any employee.

The at-will relationship may not be changed by any person, statement or conduct, whether express or implied, other than by a written agreement that expressly alters the at-will status and is signed by the CEO.  This is an integrated statement of the at-will employment relationship

You must understand and accept this at-will relationship as an integral part of your employment with PCX.  Once again, if you have any questions regarding this policy or your employment with PCX, please feel free to speak to Human Resources.

# Conditions of Employment

Your offer of employment with PCX is conditioned upon the following:

- Satisfactory completion of criminal background and/or reference checks;

- Submission and verification of all education, certifications, licenses, and other credentials

- Completion of I-9 form, which requires submission of original valid documentation that confirms identity and authorization to work in the United States (such as a valid driver's license and social security card or valid US Passport, Green Card or Foreign Passport that contains a temporary I-1551 stamp or temporary I-551 printed notation on a machine readable immigrant visa), and re-submission upon expiration of such documentation; and

- Reading this Handbook, and executing and turning in the Employee Acknowledgement Page of this Handbook on or before the 5th day after hire date.

Please be advised that any adverse information that is learned before or during your employment may result in the withdrawal of the offer, or termination, of employment.  Such information may include, but is not limited to, information regarding unlawful conduct in connection with prior employment or any criminal record of violent conduct.  In addition, falsification of any information on your employment application or other documents may result in the withdrawal of the offer, or termination of employment (at any time).

If you have any questions about any of the terms and conditions of your employment with PCX, please see the Human Resources Coordinator.

# Equal Opportunity Employer

PCX is an equal opportunity employer.  When making hiring and employment decisions, PCX does not discriminate on the basis of race, color, national origin, ancestry, religion (including religious belief, observation, dress and grooming), sex, gender (including transgender, gender identity and gender expression), sexual orientation, political affiliations or activities, military service/veteran status, marital status, pregnancy (including childbirth, breastfeeding and related health conditions), age (40 and above), physical or mental disability, medical condition (cancer and genetic information or characteristics), or any other legally protected basis.

Our management is dedicated to ensuring the fulfillment of this policy with respect to the recruitment and hiring of candidates for employment, the terms and conditions of employment, and the training, placement, transfer, promotion, demotion, layoff, termination, compensation, employee benefits, working conditions, classification, referral and the general treatment of all employees.

If you believe that you may have experienced or witnessed, or have otherwise become aware of, possible discrimination, please immediately report your concerns to the Human Resources Coordinator or the CEO.  Failure to report your concerns and provide the necessary information prevents the Company from taking the appropriate steps to investigate, prevent and/or correct such situations.  PCX prohibits retaliation against anyone who opposes, reports or assists another person in reporting suspected discrimination.

# Open Door Policy

One of the key ingredients to success is a policy and practice of open communication between management and employees.  Management cannot know of your concerns, questions or suggestions unless they are brought to its attention.  An open door policy exists to promote communication, resolve concerns, answer questions, and encourage suggestions that may benefit PCX and its employees.

For this reason, if you have a work-related problem, PCX encourages you to discuss it in person with your supervisor as soon as possible, either verbally or in writing.  If the problem is not resolved to your satisfaction, or if you do not feel comfortable discussing the issue with your supervisor, you may speak with, or submit a written complaint to, the Human Resources Coordinator or the CEO. Nothing in this policy is intended to prohibit you from raising your concerns through additional or alternate means.  Again, the goal is to address any issues as soon as possible, and to prevent the continuation of work-related problems, misunderstandings, questions or difficulties that perpetuate unresolved workplace challenges.

You will be protected from retaliation if you have used these procedures in good faith to resolve any problems you may have.  The Company's objective is to ensure a workplace in which employees feel safe and comfortable communicating their concerns.

# Reporting / Non-Retaliation Policy

It is PCX's intention to comply fully with all rules, regulations and laws applicable to PCX's business. To this end, each individual must know and understand how to report any activity that he or she reasonably suspects may be unsafe, illegal, unethical, fraudulent, inappropriate, or in violation of any Company policy ("Violation").  This policy is intended to encourage and enable anyone to report concerns within the Company, and applies to any matter that is related to the Company or its business activities.

If you have reason to believe that any Violation may have occurred, the Company expects and encourages you to come forward, without delay, to report the matter to the Human Resources Coordinator or the CEO.  If appropriate, the Company will investigate reported Violations and take corrective action if it is found that a Violation has occurred.  Failure to report your concerns and provide the necessary information prevents the Company from taking the appropriate steps to investigate, prevent and/or correct such situations.

PCX strictly prohibits retaliation against any person who reports a suspected Violation, assists another person in reporting a suspected Violation, or participates in good faith in any investigation of a suspected Violation.  Individuals who come forward and participate in good faith will be protected from retaliation for having done so.  If you have reason to believe that any adverse action or retaliation has occurred, to you or to someone else as a result of such activities, please immediately notify the Human Resources Coordinator or the CEO.  Retaliation will not be tolerated.

PCX considers these matters, and these investigations, to be extremely serious.  Any person who makes or causes to be made any knowingly false statement or misrepresentation in either reporting a violation or during an investigation will be subject to disciplinary action, up to and including termination of employment.

## B.   *GENERAL POLICIES AND STANDARDS*

## General Standards of Conduct

To ensure orderly operations and provide the best possible work environment, the Company requires that employees follow general standards of conduct that are intended to protect the Company's interests and the employees' health and safety.   The following are examples of misconduct that may result in disciplinary action, including termination of employment.  **In all circumstances, every employee is expected to use his/her good judgment and discretion.**

- Any unlawful conduct;

- Any conduct that puts personal interests over the best interests of the Company;

- Willful or negligent violation of a health or safety standard, including OSHA and Cal-OSHA requirements;

- Violation or abuse of any Company policy, procedure or benefit;

- Theft, which includes any unauthorized possession, removal or use of Company or customer property or information;

- Falsification or material omission of information on employment application, time records or any Company document;

- Unauthorized use or disclosure of business "secrets" or Confidential Information belonging to the Company, its employees or customers including but not limited to documents, forms, customer lists, keys, or equipment;

- Repeated, patterned or unauthorized tardiness and/or absence;

- Sleeping while on duty;

- Negligent or improper conduct leading to the likelihood of or actual damage to Company or customer property;

- Gambling of any kind during work time or on Company premises;

- Secretly recording any communications without the recorded consent of all parties;

- Possession, sale or use of dangerous or unauthorized materials, including any controlled substance, alcohol, unauthorized medication, weapon, explosive or firearm in the workplace or anywhere while conducting any Company business;

- Working while under the influence of alcohol or any other controlled substance;

- Fighting, threatening violence, or attempting to cause any injury to another, including contributing to or encouraging violent or injurious behavior;

- Insubordination or other unprofessional, disrespectful or uncooperative conduct;

- Engaging in excessive personal activities during work time, including personal use of Company telephones or computers, or use of personal cell phones other than during authorized rest breaks and meal periods;

- Unsatisfactory job performance or inappropriate workplace behavior;

- Refusal to sign disciplinary or policy documents; or

- Unprofessional conduct, including discrimination, harassment, retaliation or other misconduct that may disrupt or interfere with the workplace.

The above list is not all-inclusive, and may be revised at any time.  Notwithstanding the foregoing rules of conduct, employment with PCX is strictly at-will and may be terminated at any time, with or without cause and with or without notice.

# Employee Honesty Policy

PCX entrusts employees with its assets and property, as well as customer assets and property, on a daily basis.  Consequently, we carefully select staff members based on a variety of criteria, including background and reference checks, documentation and personal interviews.  Once hired, it is our expectation and belief that every employee is committed to the success of the Company, as this is the best assurance of continued employment opportunities for everyone.

Dishonesty and theft are very serious violations for which the Company maintains a zero tolerance policy.  Dishonesty includes: (a) any misleading, deceptive or untruthful statement; or (b) any omission or concealment involving a matter of concern to the Company.  Employee theft includes any unauthorized possession, removal or use of Company or customer property, money or Confidential Information.

If you believe that you may have witnessed, or have otherwise become aware of, possible employee dishonesty or theft, please promptly report your concerns to the Human Resources Coordinator or CEO.  If the Company has reason to believe that any employee has engaged in dishonesty or theft, an investigation will be promptly conducted.  Any employee who is reasonably believed to have been involved may be suspended (without pay) for the duration of the investigation. If the investigation results in a finding of misconduct, including but not limited to employee dishonesty or theft, all involved employees will be subject to disciplinary action up to and including termination of employment.  If applicable, the matter may be referred to law enforcement for criminal prosecution.

# Policy Against Discrimination and Harassment

PCX is committed to providing a work environment free of discrimination or harassment.  By this policy, the Company prohibits not only discriminatory or harassing conduct that is severe or pervasive enough to be unlawful, but also inappropriate and unprofessional conduct, even if it is not severe or pervasive enough to violate state or federal law.

The Company maintains a strict policy prohibiting discrimination and/or harassment based upon race, color, national origin, ancestry, religion (including religious belief, observation, dress and grooming), sex, gender (including transgender, gender identity and gender expression), sexual orientation, political affiliations or activities, military service/veteran status, marital status, pregnancy (including childbirth, breastfeeding, and related medical conditions), age (40 and above), physical or mental disability (including HIV and AIDS), medical condition (cancer and genetic information or characteristics), or any other legally protected basis.  PCX will not tolerate discrimination or harassment based on any category protected by law, or any abusive, disrespectful or otherwise inappropriate conduct, whether by or toward a supervisor, subordinate or co-worker.  This policy also prohibits harassment by or toward third parties, including applicants, independent contractors, customers, interns and vendors.

This policy against harassment includes a prohibition on sexual harassment, or any conduct that may be perceived as harassment, which may include conduct between members of the opposite or same gender.  Sexual harassment comes in many forms – such as verbal, physical, visual or written (including email) – and may include, but is not limited to, conduct such as:

- Unwelcome sexual advances;

- Offering any employment benefit in exchange for any sexual favor or conduct;

- Conditioning any term or condition of employment upon participation in any sexual conduct;

- Making, threatening or engaging in any form of reprisal in connection with a negative response to any sexual advance;

- Verbal conduct such as teasing, gossiping, discussing sexual subject matter, or making derogatory, degrading, harassing or suggestive jokes, slurs, comments, remarks or epithets;

- Visual conduct such as leering, staring, sexual gestures or facial expressions, exposing oneself, displaying or distributing derogatory or sexually suggestive material such as depictions, emails, faxes, text messages, "sexting," or other writings, documents or communications;

- Physical conduct such as touching, massaging (or requesting that an employee engage in touching or massaging), hugging, kissing, invading personal space, blocking or interfering in any way with another's movement or work, or any assault upon another;

- Displaying, distributing or bringing any sexually suggestive, inappropriate, or otherwise harassing depictions, books, magazines, recordings or other materials onto the premises;

- Engaging in any gender-based intimidating, threatening, aggressive or "bullying" conduct; or

- Any conduct based on gender or sex that has the purpose or effect of interfering with another's work, or of creating a hostile or offensive work environment.

This list is not all-inclusive, but illustrates inappropriate conduct, which will not be tolerated.

PCX needs, expects and encourages you to come forward, without delay, should you suspect that any discrimination or harassment has occurred.  If you believe that you may have experienced, witnessed, or otherwise learned of possible discrimination or harassment, please immediately report your concerns to the Human Resources Coordinator or the CEO.  Any supervisor who learns of a potential violation must immediately notify the Human Resources Coordinator or the CEO.  Your prompt report will enable the Company to investigate and, if appropriate, take remedial action as quickly as possible.  Failure to report your concerns and provide the necessary information prevents the Company from taking the appropriate steps to prevent and/or correct such situations.  A complaint may be filed with the Equal Employment Opportunity Commission or the Department of Fair Employment and Housing within one year of the suspected discrimination or harassment. Contact information is listed in the telephone book or on the Internet on the agencies' websites.

PCX will promptly investigate reported violations, will fairly review all available information and evidence, and will reach unbiased conclusions as soon as reasonably possible.  In order to conduct a fair investigation, confidentiality cannot be promised, however, the Company will endeavor to respect confidentiality to the extent reasonably possible.  Anyone who makes, or causes to be made, any false statement or misrepresentation will be subject to termination of employment. Appropriate corrective action will be taken if it is found that discrimination, harassment or any inappropriate (or unlawful) conduct has occurred, up to and including termination of employment.

The Company prohibits retaliation against anyone who opposes, reports or assists another person in reporting, suspected discrimination or harassment.  Employees who come forward in good faith to report any incident of suspected discrimination or harassment, or who participate in good faith in an investigation of reported misconduct, will be protected from retaliation for having done so.  PCX needs, expects and encourages you to come forward, without delay, should you suspect that any form of retaliation has occurred.  Retaliation will not be tolerated.

