THOMAS S. GRUENBECK  CBN 177056
Attorney at Law
23120 Alicia Pkwy, Suite 223
Mission Viejo, CA 92692
(949) 453-1874 p
(949) 453-1875 f
thomasgruenbeck@gmail.com
Attorney for Defendant PCX, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| NICOLE FREELING,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PCX, INC., a California Corporation; and DOES 1 through 50,<br><br>　　　　Defendants | Case No.: 8:23-cv-00173-DOC-KES<br><br>Judge: HON. DAVID O. CARTER<br><br>**OBJECTION TO NOTICE OF DEPOSITION OF DAVID RATLIFF**<br><br>Complaint Filed: February 3, 2023<br>Trial Date:　　None |

　　　　Defendant PCX, Inc. hereby objects to the Notice of Deposition of David Ratliff issued by Plaintiff Nicole Freeling on the following grounds:

　　1. Notice of Deposition violates FRCP Rule 30(b)(1) because Plaintiff failed to give Defendant reasonable Notice by giving only two days notice of deposition without just cause or leave of court and failed to provide a Zoom link for the Deposition.

　　2. Notice of Deposition violates prior Court Order date June 5, 2023 which set the deposition date for July 13, 2023 where Plaintiff changed date without consent from the Defendant or Court Order.

　　3. Notice of Deposition violates FRCP 30(b)(4) where Plaintiff seeks to conduct deposition via remote means without a stipulation or Court order.

1

4. Defendant informed Plaintiff of objections within as soon as possible via email. Plaintiff refused to change date and intends to conduct the deposition without notice or the presence of Defendant or its counsel.

DATED:    June 16, 2023

_____
Thomas Gruenbeck
Attorney for Defendant PCX, Inc.

Nicole Freeling
8631 Sierra Ridge Dr. Apt F.
Indianapolis, In 46239
317-500-8757
Plaintiff in Pro per
n.freeling@outlook.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA SANTA ANA DIVISION

JURISDICTION

| | |
|---|---|
| NICOLE FREELING<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PCX, INC. CALIFONINIA CORPORATION; AND DOES 1 THOUGH 50<br><br>　　　　　Defendant | Case No.: 8:23-cv-00173-DOC-KE<br><br>**NOTICE OF TAKING REMOTE DEPOSITION**<br><br>Date:  6-16-2023 Time: 3:00 PM. EST<br><br>**Place: Remotely via ZOOM** |

**TO ALL THE PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

　　**PLEASE TAKE NOTICE** that Plaintiff Pro per, Nicole Freeling will take the Deposition of David Ratliff who is located in Forest Virginia, on Friday June 16th, 2023, at 3:00 PM. Plaintiff in Pro per Nicole Freeling, the witness and the court reporter will appear remotely via ZOOM video link.  The deposition will be taken remotely and is not intended to last longer than one to two hours.

1　　　　　　　　　　　NOTICE OF TAKING REMOTE DEPOSITION

DATE: Wednesday June 14th, 2023,        Respectfully Submitted,

By *Nicole Freeling*

Nicole Freeling

2          NOTICE OF TAKING REMOTE DEPOSITION

Nicole Freeling
8631 Sierra Ridge Dr. Apt F.
Indianapolis, In 46239
317-500-8757
Plaintiff in Pro per
n.freeling@outlook.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA SANTA ANA DIVISION

JURISDICTION

| | |
|---|---|
| NICOLE FREELING | Case No.: 8:23-cv-00173-DOC-KE |
| Plaintiff, | |
| vs. | **PROOF OF SERVICE** |
| PCX, INC. CALIFONINIA CORPORATION; AND DOES 1 THOUGH 50 | |
| Defendant | |

   I, Plaintiff Nicole Freeling, declares as follows: My address is 8631 Sierra Ridge Dr Apt F. Indianapolis, IN 46239, which is located in the county where the mailing described below took place. My email n.freeling@outlook.com was used to serve Defendants Attorney electronically. On June 14th, 2023, I served the document(s) described as:

- Notice of Deposition

  Upon all interests' parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage thereon, and deposited said envelope in the United States mail in Indianapolis, In, addressed as followed:

  Thomas S. Gruenbeck 23120 Alicia Pkwy, Ste 223 Mission Viejo, CA 92692

  Electronic copy has been sent to the email address filed with the Court at:

  tom@gruenbeckvogeler.com

1
PROOF OF SERVICE

I Declare under penalty of perjury that the foregoing is true and correct. Executed on Wednesday June 14,2023 at Indianapolis, Indiana

Nicole Freeling

2

PROOF OF SERVICE

**Tom Gruenbeck**

| | |
|---|---|
| **From:** | Nicole Freeling <n.freeling@outlook.com> |
| **Sent:** | Thursday, June 15, 2023 6:31 PM |
| **To:** | Thomas Gruenbeck |
| **Cc:** | davidratliff2@outlook.com; Gil Aouizerat; thomasgruenbeck |
| **Subject:** | RE: Notice of deposition |

Hi Mr. Gruenbeck,

I have not mislead Mr. Ratliff in anyway. I spoke what the Honorable Judge Carter has Order. I made it clear that he is called to a deposition that was order by the courts. In no way did I try to make it outside of anything but the truth. I even provided Mr. Ratliff with the Court's order that you are very aware of.

