Nicole Freeling
8631 Sierra Ridge Dr. Apt F.
Indianapolis, In 46239
317-500-8757
Plaintiff in Pro per
n.freeling@outlook.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA SANTA ANA DIVISION

JURISDICTION

| | |
|---|---|
| NICOLE FREELING | Case No.: 8:23-cv-00173-DOC-KE |
| Plaintiff, | |
| vs. | **NOTICE OF REMOTE DEPOSITION** |
| PCX, INC. CALIFONINIA CORPORATION; AND DOES 1 THOUGH 50 | **Date: 7/12/2023 Time: 1:00 PM. PST** |
| Defendant | **Place: Remotely via ZOOM** |

**TO ALL THE PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

      **PLEASE TAKE NOTICE** that Plaintiff Pro per, Nicole Freeling will take the deposition of Gil Aouizerat on Wednesday July 12th, 2023, at 1:00 PM PST deposition will be taken pursuant of Rule 30 F.R.C.P Plaintiff Nicole Freeling, the witness, the attorney for the witness, and the court reporter will appear remotely via ZOOM video link. Defendants have previously consented to a ZOOM remote deposition.

1                         NOTICE OF TAKING REMOTE DEPOSITION

Join Zoom Meeting

https://us02web.zoom.us/j/83490917051?pwd=NVhMRINLYVM5TGJBSEViMmFHV21yZz09

https://us02web.zoom.us/j/83490917051?pwd=NVhMRINLYVM5TGJBSEViMmFHV21yZz09

Meeting ID: 834 9091 7051

Passcode: 312365

.

## RULE 30 (b) (2) DOCUMENTS REQUEST

1. Have a copy of the Plaintiff's Amended complaint and all exhibits attached to the Amended Compliant.

.

DATE: Thursday July 6th, 2023,     Respectfully Submitted,

By *Nicole Freeling*

Nicole Freeling Pro per

2     NOTICE OF TAKING REMOTE DEPOSITION