Nicole Freeling

8631 Sierra Ridge Dr. Apt. F

Indianapolis, IN 46239

317-500-8757

Plaintiff in Pro Se.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CAIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| NICOLE FREELING, | Case No.: 8:23-cv-00173-DOC-KES |
| | Judge: HON. DAVID CARTER |
| Plaintiff, | |
| vs. | **NOTICE OF SUBPOENA** |
| | |
| PCX, INC., a California Corporation; and DOES 1through 50, | |
| | |
| Defendant, | |

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE, pursuant to Federal Rule Civil Procedure 45(a)(4), that Plaintiff Nicole Freeling hereby Subpoena to Produce Documents from ADP, INC. and ADP Background Screening and Selection.

1   **NOTICE OF SUBPOENA**

| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | DATED: September 6, 2023, | By: | *Nicole Freeling* |
| 3 | | | Nicole Freeling, Pro Se. |

2 **NOTICE OF SUBPOENA**