1 Nicole Freeling
2 8631 Sierra Ridge Dr. Apt. F
3 Indianapolis, IN 46239
4 317-500-8757
5 Plaintiff in Pro Se.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CAIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| NICOLE FREELING, | Case No.: 8:23-cv-00173-DOC-KES |
|  | Judge: HON. DAVID CARTER |
| Plaintiff, | |
| vs. | **NOTICE OF SUBPOENA** |
| PCX, INC., a California Corporation; and DOES 1through 50, | |
| Defendant, | |

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE, pursuant to Federal Rule Civil Procedure 45(a)(4), that Plaintiff Nicole Freeling hereby Subpoena to Verizon Mobile Subpoena Compliance

1   **NOTICE OF SUBPOENA**

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: September 25, 2023, | By: *Nicole Freeling* |
| 3 | | Nicole Freeling, Pro Se. |