THOMAS S. GRUENBECK  CBN 177056
ATTORNEY AT LAW
23120 Alicia Pkwy, Suite 223
Mission Viejo, CA 92692
(949) 453-1874 p
(949) 453-1875 f
thomasgruenbeck@gmail.com

Attorneys for Defendant PCX, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| NICOLE FREELING,<br><br>    Plaintiff,<br><br>    v.<br><br>PCX, INC., a California Corporation; and DOES 1 through 50,<br><br>    Defendants | Case No.: 8:23-cv-00173-DOC-KES<br><br>Judge: HON. DAVID O. CARTER<br><br>**DEFENDANT'S OBJECTIONS TO EVIDENCE OFFERED IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:    December 4, 2023<br>Time:   8:30 a.m.<br>Ctrm.:   10A<br><br>Complaint Filed: January 27, 2023<br>Trial Date:    February 6, 2024 |

Defendant PCX, Inc. offers the following Objections to evidence offered by Plaintiff in support of Plaintiff's Motion for Summary Judgment.

| Moving Party's Evidence | Evidentiary Objection |
|---|---|
| Exhibit 21 offer letter | Objection Hearsay without an exception, lack of foundation, no authentication FRE 801, 901 |

1
DEFENDANT'S OBJECTIONS TO EVIDENCE OFFERED IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

| | | |
|---|---|---|
| 1 2 3 | Exhibit 20 Plaintiff's LinkedIn profile | Objection Hearsay without an exception, lack of foundation, no authentication FRE 801, 901 |
| 4 | Exhibit 13 FAC DkT#13 | No objection |
| 5 6 7 | Exhibit 22, Devon Carter Declaration | Objection Hearsay without an exception, lack of foundation, no authentication FRE 801, 901 |
| 8 9 10 | Exhibit 23 Position Statement | Objection Hearsay without an exception, lack of foundation, no authentication FRE 801, 901 |
| 11 12 13 | Exhibit 14 Deposition of Gil Aouizerat Pg 78, lines 7-17 | Objection. Calls for speculation. Lack of personal knowledge FRE 701, 602 |
| 14 15 16 | Exhibit 14 Deposition of Gil Aouizerat Pg 11, lines 11-25 | Objection. Calls for speculation. Lack of personal knowledge FRE 701, 602 |
| 17 18 19 | Exhibit 25 Declaration of Nicole Freeling | Objection. Hearsay without an exception, lack of foundation, no authentication FRE 801, 901 |
| 20 21 22 | Exhibit 14 Deposition of Gil Aouizerat Pg 44, lines 2-8 | Objection Hearsay without an exception, lack of foundation, no authentication FRE 801, 901 |
| 23 24 | Exhibit 14 Deposition of Gil Aouizerat Pg 15, lines 1-22 | Objection confusing misleading FRE 403 |
| 25 26 | Exhibit 14 Deposition of Gil Aouizerat Pg 16, lines 1-25 | Objection confusing misleading FRE 403 |

27
28

| | | |
|---|---|---|
| 1<br>2<br>3 | Exhibit 15 Deposition of David Ratliff Pg 8, lines 10-22 | Objection. Hearsay without an exception, lack of foundation, no authentication FRE 801, 901 |
| 4<br>5 | Exhibit 14 Deposition of Gil Aouizerat Pg 17-22 | Objection confusing misleading FRE 403 |
| 6<br>7<br>8 | Exhibit 24 Plaintiff full My case record | Objection Hearsay without an exception, lack of foundation, no authentication FRE 801, 901 |
| 9<br>10<br>11<br>12 | Exhibit 14 Deposition of Gil Aouizerat Pg 31-43 | Objection confusing misleading Objection Hearsay without an exception, lack of foundation, no authentication FRE 801, 901, 403 |
| 13<br>14 | Exhibit 14 Deposition of Gil Aouizerat Pg 43, lines 5-9 | Objection vague, confusing misleading FRE 403 |
| 15<br>16<br>17 | Exhibit 26 Plaintiff Profile as Government Contractor | Objection Hearsay without an exception, lack of foundation, no authentication FRE 801, 901 |
| 18<br>19<br>20 | Exhibit 27 David's email | Objection Hearsay without an exception, lack of foundation, no authentication FRE 801, 901 |
| 21<br>22<br>23 | Exhibit 15 Deposition of David Ratliff Pg 6, lines 2-6 | Objection. Hearsay without an exception, lack of foundation, no authentication FRE 801, 901 |
| 24<br>25<br>26 | Exhibit 28 David Ratliff application conditional offer start date. | Objection Hearsay without an exception, lack of foundation, no authentication FRE 801, 901 |

