Nicole Freeling

8631 Sierra Ridge Dr. Apt. F

Indianapolis, IN 46239

317-500-8757

Plaintiff in Pro Se.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CAIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| NICOLE FREELING, | Case No.: 8:23-cv-00173-DOC-KES |
| Plaintiff, | **PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT PURSUANT TO LOCAL RULE 56-1** |
| vs. | |
| PCX, INC., a California Corporation; and DOES 1through 50, | |
| | December 4th, 2023 |
| Defendant, | 8:30 AM |
| | HON. JUDGE DAVID O. CARTER |
| | COURT ROOM: 10A |

1  PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF MOTION
FOR SUMMARY JUDGMENT PURSUANT TO LOCAL RULE 56-1

Pursuant to Local Rule 56-1, Plaintiff Nicole Freeling files the following Statement of Uncontroverted Facts and Conclusions of Law in support of its Motion for Summary Judgment.

## Statement of Uncontroverted Facts

DATE:  November 1, 2023

By: *Nicole Freeling*

Nicole Freeling

Plaintiff in Pro per

| Uncontroverted Material Fact | Source |
|---|---|
| 1. Plaintiff was hired for the Account Sales position for PCX, INC. | (See Exhibit 21) PCX offer to Plaintiff. |
| 2. Plaintiff was qualified for the position with PCX. | (See Exhibit 42) Resume<br><br>See Plaintiff LinkedIn profile Exhibit 20<br><br>PCX assessment test See DKT 13 (non-trial exhibits) Exhibit 2 |
| 3. Defendants admits that Plaintiff completed the training with PCX | (See Exhibit 19 no. 15) Defendants response to Admissions.<br><br>*See FAC (non-trial exhibits) DKT #13 Exhibit 3* |
| 4. PCX paid White employee higher salary than Black employees for the same work. | See (FAC) page 6 par. 21-22 and Declaration of Devon Carter # 13 |
| 5. PCX has not denied paying Jenna, who is White, higher pay than Plaintiff for the same work. | See Exhibit 14 Deposition of Gil Aouizerat page. 12-14. |

| | |
|---|---|
| 6. Plaintiff suffered an adverse action because of PCX. | Termination letter- See DKT 13 (non-trial exhibits) Exhibit 5b |
| 7. PCX fired Plaintiff for having a misdemeanor. | Termination letter- See DKT 13 (non-trial exhibits) Exhibit 5b<br><br>See FAC pages 9, 10 paragraphs 32 and 33 And the Declaration of Nicole Exhibit 25. |
| 8. PCX treated Jenna more favorably than the Plaintiff PCX did not have the same rules in place when it came to Jenna misdemeanors. | See FAC (non-trial exhibits) DKT #13 Exhibit 13.<br><br>See Exhibit 31 Defendants produced documents titled RPD #8 pages 18-27 Bates stamp DEF00348-DEF000357 |
| 9. PCX has hired others with more serious offenses than Plaintiff. | See Exhibit 34 Defendants produced documents titled RPD #8 pages 73-80 Bates stamps DEF000606-DEF000613. |

| | |
|---|---|
| 10. PCX changes reasons for Plaintiff termination to performance reasons. | See FAC (non-trial exhibits) DKT #13 Exhibit 3<br><br>See Exhibit 14 Deposition of Gil Aouizerat page 16 lines 1-25<br><br>See Exhibit 14 Deposition of Gil Aouizerat pages 17-22<br><br>See Exhibit 14 Deposition of Gil Aouizerat page 31-43. |
| 11. Sales Manager David Ratliff testifying not seeing anything wrong with Plaintiff in training. | Exhibit 15 David Ratliff deposition page 11 lines 3-13.<br><br>Exhibit 15 deposition of David Ratliff Page 9 lines 15-20<br><br>See Exhibit 15 deposition of David Ratlif Page 10 lines 7-18. |
| 12. Defendants have no documentation of any performance evaluations for the Plaintiff. | See Exhibit 14 Deposition of Gil Aouizerat page 43-48<br><br>See exhibit 16 Defendant response to Interrogatories number # 12<br><br>See Exhibit 14 Deposition of Gil Aouizerat page 21 lines 7-21 |

| | |
|---|---|
| 13. PCX replaced those Account Managers positions with another race other than African American | See Exhibit 34 Defendants produced documents titled RPD # 10 pages 12- 23 Bates stamp DEF000480- DEF000491 and pages 36-43 Bates stamp DEF000504-DEF00051.<br><br>See Exhibit 20 PCX's LinkedIn employees |
| 14. PCX, did not follow their own policy and even change the policy when it came to the Plaintiff. | (The Policy) See FAC (non-trial exhibits) DKT #13 Exhibit 11.<br><br>*See Exhibit 14 Deposition of Gil Aouizerat page.26-30.*<br><br>*See Exhibit 14 Deposition of Gil Aouizerat page.* 55-66 |
| 15. Plaintiff Misdemeanor for the traffic violation on PCX Background screening was dismissed because it was an error. | See FAC (non-trial exhibits) DKT #13 Exhibit 8 |

| | |
|---|---|
| 16. Plaintiff had no traffic violations on record within 7 years in 2022 | See Exhibit 38 Nicole's BMV record.<br><br>Exhibit 25 See Nicole Declaration # 16 |
| 17. PCX testified to not knowing what the California Fair Chance Act was. | Exhibit 14 Deposition of Gil Aouizerat page 34 9-22. |
| 18. PCX and their Attorney had made false statement to a material fact about the Plaintiff criminal history. | See Exhibit 24 Plaintiff full My case record.<br><br>*See 26 f Report See Dkt #21 on page 2 "*<br><br>See Exhibit 14 Deposition of Gil Aouizerat page 36 lines 8-13 |

|  |  |
|---|---|
| 19. The CEO Gil Aouizerat admitted he never claimed to be "Exempt" from the Fair Chance Act | *See Exhibit 14 Deposition of Gil Aouizerat page.36 lines 14-25 & page 37 lines 2-8.* |
| 20. PCX did not release Plaintiff final paycheck upon termination | See Exhibit 19 no. 7 and 8) Defendants response to Admissions |
| 21. Gil Aouizerat committed perjury when he denied ever having a charge for late pay penalties. | See Exhibit 14 Deposition of Gil Aouizerat page 65 lines 2-24<br><br>See Exhibit 16 Interrogatory response No. 23<br><br>Gordon v. Pacific Component Xchange Exhibit 40. |
| 22. Plaintiff has suffered economic and emotional damages due to PCX intentional disparate treatment. | See Declaration of Nicole Exhibit 25<br><br>See Exhibit 45 Nicole medical records |