```
                        FILED
              CLERK, U.S. DISTRICT COURT

                    11/20/2023

              CENTRAL DISTRICT OF CALIFORNIA
              BY:      VP        DEPUTY
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar<br><br>of<br><br>Judge KENLY KIYA KATO | ORDER OF THE CHIEF JUDGE<br><br>**23-118** |

    Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Kenly Kiya Kato,

    IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge David O. Carter to the calendar of Judge Kenly Kiya Kato:

| Case Number | Case Title |
|---|---|
| 2:23-cv-01107-DOC-BFM | Tavner Cook v. Judge Kalra S. Upinder |
| 2:23-cv-08685-DOC-SSC | Pedro Fuentes v. Ricolcol |
| 5:23-cv-01961-DOC-AJRx | Keith Birnbaum et al. v. LoanCare, LLC et al. |
| 8:22-cv-01510-DOC-JDEx | Annette Serna et al. v. Costco Wholesale Membership, Inc. et al. |
| 8:22-cv-01945-DOC-ADSx | Patrick Lustig v. City of Laguna Beach et al. |
| 8:23-cv-00173-DOC-KESx | Nicole Freeling v. PCX, Inc. et al. |
| 8:23-cv-00973-DOC-JDEx | Luis Lucero v. Lenovo United States Inc. |
| 8:23-cv-01243-DOC-DFMx | Joanna Ardalan et al. v. Doe 1 et al. |
| 8:23-cv-01537-DOC-ADSx | Michael Colaco et al. v. Liberty Insurance Underwriters, Inc. et al. |
| 8:23-cv-01707-DOC-KESx | Finland Financial Inc. v. United States of America |
| 8:23-cv-01739-DOC-KESx | John Lee v. Frederic C. Nelsen et al. |
| 8:23-cv-01747-DOC-DFMx | Kevin Cox v. Edward D. Makasjian et al. |
| 8:23-cv-01784-DOC-ADSx | Robert Sanchez v. Coast Auto Care and U-Haul Neighborhood Dealer et al. |

In the Matter of the
Creation of Calendar for
District Judge Kenly Kiya Kato                                                                              2

_____

| 8:23-cv-01853-DOC-DFMx | Donald Leon Johnson v. Stremicks Heritage Foods LLC et al. |

    On all documents subsequently filed in the case, please substitute the Judge initials KK after the case number in place of the initials of the prior Judge.

DATED: November 20, 2023                    _____
                                                                 Chief Judge Philip S. Gutierrez