# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE FREELING<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>PCX, INC., et al.<br><br>　　　　Defendant(s). | Case No.<br>8:23−cv−00173−KK−KES<br><br>**REASSIGNMENT ORDER** |

Pursuant to the Order of the Chief Judge, this case has been reassigned to the calendar of the Honorable Kenly Kiya Kato. IT IS FURTHER ORDERED as follows:

1. All counsel shall familiarize themselves with the Federal Rules of Civil Procedure, the Local Rules of the Central District of California, and all applicable standing orders.[1] "Counsel," as used in this order, includes parties appearing pro se.

2. This Court does not exempt parties appearing pro se from compliance with any of the Local Rules, including Local Rules 16 and 7-3.

_____

[1] Copies of the Local Rules are available on the Central District of California website at https://www.cacd.uscourts.gov and copies of Judge Kato's procedures and standing orders are available at http://www.cacd.uscourts.gov/honorable-kenly-kiya-kato.

3. All matters previously referred to a magistrate judge shall remain before that magistrate judge.

4. Cases previously referred to an Alternative Dispute Resolution ("ADR") process shall proceed under the terms of the applicable ADR local rules. Dates for previously scheduled ADR conferences shall remain in effect.

5. All deadlines associated with the case shall remain in effect, including discovery cut-off dates, pretrial conferences, and trial dates.

6. Except for matters noticed before a magistrate judge, all currently pending law and motion hearing dates are vacated. However, the opposition and reply deadlines will remain based on the previously noticed hearing date or scheduling order. Unless otherwise ordered, the motion will be taken under submission without oral argument when briefing is complete.

7. All previously scheduled scheduling conferences are vacated. However, the deadline to file the parties' Joint Report pursuant to Federal Rule of Civil Procedure 26(f) will remain based on the previously scheduled scheduling conference. In addition, the parties may file a joint statement no later than seven (7) days from the date of this Order or with their Rule 26 Joint Report, whichever is earlier, stating (a) whether any party would like the Court to hold a telephonic scheduling conference hearing; and (b) if so, what issues they seek to have resolved at the hearing. If the parties do not file a joint statement requesting a conference, the Court will likely issue a scheduling order without a hearing.

8. The parties shall file a Joint Case Management Statement **within fifteen (15) days of the date of this Order.** Separate statements are appropriate if any party is proceeding without counsel. The statement should not exceed ten pages in length, should not contain attachments, and should address the following items in the following order:

    a. The date the case was filed;

    b. A list identifying or describing each party;

   c. A brief summary of all claims, counter-claims, cross-claims, or third-party claims.

   d. A brief description of the events underlying the action;

   e. A description of the relief sought and the damages claimed with an explanation of how damages have been (or will be) computed;

   f. The status of discovery, including any significant discovery management issues, as well the applicable cut-off dates;

   g. A procedural history of the case, including any previous motions that were decided or submitted, any ADR proceedings or settlement conferences that have been scheduled or concluded, and any appellate proceedings that are pending or concluded;

   h. A description of any other deadlines in place;

   i. Whether the parties will consent to a magistrate judge for trial[2];

   j. A statement from each parties' counsel indicating they have (1) discussed the magistrate judge consent program with their respective client(s), and (2) met and conferred to discuss the consent program and selection of a magistrate judge; and

   k. Whether there exists an immediate need for a case management conference to be scheduled in the action and, if so, why the parties believe such a need exists.

9. Federal Pro Se Clinic Information:

The Court notes that parties proceeding <u>pro se</u>, i.e., without an attorney, often face special challenges in federal court. The Public Service Law Corporation runs a free Federal Pro Se Clinic at the following federal courthouses where <u>pro se</u>

---

[2] Under 28 U.S.C. § 636, the parties may consent to have a magistrate judge preside over all proceedings, including trial. The magistrate judges who accept those designations are identified on the Central District's website at <u>http://www.cacd.uscourts.gov/judges-requirements/court-programs/voluntary-consent-magistrate-judges</u>, which also contains a link to the consent form CV-11D.

litigants can get information and guidance:

(1). Roybal Federal Building and Courthouse, 255 East Temple Street, Suite 170, Los Angeles, California 90012. The Los Angeles location of the clinic operates by appointment only. Pro se litigants may schedule an appointment either by calling the clinic at (213) 385-2977, ext. 270, or submitting an internet request at http://prose.cacd.uscourts.gov/los-angeles. Clinic staff can respond to many questions with a telephonic appointment or through email. It may be more convenient to email your questions or schedule a telephonic appointment. Staff can also schedule you for an in-person appointment.

(2) George E. Brown Federal Building, 3470 Twelfth Street, Room 125, Riverside, CA 92501. Open Tuesdays and Thursdays between 09:00 AM and 3:00 PM. For more information, pro se litigants may call (951) 682-7968 or visit http://prose.cacd.uscourts.gov/riverside.

(3) Ronald Reagan Federal Building and United States Courthouse, 411 W. 4th Street, Room 1055, Santa Ana, CA 92701. Open Thursdays between 10:00 AM and 12:00 PM and 1:30 PM and 3:30 PM. For more information, pro se litigants may call (714) 541-1010, ext. 222, or visit http://prose.cacd.uscourts.gov/santa-ana.

Further information about the Federal Pro Se Clinic may be found on the Court's website at http://court.cacd.uscourts.gov/cacd/ProSe.nsf.

The Court thanks the parties and their counsel for their anticipated cooperation in complying with these requirements.

**IT IS SO ORDERED.**

Dated: November 22, 2023

_____
HONORABLE KENLY KIYA KATO
United States District Judge

4