Nicole Freeling
8631 Sierra Ridge Dr. Apt F.
Indianapolis, In 46239
317-500-8757
Plaintiff in Pro per
n.freeling@outlook.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JURISDICTION

| | |
|---|---|
| NICOLE FREELING | **Case No**: 8:23-cv-00173- KK-KES |
| Plaintiff, | |
| vs. | **PLAINTIFFS' JOINT CASE MANAGEMENT STATEMENT** |
| PCX, INC., et al, | |
| Defendant | HON. JUDGE KENLY KIYA KATO |

     In response to the Court order docket dated November 22, 2023, Plaintiff in pro se Nicole Freeling submit this separate case management statement.

a) This case was filed on January 27, 2023

b) The parties include the Plaintiff Nicole Freeling and the Defendant PCX, et al.

c) When the case was filed on January 27, 2023, Plaintiff had a total of nine claims against PCX, INC. The claims of Section 1981, Title VII, FEHA, California Fair Chance Act, California Equal Pay Act and The California Labor Code for race discrimination, racial hostile work environment and failure to release final paycheck upon termination.

d) Plaintiff an African American woman from Indiana was hired for a remote Account manager sales position with PCX, INC. Although the position was remote PCX, INC. conducted in person training from June 20-24, 2022. During this week and after training

1 PLAINTIFF'S PLAINTIFFS' JOINT CASE MANAGEMENT STATEMENT

Plaintiff was subjected to unlawful race discrimination that came by way of unfair treatment, unequal pay, and the discharge of the position. The discrimination arose from the acts of the CEO Gil Aouizerat of PCX, INC. During this week of training, it was disclosed that counterpart was receiving hiring pay than the Black new hires. Plaintiff also witness another new Black employee Devon Carter receiving similar unfair treatment by the CEO during the same week. On June 25, 2022, the day after the Plaintiff gets off plane, I received a phone from the new mgr. David Ratliff who states the "this was another situation like Devon Carter" and the CEO Gil was terminating my position the reason provide to the Plaintiff by David Ratliff was "something to do with your background check and application box." Plaintiff tries to explain to Mr. Ratliff the application had specific instructions on how to answer the criminal history question pertaining to California law. Mr. Ratliff disregards any explanation Plaintiff was saying instead he instructed Plaintiff of how to recover 1000.00 pay for the week. He stated that they will only release paycheck upon receiving computer equipment that was sent out. The equipment must show it was received in their warehouse before they can give my paycheck. On June 27, 2022, Plaintiff received an adverse letter from PCX's human resource manager and signed by the CEO Gil Aouizerat. In the adverse letter it states again that PCX take back their offer because of "something on your background." Plaintiff immediately filed a charge with the EEOC. PCX was required by the EEOC to produce a position statement in August 2022. The Defendants position statement to the EEOC states that "after watching her in training she would not be a good fit" after adding this statement they also list Plaintiffs misdemeanors from 1998 of criminal conversion and 2005 cable deception. PCX concluded their statement by stating they have African

Americans in executive and management roles. It was also discovered that a similar situated individual who had the higher pay also had recent misdemeanors and was not held to any scrutiny nor did this person suffer an adverse action.

e) Plaintiff seeks monetary relief for both back and front pay. Damages will be calculated from the time the adverse action took place until the end of the case in the difference of my salary and what my salary would have been including all, raises, bonuses, commissions, and benefits. Plaintiff has continued to mitigate damages by finding work and continuing to work. Plaintiff seeks compensatory damages including out of pocket losses, emotional harm for the mental anguish and loss of enjoyment of life. Plaintiff seeks to recover liquidated damages based on the calculation of the equal pay act and lastly Plaintiff seeks to recover punitive damages in accordance with the law.

f) Discovery depositions were taken by each party on July 12, and July 14, 2023, After the Plaintiffs 'order was granted for expedited discovery. Plaintiff served written discovery on July 27, 2023, which included Interrogatories, Request for Production of Documents (set one) and Admissions. On August 14, 2023, Plaintiff served Request for Production of Documents (set two). Defendants served their written discovery request on September 27, 2023, two weeks passed the 45-day cut-off date to serve. Discovery cut-off date; October 27, 2023.

g) The Complaint was filed on January 27, 2023; Plaintiff amened compliant on February 28th, 2023 at the request of the Defendants: Defendants filed motion to dismiss on April 4, 2023; Plaintiff replied to Defendants motion to dismiss include a motion to expedite discovery on April 21st, 2023; The first motion hiring date took place on June 5, 2023, Honorable Judge Carter ruled only on the motion for expedited discovery. He ordered

Plaintiff to take the deposition of PCX's CEO Gil Aouizerat and PCX's sales manager David Ratliff. He ordered the Defendants to take Plaintiff Nicole Freeling deposition. The next hearing took place on July 14, 2023, for the scheduling order & order for pretrial and trial proceedings. Judge Carter also ordered that ADR settlement conference would take place between the parties before October 31, 2023. The parties met for ADR settlement conference on August 11, 2023, but the parties did not reach a settlement. August 15, 2023, Judge Carter ordered on Defendants motion to dismiss granting in part and denying in part. Out of Plaintiff's Nine claims, Plaintiff's Second, Fourth, and Sixth Causes of Action were dismissed without leave to amend. On September 5, 2023, Defendants filed their answerer to Plaintiff's complaint. The next day September 6, 2023 the notice went out to the parties from the Court informing us that the Defendants' answer to the complaint had deficiencies for "Local Rule 7−1.1 no notice of interested parties" and this action is still pending as well.  The Scheduling order & order for pretrial and trial proceedings included the date for all motions cut-off and the day the parties were to have hearing for motions, that day was previously scheduled for December 4, 2023. The scheduling order & order for pretrial and trial pertained the dates for pretrial for January 15, 2024, and trial set for February 6, 2024. On November 1, 2023, Plaintiff filed and served motion for summary judgment and motion for terminating sanctions. Defendants filed oppositions to Plaintiff's motions for summary judgment and terminating sanctions on November 14, 2023. The Defendant filed their opposition a day later from the 21-day cut from the hearing date of December 4, 2023. Plaintiff replied to Defendants opposition on Friday November 17, 2023. This case was transferred to the Honorable Judge Kenly Kiya Kato on November 21, 2023.  Pending motions currently are the Plaintiff's Motion

for Summary Judgment, Plaintiff's Motion for Terminating Sanctions and Defendants Motion for Opposition to Plaintiff motions. Plaintiff also filed and served a request for a remote appearance on November 8, 2023, this was in reference to the previously December 4th hearing date.

h) Upcoming Deadlines in reference to the scheduling order are all pertaining to pretrial and trial.

i) Plaintiff does not consent to the magistrate judge consent program at this time.

j) Plaintiff has not previously met and confer with opposing counsel to discuss the consent program, however after this order had been sent out, I reached out to the opposing counsel on Monday November 27, 2023, and yet I have not received any response to the email about the meet and confer on this matter. Plaintiff is submitting the Case management statement before the 15 days cut-off.

k) Plaintiff would like to have a request an immediate telephonic/ remote hearing for a case management conference to address pending motions and upcoming pretrial and trial dates.

**DATE: December 1, 2023**                                  **Respectfully submitted,**

*Nicole Freeling*

**Nicole Freeling, Pro se.**