

FILED
CLERK, U.S. DISTRICT COURT

12/25/23

CENTRAL DISTRICT OF CALIFORNIA
BY: ___ DB ___ DEPUTY

Nicole Freeling
8631 Sierra Ridge Dr. Apt F.
Indianapolis, In 46239
317-500-8757
Plaintiff in Pro per
n.freeling@outlook.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| NICOLE FREELING<br><br>    Plaintiff,<br><br>vs.<br><br>PCX, INC., a California Corporation; and<br><br>DOES 1through 50,<br><br><br><br>    Defendant | **Case No**:  8:23-cv-00173-KK-KES<br><br><br><br>**JOINT EXHIBIT LIST**<br>Plaintiffs Exhibits 1-51<br>Defendants' Exhibits 101- 109<br><br>Assigned to: Hon. Kenly Kiya Kato<br><br>Complaint Filed: February 2, 2023<br><br>Trial Date: February 6, 2024 |

| Exhibit No. | Description | Date of Identified | Date Admitted |
|---|---|---|---|
| 1 | Email from PCX' s recruiter to Nicole Freeling describing job and salary before the hire | | |
| 2 | Test providing by PXC before offer that shows if Candidate is a match taken by Nicole Freeling | | |
| 3 | Sales training completion certificate during PCX training | | |
| 4 | PCX's Application that Plaintiff completed in June 2022 | | |

1 JOINT **EXHIBITS LIST**

| # | Description | | |
|---|---|---|---|
| 5* | Email from PCX's Human Resource Mgr. Mary Jane | | |
| 6 | Adverse letter provided by PCX to Plaintiff | | |
| 7 | Plaintiff's Background screening results from PCX | | |
| 8 | Dismissal of Plaintiff driving infraction from the Marion County Court | | |
| 8b* | Court showing of Plaintiff prior completing Deferred program | | |
| 9* | PCX's Weaver and release of Liability form has Devon Carter name and was sent to plaintiff after termination | | |
| 10* | PCX's Check stub for the Plaintiff | | |
| 11 | PCX's Handbook/ Policy | | |
| 12 | PCX's position statement made to the EEOC | | |
| 13 | Comparator's Courthouse public record | | |
| 14 | Deposition of Gil Aouizerat | | |
| 15* | Deposition of David Ratliff | | |
| 16 | Defendants responds to Plaintiff Interrogatories | | |
| 17 | Defendants respond to Plaintiff production docs. | | |
| 19 | Defendants responds to Plaintiff's Admission request | | |
| 21 | PCX' offer letter to the Plaintiff | | |
| 22 | Declaration of Devon Carter | | |

2 JOINT **EXHIBITS LIST**

| | | | |
|---|---|---|---|
| 24 | Plaintiff's My case record of Nicole Freeling | | |
| 25* | Declaration of the Plaintiff Nicole Freeling | | |
| 26 | Plaintiff's profile government contractor | | |
| 27 | Email between Plaintiff and David Ratliff 6/8/23 | | |
| 28 | David PCX's Conditional Offer | | |
| 29 | Discovery documents produced by the Defendants titled RDP 1 | | |
| 30 | Discovery documents produced by the Defendants titled RDP 2 | | |
| 31 | Discovery documents produced by the Defendants title RDP 8 | | |
| 32 | Discovery documents produced by the Defendants title RDP 3 | | |
| 33 | Discovery documents produced by the Defendants title RDP 10 | | |
| 34 | Discovery documents produced by the Defendants title RDP 11 | | |
| 35 | Discovery documents produced by the Defendants title RDP 4 | | |
| 36 | Discovery documents produced by the Defendants title RDP 5 | | |
| 37 | PCX's Linkin Page | | |
| 38* | Plaintiff's BVM Record | | |
| 39* | 10 USC 4656 Statute | | |
| 41* | OFCCP compliance | | |

3 JOINT **EXHIBITS LIST**

| | | | |
|---|---|---|---|
| 43 | Text message David to the Plaintiff 7/6/22 | | |
| 44 | Text message from Jenna to the Plaintiff 6-22-22-6-27-22 | | |
| 45 | Plaintiff my chart medical records | | |
| 48 | Doctor Statement of Plaintiffs treatment | | |
| 49 | Plaintiff original EEOC charge 7-1-22 | | |
| 50 | Plaintiffs Complaint Federal Court 1/27/23 | | |
| 51* | Fair chance act law document | | |
| 101 | May 10, 2022 email from Akash Makasare to Plaintiff | | |
| 102 | Employment Application | | |
| 103 | Criminal background search results | | |
| 104 | Conditional Offer of Employment | | |
| 105 | Advisement and Waiver of Rights 4/20/06 | | |
| 106 | Preliminary Notice of Adverse Action dated June 27, 2022 | | |
| 107 | Deposition transcript Nicole Freeling | | |
| 109 | Complaint for Employment Discrimination Freeling v. Indiana Dept. of Transportation | | |

Respectfully submitted,

Date December 25, 2023

By:    _Nicole Freeling_
       Nicole Freeling, Pro Se

Date December 25, 2023

By:    _/Tom Gruenbeck/_
       Thomas Gruenbeck
       Attorney for Defendant

4 JOINT **EXHIBITS LIST**