Nicole Freeling
8631 Sierra Ridge Dr. Apt F.
Indianapolis, In 46239
317-500-8757
Plaintiff in Pro per
n.freeling@outlook.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JURISDICTION

| | |
|---|---|
| NICOLE FREELING<br><br>        Plaintiff,<br><br>vs.<br><br>PCX, INC., et.al,<br><br>        Defendant | **Case No**: 8:23-cv-00173-KK-KES<br><br><br>**PLAINTIFFS' WITNESS LIST**<br><br><br>HON. JUDGE KENLY KIYA KATO |

8:23-cv-00173-KK-KES        Nicole Freeling v. PCX, INC et.al

| <u>Witness Name</u> | <u>Date called to Testify</u> |
|---|---|
| Nicole Freeling Plaintiff/ witness | |
| Devon Carter, Former PCX employee/witness | |
| David Ratliff, PCX sales manager /witness | |

1 **PLAINTIFFS' EXHIBITS LIST**

| # | Witness | |
|---|---|---|
| 1 | Mary Jane Christne PCX Human Resource Manager | |
| 2 | Gilles Aouizerat PCX CEO | |
| 3 | Sara Burrell PCX VP of Sales | |
| 4 | Jenna Peaso PCX employee/ witness | |

Date December 28, 2023,                           Respectfully submitted,

                                        By:   *Nicole Freeling*

                                              Nicole Freeling, Pro Se.

2 **PLAINTIFFS' EXHIBITS LIST**