1  Nicole Freeling
   8631 Sierra Ridge Dr. Apt F.
2  Indianapolis, In 46239
   317-500-8757
3  Plaintiff in Pro per
   n.freeling@outlook.com
4
   # UNITED STATES DISTRICT COURT
5
   # CENTRAL DISTRICT OF CALIFORNIA
6

7

8                                          JURISDICTION

9  NICOLE FREELING

10              Plaintiff,                 **Case No**: 8:23-cv-00173-KK-KES

11 vs.                                     HON. JUDGE KENLY KIYA KATO

12
   PCX, INC., et.al,
13                                         **PLAINTIFFS' REQUEST MOTION TO PERMIT WITNESS TO TESTIFY VIA ZOOM**
14              Defendant

15                                         Pretrial Conference: April 4, 2024

16

17                                         Trial Date: April 22, 2024,
18

19

20

21  TO THE HONORABLE COURT AND TO ALL THE PARTIES:
22
           NOW COMES, Plaintiff would respectfully ask the Court to allow witness
23
24  Devon Carter to testify remotely for the upcoming trial beginning on April 22, 2024.
25
    Devon Carter resides out of state and the current circumstances make it extremely
26
27  hard for him to appear in person. Plaintiff is attaching Declaration to support request.

28

    1 **PLAINTIFFS' REQUEST MOTION TO PERMIT WITNESS TO TESTIFY VIA ZOOM**

This motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on Monday March 25, 2024

Date: March 29, 2024,                    Respectfully submitted,

                                  By:   *Nicole Freeling*

                                        Nicole Freeling, Pro Se.