| | |
|---|---|
| 1 | **THOMAS S. GRUENBECK  CBN 177056** |
| | **ATTORNEY AT LAW** |
| 2 | **23120 Alicia Pkwy, Suite 223** |
| | **Mission Viejo, CA 92692** |
| 3 | **(949) 453-1874 p** |
| | **(949) 453-1875 f** |
| 4 | **thomasgruenbeck@gmail.com** |
| | **Attorneys for Defendant PCX, Inc.** |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| NICOLE FREELING, | Case No.: 8:23-cv-00173-KK-KES |
| Plaintiff, | |
| v. | **DEFENDANT'S RESPONSE TO THE ORDER TO SHOW CAUSE FOR FAILURE OT COMPLY WITH COURT ORDERS** |
| PCX, INC., a California Corporation; and DOES 1 through 50, | |
| Defendants | Assigned to: Hon. Kenly Kiya Kato |
| | Complaint Filed: February 2, 2023 |
| | Trial Date: April 22, 2024 |

Defendant PCX, Inc. and its Counsel of Record Thomas Gruenbeck herby provides the following response to the Order to Show Cause for Failure to comply with Court Orders:

**I.**

**THOMAS GRUENBECK IS A SOLE PRACTITIONER AND NOT A MEMBER OF A LAW FIRM.**

As detailed in the declaration of Thomas Gruenbeck attached, Mr. Gruenbeck is a sole practitioner and not a member of a law firm.  Gruenbeck & Vogeler was a Law Partnership that dissolved in 2013.

1

DEFENDANT'S RESPONSE TO THE ORDER TO SHOW CAUSE FOR FAILURE OT COMPLY WITH COURT ORDERS

## II.

## THE DEFENDANT PCX, INC. WAS NOT RESPONSIBLE FOR TIMELY FILING OF PRETRIAL DOCUMENTS.

As detailed in the declaration of Thomas Gruenbeck attached, Defendant PCX, Inc. was not responsible for filing pretrial documents as required. These tasks were the responsibility of Thomas Gruenbeck alone.

## III.

## DEFENDANT MET AND CONFERRED WITH PLAINTIFF REGARDING THE PRETRIAL CONFERENCE ORDER.

In late December Mr. Gruenbeck became ill and was out of the office from December 23 to December 28, 2023, and was able to get back into the office on December 29, 2023, where he emailed Plaintiff and informed her of his status and had set up a date to discuss and complete the Final Pretrial Conference Order. A telephone conference occurred on January 2, 2024, at 11:00 a.m. where both parties spent approximately 35 minutes discussing the issues raised in the Final Pretrial Conference Order. Mr. Gruenbeck had received Plaintiff's version and was going through it with the Plaintiff making notes on what information needed to be added. The parties had discussed stipulating to several facts to include in the Order as well as add a summary of Defenses and issues along with other information initially lacking in Plaintiff's proposed Final Pretrial Conference Order. After conclusion of the conversation Mr. Gruenbeck indicated he would populate the rest of the Order and prepare it for filing. During the next few days Mr. Gruenbeck worked on the final Pretrial Conference Order but ended up getting sick again, preventing him from being in the office and completing the Order. Plaintiff then filed her version of the incomplete Pretrial Conference Order on January 8, 2024, before he had a chance to complete it and sign it.

## IV.

## COUNSEL DID NOT TIMELY FILE A MEMORANDUM OF CONTENTIONS OF FACT AND LAW AND A WITNESS LIST.

Counsel for Defendant did not timely file its Memorandum of Contentions of Fact and Law, jury instructions and proposed verdict forms and a Witness List because of an oversight and increased workload caused by being out of the office sick for an extended period of time . It did file a Joint Exhibit List and its Jury Instructions related to its Affirmative Defenses but failed to file the remaining documents when required. Counsel for Defendant did file its Jury Instructions, Proposed Verdict Forms, Witness List and Memorandum on April 2, 2024, and filed Defendant's Proposed Joint Statement of the Case on April 3, 2024, after obtaining Plaintiff's signature.

## V.

## CONCLUSION

Counsel for Defendant respectfully requests that they not be sanctioned for failing to comply with Court Orders. If however sanctions are warranted that they be issued against Mr. Gruenbeck only.

Dated: April 3, 2024

/s/ Tom Gruenbeck
Thomas Gruenbeck
Attorney for Defendant
PCX, Inc.