UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 23-173-KK-KESx | Date: | April 8, 2024 |
| Title: | *Nicole Freeling v. PCX, Inc., et al.* | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Riverside CourtSmart – Courtroom Three |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Nicole Freeling, Pro Se | Thomas S. Gruenbeck |

**Proceedings:**   **Final Pretrial Conference**

The case is called for a Final Pretrial Conference as previously scheduled. Plaintiff and defense counsel state their appearances.

With respect to Plaintiff's Motion in Limine seeking to exclude Exhibit 109, a complaint filed by Plaintiff in an unrelated case, dkt. 75, the Court deems Defendant's failure to file an opposition consent to the granting of the Motion in Limine.  See L.R. 7-12.  Hence, Plaintiff's Motion in Limine is **GRANTED**.

In addition, with respect to Plaintiff's Request to permit witness Devon Carter to testify remotely, dkt. 82, the Court deems Defendant's failure to file an opposition consent to the granting of the Request.  See L.R. 7-12.  Hence, Plaintiff's Request to permit Mr. Carter to testify remotely is **GRANTED**.  Plaintiff is responsible for ensuring Mr. Carter has access to the necessary technology. Should any technological or connectivity issues interrupt Mr. Carter's testimony, his testimony will be terminated.

The parties inform the Court they are prepared to proceed with trial.  However, defense counsel indicates Defendant's principal, Gilles Aouizerat, may be unavailable to begin trial on April 22, 2024 as previously scheduled.  Accordingly, the Court orders defense counsel to file a statement regarding Mr. Aouizerat's availability immediately upon receiving any update from Mr. Aouizerat and, in any event, **no later than April 12, 2024**.  Any ex parte application or stipulation to continue trial shall be filed **no later than April 12, 2024 at 5:00 p.m.** and shall specify the date upon which

Mr. Aouizerat will be available to begin trial.  The Court is not inclined to continue trial by a longer period than necessary.  If an ex parte application to continue trial is filed, any opposition shall be due **no later than April 15, 2024 at 5:00 p.m.**

The Court further confers with the parties regarding the upcoming jury trial and orders as follows:

1. No later than April 11, 2024,

    a. The parties shall lodge an amended proposed Final Pretrial Conference Order.
    b. The parties shall file an amended joint exhibit list identifying (i) any exhibits for which the parties will stipulate to authenticity and/or foundation, and (ii) any exhibits to which there are objections.  For any exhibits to which there are objections, the joint exhibit list shall include a brief statement of the basis of the objection and the offering party's response.
    c. The parties shall file an amended joint witness list including a brief description of each witness's anticipated testimony and time estimates for direct examination and cross examination of each witness.  The witness list shall also include a phonetic spelling of each witness's name.

2. No later than April 15, 2024,

    a. The parties shall submit three exhibit binders to the Court in accordance with the Local Civil Rules and Judge Kato's Civil Trial Scheduling Order, available on the Court's website at http://www.cacd.uscourts.gov/honorable-kenly-kiya-kato.
    b. The parties shall submit deposition designations for any unavailable witnesses.
    c. The parties shall file a list of stipulated facts.
    d. The parties shall meet and confer regarding any demonstratives to be used during opening statements and file a joint status report indicating whether any demonstratives or portions thereof are disputed.
    e. The parties shall complete any testing of courtroom technology.  The parties shall contact the Courtroom Deputy at KK_Chambers@cacd.uscourts.gov to schedule a specific date and time to test the equipment.

3. The Court sets a strict time limit of four and a half hours for each party to present their case.  The time limit includes opening statements, direct examination, cross examination, and closing arguments.  Trial will begin at 8:30 a.m. each day and the parties shall be in the courtroom by 8:00 a.m. each day of trial.

4. Witnesses shall be excluded from the courtroom during testimony.  In addition, Plaintiff shall provide her testimony in narrative form.

Finally, the parties having expressed a desire to participate in an in-person settlement conference, this matter will be referred to an available Magistrate Judge for further settlement proceedings.

**IT IS SO ORDERED.**