Anyone who engages in discrimination, harassment, retaliation or related misconduct, as determined by the Company, will be subject to disciplinary action, up to and including termination of employment.  In addition, anyone who engages in harassment may be held personally liable for such conduct, and subject to monetary damages.  Misconduct of this nature is not condoned and is not within the course and scope of employment, therefore, the Company reserves the right not to provide a defense or pay damages assessed against anyone based on conduct in violation of this policy to the extent permitted by law.

PCX takes such matters very seriously.  Please do not hesitate to speak with the Human Resources Coordinator if you have any questions or concerns.

# Relationships In The Workplace

PCX is dedicated to the ideal of a workplace free of discrimination, harassment, conflict or favoritism of any kind, and takes very seriously its responsibility to provide a safe and fair workplace for everyone.  To that end, the Company has established certain procedures, including those outlined in this policy, which are intended to establish and ensure appropriate boundaries between personal and business relationships.

For purposes of this policy, the following definitions will apply:

- An employee is considered to have a "Personal Relationship" with: (a) a relative; (b) a person with whom the employee resides; (c) anyone with whom the employee is romantically involved; or (d) anyone for whom the employee works outside of PCX.

- An "Intimate Relationship" includes any form of dating or sexual relationship.

A Personal Relationship or Intimate Relationship between any employee and another employee or an independent contractor, vendor, competitor, customer or other individual doing business with PCX raises concerns of potential conflicts of interest or other issues in the workplace.  For this reason, all employees are required to disclose to the CEO Personal Relationships or Intimate Relationships between the employee and another employee, independent contractor, vendor, competitor, customer or other individual doing business with PCX  so that a determination can be made as to whether a change in position or reporting may be appropriate.

In addition, no employee with supervisory authority may hire, employ or supervise anyone with whom the employee is in a Personal Relationship or Intimate Relationship without the express authorization of CEO.  In the event of a change that results in a Personal Relationship or an Intimate Relationship, such as co-habitation or dating, the affected individuals must immediately notify CEO, and will be advised if it is determined that a change in the position and/or reporting relationships of either or both individuals is appropriate.

**Failure to notify the CEO of a Personal Relationship or Intimate Relationship is considered a serious violation of Company policy and, therefore, may result in disciplinary action including termination of employment.**

In all situations, employees are expected to exercise appropriate judgment with respect to the potential for workplace conflict resulting from interpersonal relationships.  Physical contact (other than appropriate business contact, such as shaking hands) during work time or any time on Company premises is prohibited.  Relationship issues that are brought into the workplace, or that interfere with the work of any employee, may result in the termination of one or both employees.

# Workplace Conduct

PCX strives to provide a safe, civil, innovative and mutually respectful workplace for all employees. To this end, the Company prohibits bullying conduct, which may include the following:

- Verbal abuse, including yelling, swearing, name calling, insults or derogatory comments;

- Inappropriate verbal communications, such as innuendos, communicating gossip or rumors;

- Physical acts, such as staring, dirty looks, slamming doors, throwing items or hitting things;

- Sabotaging or undermining any person's job or work performance; or

- Any behaviors that may undermine, offend, degrade, humiliate, threaten or intimidate another.

This list is not all-inclusive, but illustrates inappropriate, unacceptable conduct.  The Company will not tolerate bullying, disrespecting or alienating others, inflaming strained work relationships or other uncooperative or inappropriate conduct.  Expecting and insisting upon high performance standards is not considered bullying.  PCX requires that management elicit and require excellence from employees.  It is a condition of employment, however, that everyone behaves in a professional, polite manner, and treats each other with respect at work – no exceptions.

Bystander support for bullying or other inappropriate conduct contributes to such behavior, and to the resulting harm caused by such behavior.  Please immediately come forward if you experience, witness, or otherwise become aware of bullying or other inappropriate conduct in the workplace, whether on-site or off-site. Any employee who feels that he or she is a victim of, or witness to, such conduct should immediately report the matter to the Human Resources Coordinator or the CEO. Failure to report your concerns and provide the necessary information prevents PCX from taking the appropriate steps to prevent and/or correct such situations.

Employees who come forward in good faith, or who participate in good faith in an investigation of reported misconduct, will be protected from retaliation.  PCX needs, expects and encourages you to come forward, without delay, should you suspect that any form of retaliation has occurred.  Any employee of the Company, whether a manager, supervisor, co-worker or subordinate, who is found to have engaged in bullying or retaliation is subject to disciplinary action, up to and including immediate discharge from employment.

PCX takes such matters very seriously.  Violations will not be tolerated.  In addition, any person who makes or causes to be made any knowingly false or statement or misrepresentation will be subject to disciplinary action, up to and including termination of employment.

# Drug and Alcohol-Free Workplace Policy

To ensure the health and safety of its employees, customers and property, PCX is dedicated to maintaining a drug and alcohol-free workplace.  All employees are required to perform their job duties unimpaired by any substance, including illegal drugs, alcohol or legal substances that may adversely impact the employee's conduct or ability to perform work-related duties.  "Under the influence" as used herein refers to the presence of any measurable amount of alcohol, any illegal substance or any legal substance that the employee is using in a manner that is not authorized or lawful.

### Alcohol and Marijuana

Possession of alcohol or cannabis products, working while under the influence of alcohol or cannabis, or drinking alcohol or consuming cannabis in any form while on Company premises or "on duty" in any manner is strictly prohibited, except at work-related events where alcohol may be served and is authorized.  At all such events, the consumption of alcohol is not encouraged and is strictly voluntary.  If you do consume alcohol at an approved event, you are expected and required at all times to: (a) exercise good judgment; (b) comply with Company policies; (c) consume only that amount of alcohol as will not impair your judgment or conduct; and (d) refrain from operating any vehicle.  Any violation may result in your exclusion from work events and/or termination of your employment.

### Illegal Drugs

PCX has absolutely no tolerance for illegal drugs.  Possessing, selling, buying, manufacturing, distributing, using or working while under the influence of any illegal, mind-altering or non-prescribed controlled substance or paraphernalia while on Company premises or anywhere conducting any Company business is prohibited and may result in your immediate removal from the premises, and/or the termination of your employment.  In addition, any illegal or controlled substance or

paraphernalia found on Company premises or while you are conducting any Company business may be turned over to law enforcement.

*Please note, all rules applicable to alcohol and illegal drugs in the workplace apply equally to* **marijuana and cannabis products** *(including edibles and oils), whether for medical, recreational or other reasons.*

### Use of Legal Drugs

Prescription and over the counter medications can be misused. All such substances must be used as directed only, and must not impair or interfere with your judgment or conduct at any time that you are on Company premises or while conducting any Company business. Only the person for whom a prescription is issued can bring that medication on Company property.

An employee being treated with a drug or controlled substance that might in any way impair the employee's judgment, conduct or abilities while at work must provide medical certification from the prescribing physician. Misuse of legal drugs is prohibited (including alcohol and marijuana), and may result in your immediate removal from the premises, and/or the termination of employment.

### Violations and Consequences

Any violation of this policy is considered misconduct. If PCX becomes aware of a violation, the employee will be subject to disciplinary action, up to and including termination of employment. If PCX has a reasonable suspicion that an employee has violated any portion of this policy, it will conduct an investigation, which may include the removal of the employee from the workplace or worksite, and a search of PCX premises, property and/or all personal property that is on PCX premises or property. The employee may be placed on an unpaid administrative leave during the investigation.

PCX may also order any employee reasonably suspected of being under the influence of alcohol or a controlled substance while on duty or on Company premises to immediately submit to a drug and/or alcohol test. PCX also reserves the right to order employees to undergo drug or alcohol testing in any situation deemed appropriate, including but not limited to post-accident or post-injury testing if there is reason to suspect that drugs or alcohol may have been involved. An independent laboratory will perform all tests at PCX's expense. Any employee asked to undergo such a test may be suspended from work, without pay, until further notice. **Refusal or failure to abide by this policy, including promptly submitting to a drug or alcohol test when instructed to do so, may result in the immediate termination of your employment.**

Although this policy against substance abuse in the workplace is strict, we recognize that substance abuse can be a medical condition, and can be successfully treated. If you believe that substance abuse is a problem for you, you are encouraged to get confidential professional help. An employee with a substance abuse problem is expected and required to maintain the same standards of conduct as all other employees, but will not be disciplined or retaliated against for admitting the problem and seeking assistance. Counseling may be available for dependency issues and other problems through PCX's group medical insurer.

The Company may provide an unpaid leave of absence to enroll in an appropriate rehabilitation program, consistent with the Company's Medical Leave of Absence policy, as long as it does not create an undue hardship on the Company or employees. Nothing in this policy (or the law) prohibits the Company from refusing to hire or discharging an employee who is unable to satisfactorily perform the job duties, or who cannot perform the duties in a manner that would not endanger the health or safety of the employee or others due to the current use of alcohol or drugs. To the extent reasonably possible, the reason for such an absence will be treated as confidential. Use of accrued vacation and sick leave may be requested for this purpose.

Employees are required to notify the Human Resources Coordinator or the CEO of any criminal drug or alcohol conviction within five days if the conviction is related in any way whatsoever to conduct that occurred, or is alleged to have occurred, on Company premises or while conducting Company business

Failure to abide by this policy or refusal to consent to testing when requested may result in disciplinary action, up to and including termination of employment, even for a first offense.  By accepting and continuing employment with PCX, you acknowledge and agree to the conditions of this policy as a condition of employment.

# Employee Privacy

Unauthorized electronic surveillance of employees is disruptive to employee morale and inconsistent with the respectful treatment required of our employees. For this reason, no employee may record any conversation in the workplace unless all of the following criteria are met:

1. All parties to the conversation consent to the recording;

2. The recording device is in plain view of all parties to the conversation;

3. All parties to the conversation state their consent to the recording at the beginning of the recording;

4. The date, time and location of the recording is stated at the beginning of the recording; and

5. A copy of the complete recording is provided to all parties who request a copy.

Any violation of this provision may result in disciplinary action, including termination of employment. Please be advised that the secret recording of private conversations is considered a crime, punishable by a fine of up to $2,500 per violation, imprisonment for up to one year, or both.

# Searches of Company and Employee Property

PCX may search Company property, and all contents contained therein, such as offices, desks, file cabinets, and all property on PCX premises, at any time.  This includes property that is provided to an employee for business use, such as computers and cell phones, which may be requested from the employee at any time for this purpose.  It also includes bags or packages of any kind that an employee brings onto the premises.  Such searches may be random, may be conducted before, during or after regular working hours, and do not have to be based upon a belief that there has been a violation of a law, regulation or Company policy.

If PCX has good cause to suspect that an employee has violated a law, regulation or Company policy (for example theft or possession of drugs, alcohol or any weapon), it reserves the right to search the employee and the employee's bags, backpacks, purses, clothing, vehicles, and any other personal property that is brought onto PCX premises or at Company functions.  PCX may also immediately remove the employee from the location and/or notify law enforcement of any suspected violation of the law.  Employees are expected to cooperate with such searches, and with management requests to vacate the premises.

# No Solicitation or Distribution

PCX believes that employees should not be disturbed or disrupted in the performance of their job duties.  For this reason, PCX prohibits solicitation of any kind by an employee of another employee while either employee is working.  In addition, employees may not distribute advertising materials, handbills or other printed or written materials at any time in working areas, while on duty, or to other employees on duty.  Solicitation and distribution of literature by non-employees is also prohibited at all times on Company premises.

Fundraising materials for non-profit, non-political, non-religious activities may be placed in the Company's kitchen area only, and may remain there for no more than two weeks, after which time, they must be removed.   PCX does not encourage or endorse any fundraising activities. Participation is strictly voluntary. **Employees are strictly prohibited from soliciting any customer or vendor at any time, for any reason.**

# Conflicts of Interest

PCX is committed to conducting business in a manner that ensures that employees' work is not improperly influenced by personal or other interests.  A conflict of interest exists when personal or other interests impact, have the potential to impact, or are perceived to impact, an employee's actions in any way, including job performance, workplace conduct, or the exercise of one's best judgment and discretion with respect to job-related matters.

As an employee of PCX, you are expected to avoid any activity, transaction or investment ("Outside Activity") that could be construed as a conflict of interest with PCX, including but not limited to the following unless expressly authorized by CEO:

- Any Outside Activity in which an employee accepts, or appears to accept, consideration in any form, including monetary, merchandise, services or a gift of more than nominal value ($25.00) from any customer,  vendor or other person or entity doing business, or seeking to do business, with PCX;

- Any Outside Activity that may interfere with an employee devoting his/her full time and best efforts to the employee's duties and responsibilities for PCX;

- Any Outside Activity that may interfere with an employee's ability to work as scheduled and expected;

- Any self-employment or second employment that may be competitive or in conflict with PCX, including providing services directly for a customer or competitor;

- Performing services directly for any individual or entity that does business with PCX, or is a competitor of PCX;

- Utilizing Company equipment, supplies or work time to engage in activities that are not for or on behalf of the Company or the Company's customers;

- Any Outside Activity that in any manner disrupts, undermines, impairs or interferes with the Company's relationships with any prospective or actual customer or employee;

- Engaging in alternate employment, self-employment or any Outside Activity during a leave of absence that conflicts with the stated need for a leave; or

- Failure to disclose any pertinent information that may tend to impact the Company, the Company's customers, or the Company's representation of its customers.