I have the right to depose Mr. Ratliff on July the 13th or before as stated in the Court Order. I asked Mr. Ratliff to choose a date and time over the next week or two and he chose Friday June 16th 2023 and I have the emails to prove it. The Court has already made this determination to depose Mr. Ratliff, I only turned in the Notice of deposition to make aware the of deposition being done remotely.

Mr. Gruenbeck, after you sent the court an email on 6/6/23 telling them that David Ratliff is no longer with the company and asking what to do next. On 6/8/2023 you and I received an email from the Court explaining that this is a Court order. She clearly states if we both want to change the Court order that we would have to do a stipulation to change the Judges order

I understand you are not Mr. Ratliff's attorney but you are advising him on what to do? You are objecting on what grounds? Because you're not available?  Again, I am not asking for you to attend this deposition I was only making the Courts and opposing Counsel aware of this remote deposition taking place. I was very clear when speaking with Mr. Ratliff about the situation and informed him to contact the Central District Federal Court of Santa Ana to verify this as well.


Thank you,


**From:** Thomas Gruenbeck
**Sent:** Thursday, June 15, 2023 6:28 PM
**To:** Nicole Freeling; tom@gruenbeckvogeler.com
**Cc:** davidratliff2@outlook.com; Gil Aouizerat; thomasgruenbeck
**Subject:** RE: Notice of deposition

Ms. Freeling,

I am in receipt of your Notice of deposition for Mr. Ratliffe received yesterday.  I was in court all day and did not see it until late last night. I have several issues and objections to this Notice.

First, this is not the date we agreed to nor did you attempt to ask me if this date was acceptable. Though the Court ordered the deposition be taken on or before July 13 you do not have the right to unilaterally set a new date especially on such short notice. The FRCP requires reasonable notice. 2 days is not reasonable under the circumstances especially since you were previously informed that I am not available on that date, the court already set the date for deposition

1

agreeable to you and no impending emergency exists that would require advancing the date..  When we informed the court of the witness issue the court informed us changes must be made by stipulation. Disregarding the courts direction you changed the date anyway without my consent.

Second, I received a communication from Mr. Ratcliffe stating that you contacted him and informed him the court ordered his deposition and that he was required to comply with the court order. Quoting Mr. Ratliffe, "She made it seem like I had to do the deposition and the Court would make sure I did…. "  He informed me he is not available but fearing reprise from the court he was going to change his schedule including possibly canceling appointments.

This is not only not true but misleading and highly inappropriate.  The Court did not order Mr. Ratliffe to appear. The Court has no jurisdiction over Mr. Ratliffe and cannot order him to do anything. He is not a PCX employee nor a party and you knew that.  The Court ordered YOU to take your depositions on or before the dates you agreed to. You have to comply the the Rules of Civil Procedure, issue subpoenas and have them served on non parties or at least ask before you unilaterally set dates. We offered to produce a PMK witness for PCX but you refused.

I am not Mr. Ratliffe's attorney. He needs to seek separate counsel if he wants. We however object to your Notice of Deposition and we will not attend because we are unavailable tomorrow afternoon. You will receive my formal objection tomorrow morning.

If I am required to file a motion to prevent further procedural abuses I will ask the court for monetary sanctions.

If you want to continue representing yourself follow the Federal Rules of Civil Procedure and obey the court's orders like everyone else.

I remain sincerely,


Thomas Gruenbeck

-------- Original message --------
From: Nicole Freeling <n.freeling@outlook.com>
Date: 6/14/23 9:06 AM (GMT-08:00)
To: Tom Gruenbeck <tom@gruenbeckvogeler.com>
Subject: Notice of deposition


Hi Mr. Gruenbeck



Serving notice of first deposition.



Thank you,

## PROOF OF SERVICE

STATE OF CALIFORNIA   )
                     ) ss.
COUNTY OF ORANGE     )

I am employed in the county of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 23120 Alicia Pkwy, Suite 223, Mission Viejo, CA 92692.

On June 16, 2023, I served the foregoing document described as:

**OBJECTION TO NOTICE OF DEPOSITION OF DAVID RATLIFF**

Upon all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage fully prepaid in the United States mail at Mission Viejo, California addressed as follows:

| Nicole Freeling<br>8631 Sierra Ridge Dr. Apt F<br>Indianapolis, IN 46239<br>n.freeling@outlook.com | | |
|---|---|---|

( )   (BY US MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States Mail at Mission Viejo, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Mission Viejo, California in the ordinary course of business.

( X )   ELECTRONIC SERVICE I electronically served a true and correct copy of the above referenced document on the interested parties at the email addresses stated above.

( X )   (FEDERAL) I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

( )   (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the office of the addressee

Executed this June 16, 2023, at Mission Viejo, California.

                                      /s/  Tom Gruenbeck /s/
                                      Thomas S. Gruenbeck