3
DEFENDANT'S OBJECTIONS TO EVIDENCE OFFERED IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| Exhibit 14 Deposition of Gil Aouizerat Pg 11, lines 4-25, page 12 lines 2-12 | Objection Cumulative FRE 403 |
| Exhibit 15 Deposition of David Ratliff Pg 7, lines 23-25, page 8 lines 1-9 | Objection. Hearsay without an exception, lack of foundation, no authentication FRE 801, 901 |
| Exhibit 14 Deposition of Gil Aouizerat Pg 43-48 | Objection vague, confusing misleading FRE 403 |
| Exhibit 15 Deposition of David Ratliff Pg 9, lines 15-20 | Objection. Hearsay without an exception, lack of foundation, no authentication, relevance. FRE 801, 901 |
| Exhibit 15 Deposition of David Ratliff Pg 10, lines 7-18 | Objection. Relevance. FRE 401 |
| Exhibit 15 Deposition of David Ratliff Pg 11, lines 3-13 | Objection. Relevance. FRE 401 |
| Exhibit 22, Devon Carter Declaration paragraph 12-13 | Objection Hearsay without an exception, lack of foundation, no authentication FRE 801, 901 |
| Exhibit 14 Deposition of Gil Aouizerat Pg 78-79 | Objection Cumulative, asked and answered, calls for speculation FRE 403, 701 |
| Exhibit 21[sic] Defendants Position Statement (Exhibit 23) | Objection Hearsay without an exception, lack of foundation, no authentication FRE 801, 901 |
| Exhibit 16 Defendant response to interrogatory #11 | No objection. |

4
DEFENDANT'S OBJECTIONS TO EVIDENCE OFFERED IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| Exhibit 14 Deposition of Gil Aouizerat Pg 89 lines 14-25 | Objection Cumulative, asked and answered, calls for speculation FRE 403, 701 |
| Exhibit 16 Defendant's answer to interrogatory #16 | No objection. |
| Exhibit 31 Defendant's produced documents titled RPD #8 pages 18-27 Bates stamp DEF00348-DEF000357 | Objection Hearsay without an exception, lack of foundation, no authentication FRE 801, 901 |
| Exhibit 34 Defendants produced documents titled RPD #8 pages 73-80 Bates stamps DEF000606-DEF000613 | Objection Hearsay without an exception, lack of foundation, no authentication FRE 801, 901 |
| Exhibit 47 | Objection Hearsay without an exception, lack of foundation, no authentication FRE 801, 901 |
| Exhibit 14 Deposition of Gil Aouizerat Pg 26-30 | Objection Cumulative, asked and answered, calls for speculation FRE 403, 701 |
| Exhibit 14 Deposition of Gil Aouizerat Pg 55-66 | Objection Cumulative, asked and answered, calls for speculation FRE 403, 701 |
| Exhibit 22, Devon Carter Declaration paragraph 9 | Objection Hearsay without an exception, lack of foundation, no authentication FRE 801, 901 |
| Exhibit 14 Deposition of Gil Aouizerat Pg 12-14 | Objection Cumulative, asked and answered, calls for speculation |