**Any exception to any provision of this policy must be expressly approved, in advance, by CEO.**

If it is possible that any Outside Activity may constitute a conflict of interest, information about the potential conflict must be disclosed in writing to CEO. If you have knowledge of any other employee engaging in any Outside Activity that may constitute a conflict of interest, you are asked to bring information about the potential conflict to CEO.

Please contact CEO if you have any questions or concerns related to this policy.


# Confidential and Proprietary Company Information

As an employee of PCX, you will directly or indirectly gain access to information about PCX, its operations and its customers that is absolutely confidential and proprietary, including but not limited to, the following (collectively, "Confidential Information"):

- All information that is, or could be considered, PCX trade secrets;

- All customer information including customer lists, files, documents, records and contact information;

- All other employees' personnel information including contact, wage and benefits information (unless the other employee has voluntarily disclosed his/her own information);

- All vendor information including contact and pricing information;

- All contracts between the Company and any customer, employee or vendor;

- All referral and referral source information;

- All Company and all customer financial information;

- The way in which the Company produces and markets its products and services;

- The Company's modes and methods of obtaining, retaining and conducting business;

- The Company's policies, procedures and operational information;

- All copyrighted, proprietary and/or customized software, research materials or related documentation; and

- All work product created or produced by you, or by others, on behalf of PCX or its customers.

All Confidential Information is proprietary to PCX, and is considered part of the Company's trade secrets. As such, Confidential Information is disclosed only to those who have a "need to know." Employees are provided access to Confidential Information so that they may perform their jobs.

You are required to maintain the confidentiality of all Confidential Information, both during your employment with PCX and at all times thereafter. Unless required by law, or for an authorized purpose related to Company business, you are prohibited from disclosing, either directly or indirectly, Confidential Information to anyone outside the Company without the express written authorization of CEO. This policy does not affect an employee's right to disclose trade secret information to federal enforcement authorities and/or attorneys as part of a legally- protected investigation or action as provided by the 2016 Defense of Trade Secrets Act.

Upon termination of employment, or at any other time upon request, you are required to promptly deliver to PCX any and all Confidential Information, as well as any and all property, material and documentation relating to PCX, its operation and its customers, whether or not of a confidential nature.   You are prohibited from retaining any document or data containing any Confidential Information upon the termination of employment, in any form, without the express written authorization of CEO.  The only exception is your own personnel information, including documents related to the terms and conditions of your employment, which you may retain.

Upon termination of employment for any reason, you must continue to treat as confidential and proprietary any Confidential Information, including but not limited to the information described above, and may not use or release any Confidential Information concerning PCX to any person or entity without the express written authorization of CEO.

The unauthorized retention, removal, disclosure and/or use of any Confidential Information could cause significant and irreparable harm to PCX, the monetary value of which may be difficult to ascertain.  Accordingly, the Company will have the right to seek and obtain an immediate injunction enjoining any further breach of this policy, monetary damages including all profits realized by the individual and/or any third party as a result of a breach of this policy, and any and all other legal remedies available under the law.

# Use of Computers, Telephones and
# Other Electronic Equipment and Systems

All computers, telephones and other electronic equipment and systems are PCX property, and are intended for authorized business use only.  This applies to all computer hardware, software, peripherals, tablets, portable media, and electronic mail systems, as well as all telephones, cell phones, facsimile machines and voicemail systems ("Company Equipment").  Company Equipment is not intended for personal use.

PCX cannot and does not guarantee any employee privacy with respect to the use of Company Equipment, or any activities, material, or contents on Company Equipment.  Whether or not password protected, the Company may search, access and disclose any and all information found on its devices with or without notice or cause.  **Therefore, do not engage in personal activities on Company Equipment and do not place or save information on Company Equipment that you do not want the Company or staff to access and review.**

The Company may monitor, search, access, open, review, read, use, disclose and/or search Company Equipment and its contents, including all communications, documents and files stored, accessed, viewed, transmitted or received utilizing Company Equipment at any time, with or without notice or cause, including but not limited to personal, password-protected, web-based e-mail accounts that have been accessed via  Company Equipment.  Such searches do not have to be based upon a belief that a Company policy is being violated.  This includes all Company Equipment, whether based on Company premises, offsite or portable, such as Company-issued computers and cell phones.  In addition, the contents of all e-mails may be stored on the Company's hard drive. Deletion of email or other electronic information or communications may not fully delete the information from the system, which may be forensically retrieved and read by the Company.

All software stored on or accessed through Company Equipment, or through all network and electronic messaging resources must be properly licensed.

While the Company does not prohibit limited, reasonable personal use of computer systems by employees during non-working hours **only** (such as rest breaks and lunch breaks), any abuse of this policy (including personal use during work time or unauthorized breaks) may result in termination of

any personal use privileges or other disciplinary action.  Such limited personal use must not under any circumstances interfere with Company operations or ability to do business, use Company time for personal use; violate any applicable law, or burden the Company with incremental costs.

To be clear, the Company considers any and all information on Company Equipment to be Company property.  Users should not have any expectation of privacy or confidentiality whatsoever when using Company Equipment.  To the extent that any personal information is stored on the computer, do not expect the Company to "return" the information to you.  To ensure your right to privacy and possession of personal data, do not engage in personal use of Company Equipment, including personal email, social networking, etc.  The Company's right to search Company Equipment and all contents may not be waived by any Company representative, except by a written agreement signed by CEO.  Acceptance of this policy is a mandatory condition of employment.

Access to the Internet is provided to support PCX's business purposes.  The Company's policy prohibiting improper access, use and downloading of information on Company Equipment applies equally to accessing, viewing, receiving, transmitting or storing information from the Internet.

For business purposes, authorized personnel must have unrestricted access to certain information stored on PCX equipment.  The use of pass codes is designed to provide appropriate access to some or all of PCX's information systems.  Pass codes are not designed or intended to provide confidentiality of personal data, files, communications, messages or documents. PCX's right to retrieve information stored on Company Equipment is not restricted by the use of pass codes.

Employees may not engage in any of the following actions utilizing any Company Equipment without the specific written permission of CEO:

- Change any password or log-on code;

- Encrypt files or take any other steps to block access to any computer, system, data or file, other than the use of authorized passwords or approved encryption programs;

- Download or install any non-work related files, data, pictures or any other material from any outside CD, disc or DVD;

- Download, install, disseminate, copy or post copyrighted material from the Internet or any other outside source;

- Disclose any Confidential Information unless the Confidential Information belongs to an employee who has given his/her consent;

- Play computer games, whether played individually or against others online;

- Send or participate in chain letters, pyramid schemes or other illegal schemes;

- Engage in personal use of the Internet to send or receive personal email or instant messages; participate on or in chat rooms, blogs, Twitter, Instagram, Snapchat, Tumblr, Flickr, social or personal websites such as Facebook; transmit personal communications; or access YouTube or any video or audio file sharing sites that stream video or audio on the Internet;

- Solicit or proselytize for any purpose other than an authorized job-related purpose; or

- View, create, transmit, solicit, receive, display, download, install, store or print any information, programs, pictures or other material, including jokes, comments, remarks, epithets, cartoons, photographs, depictions, or emails, that is (or could be considered):

  o sexually suggestive or explicit;

  o derogatory, degrading, disruptive, insulting, offensive, or harmful to morale; or

  o harassing or disparaging based on any protected category.

B-11

Any violation of any provision of this policy, as may be amended from time to time, may result in disciplinary action, up to and including immediate termination of employment.

# Social Media

PCX recognizes the widespread personal use by employees of chat rooms, blogs and social networking media, such as Facebook, Twitter, LinkedIn, YouTube, Instagram, Snapchat, Flickr and Tumblr.  In general, what employees do on their own time is a personal decision.  While the Company has no interest in interfering with employees' personal lives, the lines between work life and personal life can become blurred, particularly in the context of communications and posts on sites such as Facebook.

Activities within or outside of work, such as social networking, that may affect your job performance, the job performance of others, or PCX business interests, are appropriately addressed by Company policy.  For example, the personal use of social media may become a workplace disciplinary matter if it:

- Interferes with an employee's work;
- Is discriminatory or harassing to an employee or customer;
- Creates a hostile work environment;
- Constitutes defamation;
- Divulges confidential, proprietary or trade secret information;
- Puts the Company or its employees at risk in any way; or
- Violates any other Company policy, including the "Policy Against Discrimination and Harassment," "Confidentiality," or "Use of Computers, Telephones and Other Electronic Equipment and Systems."

Communications that might be considered "personal," may not always be "private," when posted on social networking forums.  Remember, online posts may be publicly accessible; therefore, you should not have any expectation of privacy with respect to what you say online.  In other words, communications on social networks could be considered public rather than private, even if they are of a personal nature.  As a result, employees are encouraged to consider the following guidelines when utilizing social media:

- Do not "friend," or "accept" as a friend, anyone who you do not wish to have full access to your personal site, including co-workers, supervisors and managers.  Participation in social networking is not part of your work-related duties and is not expected, required or encouraged by PCX.  Your participation is strictly voluntary.  Should you have any concerns about a request for access, please immediately report your concerns to the Human Resources Coordinator or the CEO.
- Do not post any comment or picture that relates in any way to an employee without his or her written consent.  Respect others, and their rights to privacy, as you wish to be respected.
- **Never** post a comment or picture that relates in any way to a customer without the consent of the customer **and** CEO.
- Don't forget that you are responsible for what you write or present online.  If others view your social media posts as defamatory, libelous, harassing, an invasion of privacy, or as creating a hostile work environment, they may choose to initiate legal action.

- Postings must not violate the Company's Confidential and Proprietary Information policy, the Uniform Trade Secrets Act ("UTSA"), or any other Company or legal mandate or prohibition. If you are unsure about the confidential nature of information you are considering posting, consult CEO.

- You may not use the Company's logo or any organizational materials in your posts without the express written consent of the CEO, unless such use makes clear that you do not represent the Company, and the post is not made on behalf of the Company.

- Do not link to PCX's website without the written consent of CEO.

- You are not a spokesperson for the Company; therefore, if you post any comment that relates in any way to PCX, you should clearly and conspicuously state that you are posting in your individual capacity and that the views posted are yours alone and do not represent the Company's views.

- The Company's "Use of Computers, Telephones and Other Electronic Equipment and Systems" policy restricts personal use of Company Equipment and applies equally to activity on social media sites during work time and/or while utilizing Company Equipment.

PCX monitors Company Equipment and public sites to ensure compliance with all Company policies. Users of Company Equipment should not have any expectation of privacy or confidentiality when using these resources. Discretion and judgment should be exercised at all times when utilizing social networking media, particularly when your communications may reflect on the Company, its employees or its customers.

Nothing in this policy is intended to restrict or prohibit you from truthfully discussing your working conditions, or from engaging in protected, concerted activity under the National Labor Relations Act.


## Contacts with the Media or Other Third Parties

The only individual authorized to communicate on behalf of the Company is CEO. PCX has established protocols and procedures for dealing with inquiries from outside sources, including members of the press, media, and government agency representatives ("Third Party Inquiries"). Therefore, employees are prohibited from answering questions or providing information – either verbally or in writing – on behalf of the Company in response to Third Party Inquiries about the Company or its customers, whether "on the record" or "off the record."

In addition, pursuant to the Company's *Confidential and Proprietary Information Policy* (as stated in this Handbook), employees are prohibited from any disclosure of confidential, proprietary or trade secret information without the express written authorization of CEO.

If you receive a Third Party Inquiry that seeks a comment, response or information from the Company, or that is in regard to any customer, including both verbal and written communications, immediately direct the individual to CEO. No one is authorized to communicate with outside sources, including members of the press, media, and government agency representatives, on behalf of the Company unless specifically authorized, in writing, by CEO.

## C.   *WORKPLACE SAFETY*

## Workplace Safety

Your safety, and that of those who work with you, is one of our greatest concerns.  With an alert safety attitude, you can help eliminate accidents.  All employees are expected to:

- Follow all safety rules and procedures;

- Keep walkways and aisles, the space around desks, all exits and all work areas clean and clear of obstructions, cords, spills, boxes, etc.;

- Use ladders or step stools to retrieve out of reach items, do not climb on shelves or chairs;

- Use appropriate containers for waste disposal;

- Do not lift heavy or awkward loads without assistance;

- Refrain from smoking on PCX property;

- Know the location of the dry chemical fire extinguisher(s) for minor incidents, such as a smoldering item in a small trash can;

- Know the location of all exits;

- Immediately report all injuries, however minor, to your manager and the Human Resources Coordinator;

- Immediately report all hazards or unsafe conditions to management;  and

- Never perform a job that you feel is unsafe.  Immediately report any concerns to management.

In addition, warehouse employees must also:

- Dress appropriately
- Use carts, back braces, and other lifting aids
- Keep your back arched and knees bent when lifting
- Always put the safety lock down on the rolling ladder to maximize stability
- Cut away from yourself and others when using box cutters
- Use the "wet floor" sign after mopping, as well as other appropriate signage

Your supervisor will inform you of any additional safety rules that apply to your particular job or work location.

The above lists are not all-inclusive, but are intended to provide an overview of safety guidelines.  You are also required to abide by all additional safety rules that apply to your job or work location.  If you have any questions or concerns about workplace safety, please promptly discuss these matters with your supervisor or the Human Resources Coordinator.

## Smoke-Free Workplace

Because of the overwhelming evidence that smoking and tobacco use are dangerous and injurious to one's health, and because of the yet unknown risks that may be associated with vaping, the Company prohibits anyone from smoking and vaping in the workplace.  This means that no one is

permitted to use tobacco products or vape while on Company premises, including private offices, stairwells, restrooms or common areas.

Smoking and vaping may be permitted only during authorized rest breaks or lunch breaks (no exceptions), and only in designated outdoor areas outside the view of customers or other guests who might be arriving or departing.  If you smoke before work or during a rest break or lunch break, please take all reasonable steps to insure that when you begin or resume work, the smell of tobacco is not on your person, your breath or your clothing.


# Workplace Violence

**If there is an immediate threat of violence, emergency assistance must be obtained promptly, including calling 911 if appropriate.**

The security of PCX employees and guests is paramount.  PCX will not tolerate any act or threat of violence in or outside of the workplace by its employees towards any other person with whom he or she has contact due to work.   Any conduct that violates this policy in any way is absolutely prohibited, will not be tolerated, and may result in the employee's immediate removal from the premises and disciplinary action up to and including immediate termination of the employee's employment.

If you are seeking, or have obtained, a restraining order against any individual, which prohibits that individual from approaching you or your workplace, please provide a copy of the court order or related documents to the Human Resources coordinator or the CEO so that steps may be taken to ensure a safe workplace for all employees.

Every threat or act of violence must be reported immediately to a manager or the CEO.  An employee who reports any act or threat of violence in good faith will be protected from retaliation.  Any employee who feels that he or she is a victim of retaliation should immediately report the matter to the Human Resources Coordinator or the CEO.  Retaliation will not be tolerated


# Workplace Security and Authorized Access

### *Workplace Security*

Office keys and security codes are provided to designated staff members.  Keys and codes assigned to you may not be shared, loaned or otherwise provided to any other individual at any time.  Only the Human Resources Coordinator or the CEO may issue keys and codes.

If you have any reason to believe that your key or codes may have been obtained by anyone other than you (for example, if lost or stolen), you must immediately notify the Human Resources Coordinator or the CEO so that immediate, appropriate steps can be taken to secure the office.

### *Authorized Access*

In furtherance of PCX's security and other policies, employees are not permitted to have visitors (including children) on Company premises at any time without the authorization of the Human Resources Coordinator.  Visitors are defined as anyone who is not a current employee of the Company, including customers, vendors, applicants, former employees, family members and friends.  All authorized visitors are required to check in first with the receptionist, who will call the employee to announce the visitor's arrival.  The visitor is to wait in the lobby area for the employee

to arrive to escort the visitor to the destination.  When the visitor is ready to leave, the employee is to escort the visitor back to the lobby area.  No visitor should be in the office or work areas without an escort.

Friends or relatives who are picking up departing employees should arrange to do so outside. Remaining on the premises after the employee's shift has ended and the employee is clocked out is also prohibited unless specifically authorized by the Human Resources Coordinator.

## Accidents on PCX Premises

**In the event of any accident, illness or injury, call 911 immediately if it is appropriate to do so.**

Any accident that occurs on Company premises must be reported immediately to a supervisor.  For your own safety and the safety of our visitors, please do not attempt to give medical aid to an injured visitor or fellow employee unless it is an emergency and other assistance is not available. Generally, you should seek the assistance of a supervisor.  In addition, please remember that only the CEO can answer questions about the Company's liability to injured visitors.

An employee injured on the job will normally be entitled to workers' compensation benefits. Assistance may be requested from the Human Resources Coordinator in applying for and obtaining any benefits to which you may be entitled.

## Off-duty Recreational, Social and Athletic Activities

Neither PCX nor its insurance carrier shall be liable for any injury or condition that may arise out of voluntary participation in off-duty recreational, social or athletic activities that are not work-related. In addition, neither the Company nor its insurance carrier shall be liable for any expenses or costs, including workers' compensation benefits, due to any injury or condition that might be sustained as a result of your attendance or participation in any such activities.

Employee participation in post-work parties or other activities that are not part of the employee's work-related duties is not expected, required, authorized or encouraged by PCX.  Your participation in any such activities is strictly voluntary and at your own risk.  PCX assumes no liability for any injury or accident arising out of any post-work party or activity.

## D.   *EMPLOYMENT PROCEDURES AND RESPONSIBILITIES*

## Employee Status

Job categories and employee classifications determine whether or not you are eligible for various employee benefits, and whether you are exempt from overtime and certain other wage and hour regulations.  Please remember that, regardless of job category and employee classification, all employees are employed on an at-will basis, which means that both you and PCX have the right to terminate your employment at any time, with or without cause and with or without prior notice.

If you believe that there has been any error with respect to your placement in a particular category or classification, please advise the Human Resources Coordinator as soon as possible so that the matter can be investigated.  You will be protected from retaliation for raising any questions or concerns.

The following categories, classifications and policies apply to your employment:

### *Employment Categories*

*Regular Full Time Employees (Exempt and Non-exempt)*.  For benefits purposes, regular full time employees are those who are regularly scheduled to work at least 40 hours per week.  Regular full time employees who have completed any applicable waiting period(s) are eligible to participate in employee benefits such as PCX's paid vacation, sick leave, paid official holidays,  group life, medical, dental and vision insurance plans.

*Regular Part Time Employees (Exempt and Non-exempt)*.  For benefits purposes, regular part time employees are those who are regularly scheduled to work less than 40 hours per week. Part time employees are eligible for some, but not all, employee benefits.  For example, employees regularly working at least 30 hours per week may participate in the group health insurance plan.  All employees, part and full-time, are entitled to paid sick leave pursuant to the Company's policy.

*Full or Part Time On-Call and Temporary Workers*.  Individuals who work on an as-needed basis or who are hired for a specific task or project are considered temporary workers or, in some case, on-call employees.  Temporary and on-call workers, including part time and full time, are ineligible for employee benefits except as otherwise provided in this Handbook or by law.

### *Employment Classifications and Overtime Pay*

*Exempt Employees*.  Exempt employees are professional, administrative, management, and qualifying commissioned salespeople who are paid a fixed annual salary and/or commission and whose wage levels and work duties exempt them from the overtime provisions of state and federal wage and hour laws.  Exempt employees are expected to be at work during regular business hours. Exempt employees will not generally be notified when required to work overtime, but are expected to use appropriate judgment in determining when additional work time is necessary to fulfill the obligations of the position.  We expect and appreciate your commitment to your work, and to PCX's business needs.

Exempt employees are not paid overtime or provided compensatory time off in lieu of overtime, but are paid wages that are intended to compensate for all time worked, including hours worked in excess 40 hours in a week.  It is also PCX's policy not to deduct from the wages of exempt employees, other than as authorized by law (or by the employee).  If you believe that there has been any improper deduction, please immediately report the matter to payroll.  Your concerns will be investigated promptly and, if it is determined that there has been any error, you will be reimbursed and the matter will be corrected.  You will be protected from retaliation for raising any questions or concerns.

*Non-exempt Employees*.  Non-exempt employees are hourly or salary employees who, by the nature of their positions, are not exempt from overtime laws.  As such, non-exempt employees are entitled to be paid an overtime premium in accordance with current state and federal law. Overtime may be required from time to time.  We expect and appreciate your cooperation.  **All overtime worked by non-exempt employees must be necessary, authorized in advance by the CEO, and properly recorded on time records**.

# Personnel Records

PCX relies upon the accuracy of information contained in its personnel records, including the employment application and other data presented throughout the hiring process and employment. Any misrepresentations, falsifications or omissions in any of this information or data may result in the Company's exclusion of the individual from further consideration of employment or, if the person has been hired, termination of employment.

In addition, the Company's personnel records must be accurate and up to date throughout the employment relationship.  You are required to promptly notify PCX of any change in your name, address, telephone number (including cell phone number), emergency contact information or other pertinent information.  If you participate in the Company's group health insurance plan, it is your responsibility to inform and initiate any needed changes, including adding eligible dependents. In most cases, any modification to your current elected coverages is not permitted until the next benefit enrollment period. You may report to Payroll changes in your marital status or changes you wish to make on your Federal and State Tax Allowances as you are required to complete and sign a new W4.

The personnel information of Company employees is considered confidential.  Only the Human Resources Coordinator or the CEO may respond to employee reference requests.  If you receive a request for personnel information regarding a current or former employee, the inquiry must be immediately forwarded to the Human Resources Coordinator.

# Payroll

For payroll purposes, the workweek begins and ends on Sunday at 12:00 midnight.  Employees are paid on the 15th and the last day of each month, or closest business day.

Direct deposit is available to all employees.  For employees who choose direct deposit, the funds will be in the designated account before midnight on payday.  For those of you who do not have direct deposit, paychecks are distributed at PCX's office by the close of business.  In the case of your absence on a regular payday, you may make advance arrangements to have your paycheck mailed to you on payday.  PCX will not release your paycheck to another individual unless you provide written authorization.  Paychecks are not available for distribution prior to payday.

Your PayStub will contain the following information: gross wages earned, Federal, State and SS deductions as appropriate, Vacation and Sick leave used and balance for the pay period, net wages earned, the inclusive dates of the pay period, your name, and the Company's legal name and address.  The paycheck stub for non-exempt employees will also include the total hours worked, all applicable hourly rates (such as regular time and overtime, if applicable), and the corresponding number of hours worked at each hourly rate.  If your paycheck stub does not contain all of this information, or if you believe there is an error in any of this information, please immediately notify the Human Resources Coordinator.

It is PCX's policy not to take deductions from wages other than those expressly authorized by federal or state regulation or law (or by the employee).  If you believe there has been any improper deduction, or any other error on your paycheck or your benefits, please immediately report the matter to the Human Resources Coordinator or the CEO.  Your concerns will be investigated promptly and any error will be rectified. You will be protected from retaliation for raising any questions or concerns.

## Timekeeping and Overtime

All non-exempt employees, irrespective of where service is conducted, must accurately record all time worked each day, including logging in and out for meal periods.  Employees are expected to work their scheduled shift, clock in when ready to begin work and clock out when work ends.  Personal activities are to be completed before clocking in.   Clocking in before work, remaining clocked in after work, and working "off the clock" are prohibited and may result in termination of employment.

Overtime may be required from time to time.  **Non-exempt employees are not permitted to work overtime unless: (a) necessary; (b) authorized in advance by the CEO; and (c) properly documented on time records and approved by a supervisor.**  Unless excused due to illness or another bona fide reason, refusal to work overtime when required or working overtime without authorization, is considered a violation of Company policy, which may result in disciplinary action, including suspension without pay or reduction in compensation.  Only time actually worked counts toward overtime.

In the event of an error, all corrections should be made prior to submission of time records for payroll processing.  Excessive errors, such as not logging in or out, may result in disciplinary action, including reduction of wages or termination.  Any falsification of records, including the failure to provide accurate information on time records, recording someone else's time, or allowing someone else to record your time, may result in discipline up to and including termination of employment.

## Rest Breaks and Meal Periods

Non-exempt employees are provided rest breaks as follows: (a) one 10-minute rest break for 3.5 to six hours of work; (b) two 10-minute rest breaks for more than six hours of work, up to ten hours; and (c) three 10-minute rest breaks for more than ten hours of work (up to fourteen hours).  Rest breaks are provided near the middle of each 4-hour work period to the extent reasonably possible, and must be coordinated to ensure proper coverage at all times.  **You are encouraged to take these rest breaks, and must not perform any work related task during this time.**

Non-exempt employees are provided non-working meal periods as follows: (a) one meal period for more than five hours (except as noted in the following paragraph) up to ten hours of work; and (b) two meal periods for more than ten hours of work.  Employees are scheduled for meal periods for a minimum of 30 minutes, up to one hour, which are to begin before the end of the fifth hour of work.  Meal periods are unpaid, which means employees must clock out and back in, may not perform any work, and are not to be interrupted during meal periods.  **Meal periods may not be skipped, may not be for less than 30 minutes, and must be accurately recorded on time records.**

Employees who work between five and six hours in a workday may waive the meal period by executing a Meal Period Waiver Form.  If the workday exceeds six hours, employees are required to take a meal period.  Rest breaks and meal periods may not be combined, and may not be skipped in order to start the day later or end the day earlier.

All non-exempt employees are authorized to take rest breaks and meal periods as provided in this policy, and are encouraged to take rest breaks and meal periods away from their work station where others may not be aware that the employee is on a break.  If anyone attempts to engage you in work-related activities while you are on a rest break or meal period, please let the individual know that you are on a break and will be available to assist when you resume work.  If anyone discourages or prevents you from taking a rest break or meal period, please immediately advise the Human Resources Coordinator.

## Attendance and Job Abandonment

Regular attendance is essential to the Company's successful day to day operations.  Consequently, employees are expected and required to be on time, work as scheduled and maintain regular attendance.  Failure to do so may result in disciplinary action, but not limited to possible termination of employment.

Whenever possible, employees must submit an Absence Request Form to your reporting supervisor to request time off.  Requests must normally be submitted at least 14 days in advance for a single day off, and 30 days in advance for multiple days off.  Although efforts will be made to accommodate your request, approval is discretionary depending on PCX's business needs at the time.  In the event of a conflict in scheduling, PCX may consider when the request was received, business and staffing needs, and seniority.

In the event of illness, injury or other unanticipated emergency necessitating your absence, you must follow the same protocol - notify your supervisor or management as soon as possible.  Notice of not less than two hours before your scheduled start time is requested.  You may call or send a text message.  If you call and do not reach a member of management, please leave a voicemail message and call back before the beginning of your shift to ensure that your message was received.  If you send a text and do not receive a text or call back, call before the beginning of your shift to ensure that your message was received.  The notification must include: (1) the reason for the absence; and (2) the anticipated length of the absence (partial day, full day, number of days).  Contacting a co-worker without contacting your supervisor, having a family member call for you, sending a text message without receiving confirmation that it was received, or leaving a voice mail message without calling back to confirm that it was received does not fulfill the notice requirement.  In addition, if you become ill or are injured during the workday, or must leave early for any other reason after arriving at work, you must personally notify, and obtain authorization from your supervisor before leaving.  Unless you have made other arrangements, you must call and speak with your supervisor each day of your absence.  Failure to provide personal notification as required may result in disciplinary action, up to and including termination.

Medical, dental and other appointments should be scheduled before or after work whenever possible.  Please provide as much advance notice as possible and, in any event, not less than twenty-four (24) hours, if time off is necessary for an appointment or other (important) reason.

In the event of repeated or extended absences, you may be required to provide medical certification of your inability to work.  You may also be required to present medical certification that confirms you are able to return to work, with or without restrictions.

An absence of any duration (including part of a day) without providing notice as required may result in disciplinary action up to and including termination of employment.  Any absence of one full day or more without providing notice as required will be considered a voluntary resignation.

D-4

## Tardiness Policy

To maintain a productive work environment, PCX expects and requires ALL employees to be reliable and punctual in reporting for work as scheduled.  Tardiness is any time you are not at your workstation and ready to begin work at your scheduled starting time or after an authorized rest break or meal period.  In the event of an unanticipated emergency necessitating your late arrival or early departure from your regular work schedule you must personally notify your supervisor as soon as possible and, in any event, prior to the beginning of your scheduled shift.

Time missed due to late arrival may not be made up by skipping rest breaks or meal periods.  Time missed due to late arrival may not be made up by working later unless specifically authorized by management.  Tardiness is very disruptive and places unacceptable, undue burdens on others.  Excessive tardiness may lead to disciplinary action, up to and including termination of employment.

## Business Expense Reimbursement

Employees are entitled to reimbursement by PCX for reasonable, pre-authorized expenses that are properly incurred in the performance of the employee's duties.  Employees who are authorized to use their own vehicles for work-related purposes must record and submit all business mileage driven, and will be reimbursed for mileage at the IRS Standard Mileage Rate.

All requests for reimbursement, including mileage reimbursement, must be submitted in writing with an explanation of the expenditure, and must be accompanied by original receipts.  Reimbursement requests should be submitted within 30 days of the date the expense was incurred.  Falsification of expense reports will result in disciplinary action, up to and including termination of employment.

## Driving Authorization and Reimbursement

All employees authorized to drive in the performance of their duties must furnish PCX with a copy of the employee's current, valid driver's license and proof of insurance.  Copies must also be provided upon the expiration and renewal of either a driver's license or insurance.  PCX must be immediately notified in the event of the termination for any reason of driving privileges or insurance coverage.

Employees who are authorized to use their own vehicles for work-related purposes must record and submit all business mileage driven, and will be reimbursed at the IRS Standard Mileage Rate.

Although California law permits cell phone use while driving with the use of a hands-free device, please do not use your cell phone while driving on Company business.  Do not make or answer calls while driving – wait until it is safe to pull over or you have arrived at your destination.  Using any electronic wireless communications device to write, send or read any text-based communication, or to play games, while driving is strictly prohibited, whether or not a hands-free system is used.

You are expected to maintain a good driving record.  Infractions, violations or accidents deemed to be excessive may result in the revocation of authorization to drive in the performance of your duties.  If driving is an essential function of your position, this may result in a transfer to an alternate position, or the termination of employment with PCX.

Passengers (including personal guests) are not permitted in the vehicle when the employee is driving on Company business.

PCX expects all employees to drive safely and obey all traffic laws at all times while conducting Company business.  As such, PCX is not responsible for payment of tickets, fines or penalties incurred by any employee at any time.  Any accident that occurs while conducting Company business must be immediately reported to management, no matter how minor.

# Personal Telephone Calls

Personal activities should not be conducted during work time.  Please take time during your rest breaks and meal periods for personal activities.  Spending work time engaged in personal business means that you are not properly focusing on your work, and is disrespectful of the Company and your coworkers who are (or should be) working.  Using work time for personal activities is grounds for discipline, up to and including termination.

To this end, employees are requested to keep all personal phone calls at work to a minimum.  With the exception of Company-issued business cell phones, ringers on personal telephones should not be turned on during work hours or in work areas where the sound of the ring tones may be disruptive.  The use of personal cell phones and related devices for any reason – including phone calls, text messages, social networking, etc. – should occur only during rest breaks and meal periods, in the kitchen area or outside the office.  Emergency calls can be made into the office at any time, and will be transferred to the employee.

# Personal Appearance

A proper appearance, including appropriate dress, neatness and cleanliness, are absolutely necessary at all times.  Extremes in hair, jewelry, body art and make-up are not appropriate.  In addition, please refrain from the use of scented lotions, perfumes, colognes or similar products.

PCX is committed to maintaining an image consistent with the quality services we provide.  Employees are required to demonstrate good judgment when choosing dress and appearance.  Below you will find guidelines for appropriate attire.  These lists are not inclusive, and emphasis on good judgment must always be considered.

Acceptable Attire – Office Staff:
- Dress slacks
- Button down shirt, collared sport shirt or polo type shirt
- Blouse, sweater or sweater set
- Dress or skirt of moderate length

Acceptable Attire – Warehouse Staff:
- White or dark blue collared shirt and anti-static smock
- Blue work pants (not denim)
- Wrist guard
- Rubber soled shoes
- Heal guards

**Unacceptable Attire – All Staff** (unless pre-approved by Supervisor)
- Sloppiness (including dirty, stained or soiled clothing, shirts not tucked in where applicable, clothes needing mending)
- Spaghetti straps without over garment (undergarments must be covered)
- Backless or see-through garments

- Tube top or other tight, form-fitting garment
- Plunging or revealing neckline
- Garments exposing midriff or undergarments
- T-shirt or tank top
- Any clothing or accessory with advertising (other than PCX logo) or any inappropriate text, graphics, depictions
- Spandex, leggings, stretch pants, shorts or skorts
- Denim, khaki or Docker style pants (unless approved by Supervisor)
- Pants that are baggy, too tight or "low rise"
- Flip-flops or beach-type shoes ("dressy" sandals or open-toed shoes are permitted for office staff only)
- Heels over three (3) inches or chunky club-type heels
- Jogging suit, sweat suit or other work-out attire
- Torn, ripped, frayed or patched garments
- Baseball caps or hats

If you report to work dressed inappropriately, you may be asked to leave and remedy the situation, in which case you will not be paid for the time away from work.  If you have any questions about proper attire, ask your supervisor or the Human Resources Coordinator.

## Performance Reviews

The company encourages an honest and open discussion between supervisor and employee with respect to the employee's performance, expectation, potential for development, training and advancement within the company.  At the Company's discretion, a Key Performance Indicator Matrix may be utilized to measure current performance.

If a performance review is conducted with your supervisor, compensation is not necessarily reviewed as part of the process.  A positive performance review does not guarantee wage increases or continued employment, and does not alter the at-will nature of the employment relationship. Work assignments, compensation and employment status are solely within the discretion of the Company, and depend upon many factors, in addition to your individual performance.

## Disciplinary Actions

The Company's best interests lie in ensuring fair treatment of all employees and in making certain that disciplinary actions are prompt and appropriate, based on all of the circumstances.  The primary purpose of any disciplinary action is to correct the problem, prevent recurrence and prepare the employee for satisfactory service in the future.

In the event of performance issues or misconduct warranting disciplinary action, such action will be taken based on the specific circumstances, which may include (but is not limited to) a verbal warning, a written warning, suspension without pay, reduction in pay, demotion, and/or termination of employment. There will be circumstances in which none, some or all of these measures may be utilized, depending on the circumstances.  For example, serious misconduct may result in termination of employment without any other form of disciplinary action.  While it is impossible to list every type of behavior that may be deemed a serious offense, this Handbook includes examples of problems that may result in disciplinary action up to and including immediate termination of employment.  Please note, disciplinary actions do not change the at-will status.  Any disciplinary measure may be utilized or bypassed, as deemed appropriate by the Company.

## Termination and Post-termination Procedures

Although an employee may terminate the employment at any time, with or without notice, if you choose to terminate your employment for any reason, PCX will appreciate reasonable advance notice of at least two weeks when it is possible to provide such notice.

You will receive your final paycheck, including all accrued unused vacation pay, in accordance with the law.  If you resign without notice, your final paycheck will be available within 72 hours. If you resign with notice of at least 72 hours, your final paycheck will be available upon termination.  If the Company terminates the employment without notice, your final paycheck will be available upon termination.  If you are entitled to commissions that cannot be calculated until after the termination date, you will be paid all wages due and calculable as outlined above.  Commissions will be paid to you as soon as they have been calculated.  All Company property must be returned at the time the final paycheck is provided, or as otherwise requested by your supervisor or other member of management.

An exit interview with terminating employees is encouraged.  An appointment with the Human Resources Coordinator may be scheduled for this purpose.  At this time, you may offer any comments or observations with respect to your employment with PCX.  You may also discuss any questions or concerns you may have with respect to the termination process or any post-employment benefits to which you may be entitled, such as COBRA benefits.

Requests for references from potential future employers should be directed to the Human Resources Coordinator, who is the only person authorized to respond to such requests.  All requests for references received by others within the Company should be forwarded to the Human Resources Coordinator.  Reference information provided by PCX is normally limited to the dates of employment and the last position held.  Pre-authorization for the release of any further information must be provided.


## COBRA Benefits

If you are covered under the Company's group health insurance plan, you may be eligible for continuation of your health insurance following termination of employment or during an extended leave of absence.  The Consolidated Omnibus Budget Reconciliation Act ("COBRA") gives employees and qualified beneficiaries the opportunity to continue health insurance coverage under the Company's health plan when a "qualifying event" would normally result in the loss of eligibility.

Some common qualifying events include resignation, termination of employment (other than due to gross misconduct), a reduction in hours below 30 each week, or an extended leave of absence.  Additional qualifying events for beneficiaries include divorce or legal separation from the covered employee, death of the covered employee, and a dependent child no longer meeting eligibility requirements.

Under COBRA, the employee or beneficiary pays the full cost of coverage after a qualifying event at the Company's group rates, plus an administration fee for continuation coverage.  The employee will be provided a written notice describing rights granted under COBRA when a qualifying event occurs.  The notice contains important information about the rights and obligations of the employee and/or beneficiary(ies).  Failure to timely comply with the requirements and deadlines outlined in the notice may result in a loss of insurance coverage.  For this reason, it is important for covered employees to keep the Company informed of any changes in family status, and age of dependents.

## E.    *EMPLOYEE BENEFITS*

**Employee benefits plans and employee premium are subject to change at any time, at the Company's sole discretion.**

## Group Medical, Vision and Dental Insurance

All regular employees who work 30 or more hours per week become eligible to participate in the Company's group medical, vision and dental insurance policies, beginning on the first day of the month following completion of a 60-day waiting period.  The employee and the Company each pay a portion of the premiums.  Dependents' coverage is available at the employee's expense.  Additional pay in lieu of coverage is not available.  For further information, please see the Human Resources Coordinator, or refer to the benefits booklet, which will be provided to you at the time of enrollment.

## Term Life Insurance Coverage

PCX offers $25,000 in Group life insurance, Long Term Disability and ADD coverage free to its regular, full-time employees.  Plan information will be provided at the time of eligibility.

## Holidays

The Company observes the following designated holidays:

- New Year's Day
- Memorial Day
- Independence Day
- Labor Day
- Thanksgiving
- Christmas Day

Additional holidays may be designated at the Company's discretion.  Holidays that fall on a Saturday will be observed the previous Friday; holidays that fall on a Sunday will be observed the following Monday.  Holiday pay is not considered "time worked" for purposes of overtime.

Regular full time employees are eligible for compensation at their regular rate of pay for each of these designated holidays based on the number of hours the employee would otherwise have been scheduled to work, up to 8 hours.  To receive holiday pay, you must work your regularly scheduled shift before and after the holiday, unless the holiday falls during an approved vacation, in which case you will be paid for the holiday and will not be charged for that vacation day.  Employees on leaves of absence, or who are absent without prior approval of the time off (including employees out on sick leave), are not eligible for holiday pay.

If you wish to take time off for a religious observance that is not a designated holiday, please submit a written request to your supervisor at least 30 days in advance.  Please note the reason as religious observance, and PCX will make every reasonable effort to accommodate your request.  If approved, the time off will be unpaid or you may use accrued vacation benefits.

# Vacation Leave

Full time employees earn paid vacation leave benefits as follows:

- Beginning on the first day after completion of 90 days, waiting period, full-time employees begin to earn vacation leave benefits at the rate of 3.33 days per month **or** 5 days per year.
- Beginning on the first day of the month following two-years of active employment, full time employees begin to earn 6.66 hours per month **or** 10 days per year.
- Beginning on the first day of the month following three-years of active employment, full time employees begin earning 10 hours per month **or** 15 days per year.

PCX does not allow employee to take use expected vacation time before it was earned or accrued. Vacation Leave cannot be substituted with Sick Leave or vice versa.

The maximum vacation benefits an employee may accrue is 5 days over the employee's annual accrual rate. If an employee's earned but unused vacation reaches the maximum, the employee will not accrue additional earned vacation until the employee uses enough vacation to fall below the maximum, at which time the employee will resume earning vacation benefits from that date forward.

You must have advance written approval before taking a vacation day. Vacation requests must be submitted to your Manager at least thirty days in advance. Although efforts will be made to accommodate your vacation request, approval is discretionary depending on PCX business needs at that time. In the event of a conflict, PCX will consider all available options to accommodate every request.

You are not expected to perform any work while on vacation leave. Please note that the vacation leave accrual of both exempt and non-exempt employees will be charged for partial and full day absences. You will be paid for all accrued but unused vacation leave benefits upon termination of your employment.

# Paid Sick Leave

Each January 1, employees who regularly work at least 30 hours each week will be granted 48 hours of paid sick leave benefits for use over the following 12 months. New hires will be granted sick leave to use during their first calendar year of employment as follows: 48 hours for employees hired between January 1 and March 31; 36 hours for those hired between April 1 and June 30, and 24 hours for employees hired after July 1. Employees working less than 30 hours per week will be granted 24 hours of paid sick leave at the time of hire and each year thereafter.

Though sick leave is granted at the time of hire, it cannot be used until the 90th day of employment. Sick leave benefits cannot be cashed out and do not carry over, but start over each January 1. To be eligible to use paid sick leave, you must have actually worked at least 30 days within a 12 month period.

Following the initial 90 day period, in most cases, available sick leave benefits will be applied to all time off for health-related reasons, including time off taken for illness or injury and medical appointments that must be made during working hours, for either the employee or for the employee's Family Member. A Family Member is a child (including step-child, foster child, legal ward or a child whom you care for), spouse, registered domestic partner, grandparent, grandchild or sibling. It will also be applied to time off work per the Company's Crime or Domestic Victim Leave policy.

E-2

***Notice Requirement for Sick Time Off (Paid or Unpaid)***

In the event of illness, injury or other unanticipated emergency necessitating your absence, you must personally notify your supervisor as soon as possible.  Notice of not less than two hours before your scheduled start time is expected.  If you call or text your supervisor and do not get a response, call back before the beginning of your shift to ensure that your message was received.  The notification must include:  (1) the reason for the absence; and (2) the anticipated length of your absence (partial day, full day, number of days).  Contacting a co-worker without contacting your supervisor, having a family member call for you, sending a text message without receiving confirmation that it was received, or leaving a voicemail message without calling back to confirm that it was received does not fulfill the notice requirement.

In addition, if you become ill or are injured during the workday, or must leave early for any other reason after arriving at work, you must personally notify, and obtain authorization from, your supervisor before leaving.  Unless you have made other arrangements, you must call and speak with your supervisor each day of your absence.  Failure to provide personal notification as required may result in disciplinary action, up to and including termination.

Medical, dental and other appointments should be scheduled before or after work whenever possible.  Please provide as much advance notice as possible and, in any event, not less than twenty-four (24) hours, if time off is necessary for an appointment or other (important) reason.  Whenever possible, employees must have advance written approval before taking paid time off.

 In the event of an extended absence, you are required to submit a Medical Certificate from your health care provider verifying your inability to work, the expected extent of the absence and anticipated return date

An absence of any duration (including part of a day) without providing notice as required may result in disciplinary action up to and including termination of employment.  Any absence of one full day or more without providing notice as required will be considered a voluntary resignation.  Your last day worked will be the date of separation.

Please note that the sick leave for both exempt and non-exempt employees will be docked for full day and partial day absences in excess of one hour.  **Unused sick leave will not roll over, nor will it be paid out upon termination of employment.**

No employee will be terminated or retaliated against for properly using or requesting these benefits; employees who have been retaliated against for exercising these rights may file a complaint against that employer.

# Office Closings

In the event of unscheduled Company closure(s) for any foreseen or unforeseen reason, full time exempt and non-exempt employees may request to use accrued vacation to cover the closure and receive full wages as usual.  At the CEO's sole discretion, employees in their first year of employment who do not accrue vacation may be allowed to use unused sick leave in order to receive compensation during the closure.

# F.    *LEAVES OF ABSENCE AND ACCOMMODATION POLICIES*

## Disability, Pregnancy and Breastfeeding Accommodation

PCX does not discriminate, and does not tolerate discrimination, on the basis of disability due to: a) pregnancy, childbirth or any related condition; b) physical or mental condition or impairment; or c) other medical condition (collectively, "Qualifying Condition").  The Company also does not discriminate, or tolerate discrimination, based on breastfeeding (or medical conditions related to breastfeeding).

Any employee who is unable to perform his or her regular duties due to a Qualifying Condition, or who believes that a temporary transfer to a less strenuous or hazardous position may be appropriate due to a Qualifying Condition, is encouraged to speak with the CEO or reporting supervisor regarding appropriate, reasonable accommodations that may be available, consistent with the advice of the employee's health care provider.  PCX welcomes the opportunity to engage in meaningful communications regarding reasonable accommodations that will enable an employee with a Qualifying Condition to successfully perform the essential functions of his or her position.

An employee may request a reduced work schedule or intermittent time off, if deemed medically necessary due to a Qualifying Condition or medical treatments.  A Medical Certification will be required and must identify the requested reduced work schedule or intermittent time off, dates of treatment, and expected duration.  If approved, PCX may change the job duties or position to accommodate the altered schedule.  Employees must make reasonable efforts to schedule appointments and treatment so as not to unduly disrupt PCX's operations.

In addition, PCX supports an employee's choice to breastfeed, and will provide reasonable break time to accommodate an employee desiring to express breast milk for her infant child.  Employees who intend to breastfeed are encouraged to speak with the Human Resources Coordinator as soon as possible (including prior to Pregnancy Disability Leave) to discuss available accommodations.  If the employee's regular work area is not private, management will work with the employee to arrange for the use of a room or other appropriate location for the employee to express milk in private.  For non-exempt employees, the break time will run concurrently with the employee's paid 10-minute rest break(s).  Additional (unpaid) time off will be provided, as necessary.

Any employee who feels that he or she is a victim of, or witness to, discrimination should immediately report the matter to the Human Resources Coordinator or the CEO.  Your initial report may be verbal or written, and should provide the relevant facts and individuals involved, including potential witnesses.  Failure to report your concerns and provide the necessary information prevents PCX from taking the appropriate steps to prevent and/or correct such situations.  If you have any questions, please speak with the Human Resources Coordinator.

## Workers' Compensation

PCX provides workers' compensation insurance as required by law to protect employees who are injured on the job or who become ill because of the job.  This insurance provides medical, surgical and hospital treatment, in addition to partial payment for loss of earnings, and retraining assistance if you are unable to return to your usual job or occupation.  Death benefits are provided to dependents of a worker who dies from a work-related injury or illness. In addition, you may pre-designate your regular physician as your treating physician <u>before</u> an injury occurs.

If you are injured while working or while on PCX premises, you are required to immediately report the injury to your supervisor, and to report the injury to the Human Resources Coordinator as soon as practical, regardless of how minor it may be.  Claims forms are always available.  Employees who report any injury will be protected from retaliation for having done so.

PCX will provide a leave of absence to an employee who is unable to work due to a work-related injury.  A request for medical leave is to be submitted as soon as possible and must include medical certification from the health care provider stating (a) the date on which the work-related injury or illness commenced, (b) the probably duration of the condition, (c) confirmation of your inability to work during this time, and (d) your anticipated return to work date.  The employee is responsible for submitting up-to-date medical certifications for the duration of the leave, and a release to return to work (with or without restrictions) before returning to work.  Upon expiration of medical certification, failure to provide new medical certification or provide a release and return to work will be considered job abandonment.

A workers' compensation leave will run concurrently with a medical leave of absence. Available paid sick leave and vacation will be applied to the beginning of the leave. You do not earn sick or vacation pay or receive holiday pay or other benefits during any leave of absence.

Your health insurance benefits will continue as if you were working for 30 days as long as you continue to timely pay your share of the premiums.  If your leave extends beyond this time period, you may elect to continue your coverage through COBRA.  An explanation of these benefits will be provided to you.

Please contact the Human Resources Coordinator to confirm your return from leave at least one week before your scheduled return date.  Before returning to work, you will be required to provide medical certification from the health care provider confirming that you are sufficiently recovered to return to work, with or without restrictions.  You may not be permitted to report to work without the certification.  Failure to return to work at the end of your authorized leave will be considered a voluntary resignation unless, prior to expiration of the leave, you notify the Human Resources Coordinator that you continue to suffer from a legally-recognized disability or work-related injury and other arrangements are made.

Any employee who fails to return at the conclusion of an authorized leave or who is on an authorized leave and engages in employment or other activities that are inconsistent with the employee's inability to work or need for leave  may be deemed to have voluntarily resigned employment with the Company.  Any misrepresentation or fraud associated with a leave or leave request shall be grounds for immediate termination.

Any person who makes or causes to be made any knowingly false or fraudulent material statement for the purpose of obtaining or denying workers' compensation benefits or payment is guilty of a felony.  If you have any questions, please discuss them with the Human Resources Manager.


## Medical and Pregnancy Disability Leaves of Absence

Employees are eligible for an unpaid medical or pregnancy disability leave of absence due to a verified illness or injury, or due to pregnancy, childbirth or a related medical condition.  Leaves will be provided in accordance with all applicable state and federal laws, including the Americans with Disabilities Act and the California Pregnancy Disability Act.  A workers' compensation leave will run concurrently with a Medical Leave under this policy.

As much advance notice as possible is requested.  Therefore, a request for Medical Leave or Pregnancy Disability Leave ("PDL") is to be submitted to your supervisor or the Human Resources

Coordinator as soon as the need for leave is known. Leave requests must include medical certification from the health care provider stating: (a) the date on which the serious health condition commenced, (b) the probable duration of the condition, (c) confirmation of your inability to work during this time due to disability, illness or injury (d) sufficient information to confirm the serious health condition, and (e) your anticipated date of return to work. If the request is for a reduced or intermittent schedule due to medical treatments, the certification must specify the dates of the treatment and the expected duration. Failure to provide advance notice and medical certification may result in deferral or denial of the leave.

The length of the approved leave of absence will be determined on a case-by-case basis depending on the certification received and applicable laws. Pregnancy disability leave (defined as a leave for which a health care provider has certified that the employee is unable to work due to pregnancy, prenatal medical care, childbirth or a related medical condition) is available for the period of actual disability, up to a maximum of four (4) months, upon receipt of medical certification and approval of the request. An employee returning from an approved PDL will be returned to her former position, unless her job has been eliminated for legitimate business reasons, or she would have been terminated regardless of the pregnancy. Other employees are not necessarily guaranteed reinstatement; depending on the length of the leave and the position held, they may be returned to the former or an equivalent position, or they may be returned to work only if an open position for which the employee is qualified exists at that time.

Available sick leave and vacation (unless otherwise requested) will be applied to the beginning of the approved leave and during portions of the leave that are not paid through SDI or other resources. Once Company accrued paid time off is exhausted, any remaining time off will be unpaid by the Company.

Medical Leave or PDL may be taken on a reduced work schedule basis or intermittently when medically necessary based on the employee's condition or treatments. In that case, the Company may change the job duties or position for the duration of the leave to accommodate the altered schedule. Employees must make reasonable efforts to schedule intermittent leave for treatments so as not to unduly disrupt the Company's operations.

State Disability Insurance ("SDI") is a state-sponsored program designed to partially replace wages lost while on a Medical Leave of Absence due to a non-work related injury, illness or medical condition, or PDL. You are responsible for applying to the EDD for SDI benefits. A seven-day waiting period is required before you become eligible for benefits. You will not be eligible for SDI benefits if you are receiving workers' compensation, PFL or unemployment benefits. Medical certification will be required when applying for SDI benefits. **Please be aware that the SDI program does NOT provide independent job protection or return rights.** Additional information regarding SDI may be obtained from the Human Resources Coordinator or from the Employment Development Department (via telephone, Internet or in person at a Disability Insurance office).

In the event of an approved medical leave (including workers' compensation leave), the Company will continue to pay its share of the group insurance premiums during the approved Medical Leave for a maximum of 30 days as long as the employee continues to timely pay his/her share of the premiums during that time. An employee on PDL will receive the same benefits as if she were working for the period of the PDL as long as she timely contributes her regular portion of the premium. Employees who remain on leave beyond these time periods will be offered continued coverage only if the employee timely pays the full cost of continued coverage (for the employee and dependents) or through COBRA.

You do not earn paid time off or holiday pay during the leave of absence.

An employee who is on an approved Medical or Pregnancy Disability Leave, and who engages in employment or other activities inconsistent with the need for leave or inability to work may be

deemed to have voluntarily resigned employment with the Company.

As with all Medical or Pregnancy Disability Leaves of Absence, an extension request must include medical certification from the health care provider stating the need for the extension, your continuing inability to perform the functions of your position, the dates you will continue to be unable to work, and your anticipated date of return to work.  Extension requests received after the expiration of the approved leave period will not be granted.

You must contact your supervisor or the Human Resources Coordinator and confirm your return from leave or request a leave extension at least one week before your scheduled return date.  An employee returning to work after a Medical Leave or PDL will be required to provide the Company medical certification from the health care provider that confirms the employee is sufficiently recovered to return to work, with or without restrictions before returning to work.  You may not be permitted to report to work without the certification.  Failure to return to work at the end of your approved leave period will be considered a voluntary resignation unless you notify and provide certification to the Company that you continue to suffer from a legally-recognized disability or work-related injury and other arrangements are made.

The Company will not discriminate or otherwise take adverse action against any employee who requests in good faith a Medical Leave or PDL.  The Company needs, expects and encourages you to come forward, without delay, should you suspect that you have been subjected to any adverse treatment as a result of such a request.  You may also file a complaint with the Department of Labor (the nearest office is listed in the telephone book or on the agency's website).

Any employee who seeks or obtains leave through misrepresentation or fraud will be terminated. If you have any questions, please discuss them with the Human Resources Coordinator.

# Paid Family Leave

You may be eligible for partial payment for loss of earnings, resulting from the state-sponsored Family Care Leave.

The State of California has established a Paid Family Leave (PFL) program, which allows eligible employees to receive Family Temporary Disability Insurance benefits for time off work for up to eight (8) weeks  in a twelve (12) month period effective July 2020 to care for a seriously ill child, spouse, parent, or Registered Domestic Partner, or to bond with a new child.  PFL is a component of the State Disability Insurance (SDI) program and generally applies to employees covered by SDI.  Please be aware that the PFL program does **NOT** provide job protection or return rights, although job protection may exist under other policies.

All requests for time off for PFL will be handled on a case-by-case basis.  PCX may consider your employment history, the circumstances surrounding the leave request, and business and staffing conditions at the time.  An employee wishing to take time off for PFL must provide notice at least thirty (30) days in advance if possible, or as soon as practicable if thirty (30) days' notice is not possible.  Failure to provide appropriate notice may affect the leave request.

You are responsible for applying to the State of California for PFL benefits.  You will not be eligible for PFL benefits if you are receiving workers' compensation, SDI or unemployment benefits.  As with Family Care Leave, medical certification or proof of a new child will be required when requesting PFL benefits from the State of California.

As with all leaves, any misrepresentation associated with a leave request shall be grounds for immediate termination.  Failure to return at the end of an approved leave will be deemed a voluntary

termination of your employment with the Company.  Should you need further information or have any questions concerning these policies or your employment, please feel free to speak to the Human Resources Coordinator.

# New Parent Leave ("Baby Bonding")

Employees who have been employed for at least one year and have worked at least 1,250 hours over the prior 12 months may take up to 12 weeks of unpaid time off work to bond with a new child. The leave must be taken within one year of the child's birth, adoption or foster care placement. Employees must submit a written request for parental leave as soon as possible and at least 30 days prior to the requested leave date.  (Employees on pregnancy disability leave must make this request at least 30 days prior to the expiration of the PDL).

Available accrued vacation may be used during the leave.  Your health insurance benefits will continue as if you were working for up to 12 weeks as long as you continue to timely pay your share of the premiums.  If approved, the employee will be reinstated to the same or a comparable position at the end of the leave.  You do not earn vacation or sick leave or receive holiday pay or other benefits during the time off.  Failure to return at the end of an approved leave will be deemed a voluntary termination of your employment.

# Military Leave of Absence

PCX provides unpaid military leaves of absence, and does not discriminate against members of the uniformed services, applicants to the uniformed services or veterans, with respect to initial employment, reemployment, retention, and promotion or employee benefits.

An employee requiring a leave of absence to perform military service will be eligible for reinstatement or reemployment following the service as long as: (a) the employee provides notice to management in advance of the service; (b) the employee has five years or less of cumulative service in the uniformed service while employed with PCX; (c) the employee returns to work in a timely manner; and (d) the employee is not separated from service with a disqualifying discharge or under other than honorable conditions.

Group medical insurance benefits will continue during Military Leave for up to 12 weeks, as long as the employee timely pays his/her share of the premium during that time.  The employee will be required to pay the premium in full in order to continue coverage thereafter, which is available for up to 24 months.  Whether or not the employee elects to continue coverage during Military Leave, upon reinstatement or reemployment with PCX, the employee will be entitled to reinstatement of coverage, without any waiting period or exclusions, except for service-connected illnesses or injuries.

Military leave is unpaid.  Payment of accrued vacation may be requested.  Employees do not earn or accrue holiday pay, vacation or sick leave while on Military Leave.  Upon reinstatement or reemployment after Military Leave, the employee will immediately begin to accrue benefits at the rate at which he/she would have accrued them had the employee not been on Military Leave.

An employee returning from Military Leave is guaranteed reinstatement to the job and benefits the employee would have attained if he/she had not been absent due to military service, or to an equivalent position for which the employee is qualified, unless the employee would have been terminated regardless of the Military Leave.

PCX needs, expects and encourages you to come forward, without delay, should you suspect that discrimination or retaliation has occurred as a result of a military leave of absence.  Failure to report your concerns prevents PCX from taking the appropriate steps to prevent and/or correct such situations.  Employees will be protected from retaliation of any kind based on military service or taking an approved military leave of absence.

Failure to return at the end of an approved leave, engaging in alternate employment while on leave or engaging in any misrepresentation or fraud associated with a leave request shall be grounds for immediate discipline and/or termination.  If you have any questions, please discuss them with a manager.

## Military Caregiver Leave

Military Caregiver Leave allows an Eligible Employee up to 26 weeks of time off to care for a Covered Service Member or Veteran of any branch of the Armed Forces, if that care is deemed medically necessary due to a serious injury or illness that was incurred or worsened as a result of active duty.  Military Caregiver Leave is available due to medical treatment, therapy, recuperation, outpatient care, or certain other circumstances.  An Eligible Employee may be the parent, son, daughter, spouse, Registered Domestic Partner or other "next of kin" of the Covered Service Member or Veteran.

Medical Certification completed by a health care provider is required, and must include: the date on which the serious health condition commenced; the probable duration of the condition; confirmation of the medical necessity for care of the individual for whom the employee has requested Caregiver Leave; and the employee's anticipated date of return to work.

A request for leave under this policy is not considered approved unless and until written approval has been provided by management.  Failure to provide appropriate notice and Medical Certification may result in deferral or denial of the leave.

If more than one employee qualifies for Caregiver Leave for the same individual under this policy (such as where both parents of the wounded military member work for the Company, combined their leave may not exceed 26 weeks in a 12-month period.

An employee may request Caregiver Leave in the form of a reduced work schedule or intermittent time off, such as to provide care necessitated by medical treatments.  Medical Certification must identify the reduced work schedule or intermittent time off, dates of treatment, and expected duration.  If approved, PCX may change the job duties or position to accommodate the altered schedule.  Employees must make reasonable efforts to schedule treatments so as not to unduly disrupt PCX's operations.

PCX will continue to pay its share of the employee's health insurance premiums for up to 26 weeks, less any period already paid under any other qualifying leave in the last 12 months, as long as the employee timely pays his/her share of the premiums.

## Leave for Military Spouse / Partner on Deployment Leave

Employees who regularly work 20 or more hours per week will be eligible for an unpaid leave of absence if the employee's spouse or Registered Domestic Partner is a member of the military who is on leave from deployment.  If the employee has worked for the Company for at least one year, and worked at least 1250 hours during the prior 12 months, the employee will be eligible for up to 15 days of leave.  Otherwise, the employee will be eligible for up to ten days of leave.

Eligible employees must provide a copy of the documentation certifying that your spouse or Registered Domestic Partner will be on leave from deployment during the time the leave is requested within two business days of receiving the official notice.  Please note that failure to provide appropriate notice may result in deferral of the leave.  The employee may elect to use available paid time off during the leave of absence.

Failure to return at the end of an approved leave will be deemed a voluntary termination of employment with the Company.  Any employee who is on an approved leave and engages in alternate employment or self-employment during the leave may be deemed to have voluntarily resigned.  As with all leaves, any misrepresentation or fraud associated with a leave request shall be grounds for immediate termination.

## Leave for Emergency Personnel

PCX provides unpaid leaves of absence to perform emergency duty as a volunteer firefighter, a reserve peace officer, or emergency rescue personnel.  PCX also provides unpaid leaves of up to a maximum of fourteen (14) days for volunteer firefighters to engage in fire or law enforcement training.  Volunteer members of the California Wing of the Civil Air Patrol may also be eligible for up to ten days of leave per year if called to duty to respond to an emergency. To be eligible, you must notify PCX in advance of the service (whenever reasonable to do so), notify PCX upon completion of the service and provide verification of the service.

## Donor Leave

PCX provides a paid leave of absence for up to (a) five business days (one week) for an employee who donates bone marrow, or (b) thirty business days (six weeks) for an employee who donates an organ, per year ("Donor Leave"). An additional 30 days unpaid leave may be granted if medical necessary. All employee benefits continue during donor leave.  Any available sick leave benefits will be applied to this leave.

To be eligible for Donor Leave, you must (a) provide as much advance notice as possible in advance of the leave; (b) provide medical certification confirming the procedure and dates of the leave of absence; (c) contact your supervisor or the Human Resources Coordinator before your scheduled return date (one week in advance in the event of a leave in excess of two weeks) to confirm that you will be released to return to work on the scheduled date; and (d) provide a medical release prior to or on the day of your return to work.  You will not be permitted to resume work without medical certification releasing you to return to work, with or without restrictions.

Donor leave does not count against eligibility for an employee medical leave of absence, however, any medically necessary leave beyond the times specified above, will be considered a medical leave of absence.  Please see the medical leave of absence policy for applicable terms and conditions.

Any employee who is on a leave of absence and engages in alternate employment or self-employment during the leave may be deemed to have voluntarily resigned from the Company.  Any employee who seeks or obtains leave through misrepresentation or fraud will be terminated.

# Jury Duty

You will be granted time off if called for jury duty.  Non-exempt employees may take unpaid time off or request to use available vacation.  Exempt employees will generally be paid unless a full week of work is missed.  Of course, all employees are expected to report to work during hours or days that your presence is not required in court.  An employee who does not report to work when available will not be on approved leave for the day, or any portion thereof.  You must present your jury summons as soon as you receive it.

# Victim of Domestic Violence, Sexual Assault or Stalking

Victims of domestic violence, sexual assault or stalking may request reasonable accommodation or time off from work if needed to testify or appear in court, to obtain protection for yourself or your children, to obtain services from a domestic violence or sexual assault program, to obtain treatment for physical or mental injury resulting from the domestic violence or sexual assault, or to participate in safety planning. To the extent reasonably possible, the reason for such an absence will be treated as confidential.

You are required to provide reasonable advance notice whenever possible, and to present your subpoena or other pertinent documentation verifying the purpose for the absence to the Human Resources Coordinator as soon as reasonably possible.  Non-exempt employees may take unpaid personal leave for this purpose or may request to use available sick or vacation leave.  Of course, all employees are expected to report to work during hours or days that you are able and available for work.  An employee who does not report to work when available will not be on approved leave for the day, or any portion thereof.  No employee will be terminated or retaliated against for properly using or requesting these benefits; employees who have been retaliated against for exercising these rights may file a complaint against that employer.

# Witness or victim of Serious or Violent Felony

You will be granted time off to attend judicial proceedings related to the commission of a qualifying serious or violent felony if (a) you are subpoenaed to appear as a witness, (b) you are a victim of the crime, or (c) the victim of the crime is an Immediate Family Member.  "Immediate family member" means (a) the employee's spouse or Registered Domestic Partner, (b) the child of the employee, spouse or Registered Domestic Partner(c) the employee's parent or step-parent, or (d) the employee's sibling or step-sibling.

You are required to provide reasonable advance notice whenever possible, and to present your subpoena or other pertinent documentation regarding the appearance to the Human Resources Coordinator as soon as you receive it.  For non-exempt employees, the time off will be unpaid time unless you request to use available sick or vacation leave.  Of course, you are expected to report to work during hours or days that your presence is not required in court. To the extent reasonably possible, the reason for such an absence will be treated as confidential.  An employee who does not report to work when available will not be on approved leave for the day, or any portion thereof.

## Voting

If you are unable to vote in a statewide election during non-work hours **due to your work schedule**, and you advise your supervisor at least two working days in advance, PCX may grant you up to a maximum of two hours paid time off at the beginning or ending of your shift in order for you to vote. Upon your return to work, you must present the Human Resources Coordinator with a voter's receipt.

## School Leave Policy

Employees will be permitted to take time off for <u>required</u> school conferences involving the possible suspension or expulsion of a child from school.  PCX also provides up to 40 hours unpaid off each year to allow a parent (including step parent, foster parent, guardian, or other individual who acts as the child's parent) to engage in activities related to: (a) the child's placement, enrollment, or activities at a school or licensed day care provider; or (b) any school or day care emergency.  Except in the event of an emergency, requests must be submitted and approved in advance, in writing, before taking school leave.   Documentation from the school or day care provider confirming attendance may be required.  Accrued vacation may be applied to school leave.

## Personal Leave

An unpaid personal leave of absence may be granted for a compelling personal emergency or circumstance to regular employees who have completed at least one year of continuous employment, in the sole discretion of PCX.  The Company will consider factors such as employment history, the circumstances surrounding the leave request, and the Company's staffing and other business needs.  Even if approved, employees are not guaranteed reinstatement.  An employee must pay his/her group health insurance premiums in full during the leave, and must contact the Human Resources Coordinator and confirm the date of return from leave at least one week before the scheduled return date.  Extension requests received after expiration of the authorized leave will not be approved.

If you have any questions, please discuss them with the Human Resources Coordinator.  As with all leaves, any misrepresentation or fraud is grounds for immediate termination.

## *G.* *ACKNOWLEDGMENT*

## **Acknowledgment – Employee Copy (Employee to Retain)**

By my initials and signature below, I acknowledge and agree that I have received, read and understand the Pacific Component Xchange, Inc. ("PCX" and the "Company") 2018 Employee Handbook and that each provision of this Handbook applies to my employment with the Company, including (but not limited to) the following:

_____   Employment with PCX is "at-will." which means that PCX and the employee each have the right to terminate the employment at any time, with or without cause and with or without prior notice. In addition, PCX may change the duties, compensation or hours, or transfer, reassign, promote, demote, suspend or otherwise change the terms and conditions of employment (other than the at-will relationship), with or without cause or prior notice.  This at-will relationship may not be changed by any person, statement or conduct, whether express or implied, other than by a written agreement that expressly alters the at-will status and is signed by the CEO.  This is an integrated statement of the at-will employment relationship.

_____   PCX provides a workplace free of discrimination, harassment or retaliation.  I have read and understand PCX's policy against discrimination and harassment and understand that if I am subjected to or become aware of discrimination or harassment occurring, that I am expected to immediately report that to management.  Retaliation against anyone who opposes, reports or assists another person in reporting suspected discrimination or harassment is also prohibited. PCX will not tolerate discrimination, harassment or retaliation.

_____   Confidential Information is proprietary to the Company, and must be kept in confidence, both during employment and at all times thereafter. Unless required by law, or for an authorized business purpose, Confidential Information may not be disclosed to anyone outside PCX without the written authorization of the CEO.  Confidential Information may not be retained after termination of employment, in any form, without the written authorization of the CEO.  Both during employment and at all times thereafter, Confidential Information must be treated as confidential and proprietary to the Company, and may not be used or released to any person or entity without the CEO's written authorization.

_____   All PCX computers, telephones, cell phones, tablets, fax machines, copiers and other electronic equipment and systems ("Company Equipment") are PCX property, and are provided for authorized business use only.  PCX may monitor, search, access, open, review, read, use, disclose and/or search Company Equipment and its contents at any time.  Users should not have any expectation of privacy or confidentiality when using these resources.  The Company's right to search Company Equipment and all contents may not be waived by any Company representative, except by a written agreement signed by the CEO.

_____   None of the statements or provisions of this Handbook is intended to restrict or prohibit any employee from engaging in protected, concerted activity under the National Labor Relations Act.


Signature: _____        Date: _____


Print Name: _____

# Acknowledgment – Employer Copy (Sign and Turn In)

By my initials and signature below, I acknowledge and agree that I have received, read and understand the Pacific Component Xchange, Inc. ("PCX" and the "Company") 2018 Employee Handbook and that each provision of this Handbook applies to my employment with the Company, including (but not limited to) the following:

_____ Employment with PCX is "at-will." which means that PCX and the employee each have the right to terminate the employment at any time, with or without cause and with or without prior notice. In addition, PCX may change the duties, compensation or hours, or transfer, reassign, promote, demote, suspend or otherwise change the terms and conditions of employment (other than the at-will relationship), with or without cause or prior notice. This at-will relationship may not be changed by any person, statement or conduct, whether express or implied, other than by a written agreement that expressly alters the at-will status and is signed by the CEO. This is an integrated statement of the at-will employment relationship.

_____ PCX provides a workplace free of discrimination, harassment or retaliation. . I have read and understand PCX's policy against discrimination and harassment and understand that if I am subjected to or become aware of discrimination or harassment occurring, that I am expected to immediately report that to management. Retaliation against anyone who opposes, reports or assists another person in reporting suspected discrimination or harassment is also prohibited. PCX will not tolerate discrimination, harassment or retaliation.

_____ Confidential Information is proprietary to the Company, and must be kept in confidence, both during employment and at all times thereafter. Unless required by law, or for an authorized business purpose, Confidential Information may not be disclosed to anyone outside PCX without the written authorization of the CEO. Confidential Information may not be retained after termination of employment, in any form, without the written authorization of the CEO. Both during employment and at all times thereafter, Confidential Information must be treated as confidential and proprietary to the Company, and may not be used or released to any person or entity without the CEO's written authorization.

_____ All PCX computers, telephones, cell phones, tablets, fax machines, copiers and other electronic equipment and systems ("Company Equipment") are PCX property, and are provided for authorized business use only. PCX may monitor, search, access, open, review, read, use, disclose and/or search Company Equipment and its contents at any time. Users should not have any expectation of privacy or confidentiality when using these resources. The Company's right to search Company Equipment and all contents may not be waived by any Company representative, except by a written agreement signed by the CEO.

_____ None of the statements or provisions of this Handbook is intended to restrict or prohibit any employee from engaging in protected, concerted activity under the National Labor Relations Act.


Signature: _____      Date: _____


Print Name: _____

G-2

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Indianapolis District Office
101 West Ohio St, Suite 1900
Indianapolis, IN 46204
(463) 999-1146
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 01/10/2023

**To:** Ms. Nicole Freeling
8631 Sierra Ridge Dr F
INDIANAPOLIS, IN 46239
Charge No: 480-2022-04690

EEOC Representative and email:    Frederick BruBaker
Enforcement Supervisor
Frederick.BruBaker@eeoc.gov

### DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By: Michelle Eisele
01/10/2023

Michelle Eisele
District Director

**cc:**
Thomas Gruenbeck
23120 Alicia Parkway Suite 223
Mission Viejo, CA 92692

MaryJane  Christner
Pacific Component Xchange
7755 CENTER AVE STE 1050
Huntington Beach, CA 92647

David  Ratliff II
Pacific Component Xchange, Inc
7755 CENTER AVE STE 1050
Huntington Beach, CA 92647

Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a FOIA Request or 2) a Section 83 request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your request for the charge file promptly to allow sufficient time for EEOC to respond and for your review. Submit a signed written request stating it is a "FOIA Request" or a "Section 83 Request" for Charge Number 480-2022-04690 to the District Director at Michelle Eisele, 1010 West Ohio St Suite 1900

Indianapolis, IN 46204.

You can also make a FOIA request online at https://eeoc.arkcase.com/foia/portal/login.

Enclosure with EEOC Notice of Closure and Rights (01/22)

You may request the charge file up to 90 days after receiving this Notice of Right to Sue.  After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA Requests and Section 83 Requests, go to: https://www.eeoc.gov/eeoc/foia/index.cfm.



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency

GAVIN NEWSOM, GOVERNOR
KEVIN KISH, DIRECTOR

**Civil Rights Department**
2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
800-884-1684 (voice) | 800-700-2320 (TTY) | California's Relay Service at 711
calcivilrights.ca.gov | contact.center@dfeh.ca.gov

January 13, 2023

**Via Email: freelingnicole@yahoo.com**

Nicole Freeling
8631 Sierra Ridge Dr, F,
INDIANAPOLIS, IN 46239

RE:   **Notice of Case Closure and Right to Sue**
      **Case Number**: 202207-17716127
      **Case Name**: Freeling / PCX - Pacific Component Xchange
      **County of Violation**: Orange

Dear Nicole Freeling:

The Civil Rights Department (CRD) has closed your case for the following reason: **Complainant Elected Court Action**. The CRD makes no determination about whether further investigation would establish violations of the Fair Employment and Housing Act (FEHA). This decision does not mean the alleged claims have no merit or that the respondent is in compliance with the law. No finding is made as to any other issues that might be construed as having been raised by this complaint.

**This is your Right to Sue notice.**  As specified in Government Code section 12965, subdivision (b), you may file your own civil action asserting employment claims under the FEHA within one year of the date of this letter. If you want to file a civil action that includes other claims, you should consult an attorney about the applicable statutes of limitations

Your complaint **is not dual filed** with the United States Equal Employment Opportunity Commission (EEOC).  To obtain a federal Right to Sue notice, you must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of this letter or within 300 days of the alleged discriminatory act, whichever is earlier.

You have the right to appeal the decision to close your case. This request must be made within ten (10) days of receiving this letter. Your appeal must include 1) a summary as to why you disagree with the case closure; and/or, 2) any new detailed information (e.g., documents, records, witness information) that supports your claim. If you appeal, the information you provide will be carefully considered. You may appeal this decision by:

- Email. Send your request to appeals@crd.ca.gov and make reference to the case #: 202207-17716127.

- Mail. Send your request to: CRD Appeals Unit, 2218 Kausen Drive, Suite 100, Elk Grove, CA 95758. Include a copy of this letter and make reference to the case #: 202207-17716127.

- Phone. Call us at 800-884-1684 (voice), 800-700-2320 (TTY) or California's Relay Service

Notice of Case Closure and Right to Sue
January 13, 2023

at 711 and make reference to the case #: 202207-17716127.

Although the CRD has closed this case, the allegations and conduct at issue may be in violation of the law.  You should consult an attorney as soon as possible regarding any other options and/or recourse you may have regarding the underlying acts or conduct.

Below are resources to assist you in deciding whether to bring a civil action on your own behalf in court in the State of California under the provisions of the FEHA against the person, employer, labor organization or employment agency named in your complaint. To proceed in Superior Court, you should contact an attorney.

- The State Bar of California has a Lawyer Referral Services Program which can be accessed through its website at www.calbar.ca.gov under the "Public" link, or by calling (866) 442-2529 (within California) or (415) 538-2250 (outside California).

- Your local city or county may also have a lawyer referral or legal aid service.

- The Department of Consumer Affairs (DCA) has a publication titled "The Small Claims Court: A Guide to Its Practical Use" online at http://www.dca.ca.gov/publications/small_claims.  You may also order a free copy online, by calling the DCA Publication Hotline at (866) 320-8652, or by writing to them at: DCA, Office of Publications, Design and Editing, 1625 North Market Blvd., Suite N-112, Sacramento, CA 95834.

Sincerely,

*Shaunte Henry*

Shaunte Henry
Consultant III Specialist
213-410-1838
shaunte.henry@dfeh.ca.gov

Cc:
PCX - Pacific Component Xchange
7755 Center Ave Suite 1050
Huntington Beach, CA 92647