DEFENDANT'S OBJECTIONS TO EVIDENCE OFFERED IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

| | | |
|---|---|---|
| 1 | | FRE 403, 701 |
| 2-4 | Exhibit 34 Defendants produced documents title RPD #8 page 19 | Objection Hearsay without an exception, lack of foundation, no authentication FRE 801, 901 |
| 5-9 | Exhibit 33 Defendants produced documents titled RPD # 10 pages 12- 23 Bates stamp DEF000480- DEF000491 and pages 36-43 Bates stamp DEF000504-DEF00051 | Objection Hearsay without an exception, lack of foundation, no authentication FRE 801, 901 |
| 10-12 | Exhibit 37 PCX LinkedIn company page with Account managers employees | Objection Hearsay without an exception, lack of foundation, no authentication FRE 801, 901 |
| 13-15 | Exhibit 21 criminal convictions | Objection Hearsay without an exception, lack of foundation, no authentication FRE 801, 901 |
| 16-18 | Exhibit 25 Declaration of Nicole Freeling paragraph 16 | Objection Hearsay without an exception, lack of foundation, no authentication FRE 801, 901 |
| 19-21 | Exhibit 14 Deposition of Gil Aouizerat Pg 34 line 9-22 | Objection Cumulative, asked and answered, calls for speculation FRE 403, 701 |
| 22-24 | Exhibit 39 statute 10 U.S.C. 4656 | Objection Hearsay without an exception, lack of foundation, no authentication FRE 801, 901 |
| 25-26 | Exhibit 14 Deposition of Gil Aouizerat Pg 36 line 14-25, page 37 lines 2-8 | Objection Cumulative, asked and answered, calls for speculation |

DEFENDANT'S OBJECTIONS TO EVIDENCE OFFERED IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

|   |   |
|---|---|
|   | FRE 403, 701 |
| Exhibit 41 DOJ and OFCC | Objection Hearsay without an exception, lack of foundation, no authentication FRE 801, 901 |
| Exhibit 14 Deposition of Gil Aouizerat Pg 55-66 | Objection Cumulative, asked and answered, calls for speculation FRE 403, 701 |
| Exhibit 14 Deposition of Gil Aouizerat Pg 65 line 2-24 | Objection relevance, vague ambiguous FRE 401, 403 |
| Exhibit 16 Interrogatory response No. 23 | Objection relevance, vague ambiguous FRE 401, 403 |
| Exhibit 40 Gordon v. Pacific Component Xchange | Objection Hearsay without an exception, lack of foundation, no authentication FRE 801, 901 |
| Exhibit 25 Declaration of Nicole Freeling | Objection Hearsay without an exception, lack of foundation, no authentication FRE 801, 901 |
| Exhibits 45 | Objection Hearsay without an exception, lack of foundation, no authentication FRE 801, 901 |
| Exhibit 48 | Objection Hearsay without an exception, lack of foundation, no authentication FRE 801, 901 |

Dated: November 14, 2023

/s/Tom Gruenbeck /s/
Thomas Gruenbeck
Attorney for Defendant
PCX, Inc.

7
DEFENDANT'S OBJECTIONS TO EVIDENCE OFFERED IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF ORANGE )

I am employed in the county of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 23120 Alicia Pkwy, Suite 223, Mission Viejo, CA 92692.

On November 14, 2023, I served the foregoing document described as:

**DEFENDANT'S OBJECTIONS TO EVIDENCE OFFERED IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Upon all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage fully prepaid in the United States mail at Mission Viejo, California addressed as follows:

| | | |
|---|---|---|
| Nicole Freeling<br>8631 Sierra Ridge Dr. Apt F<br>Indianapolis, IN 46239<br>n.freeling@outlook.com | | |

( )   (BY US MAIL)  I caused such envelope with postage thereon fully prepaid to be placed in the United States Mail at Mission Viejo, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Mission Viejo, California in the ordinary course of business.

( X )  ELECTRONIC SERVICE  I electronically served a true and correct copy of the above referenced document on the interested parties at the email addresses stated above.

( X )   (FEDERAL)  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

( )   (BY PERSONAL SERVICE)  I caused such envelope to be delivered by hand to the office of the addressee

          Executed this November 14, 2023, at Mission Viejo, California.


                                                    /s/  Tom Gruenbeck /s/
                                                    Thomas S. Gruenbeck

8
DEFENDANT'S OBJECTIONS TO EVIDENCE OFFERED IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT