THOMAS S. GRUENBECK  CBN 177056
ATTORNEY AT LAW
23120 Alicia Pkwy, Suite 223
Mission Viejo, CA 92692
(949) 453-1874 p
(949) 453-1875 f
thomasgruenbeck@gmail.com

Attorneys for Defendant PCX, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| NICOLE FREELING,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>PCX, INC., a California Corporation; and DOES 1 through 50,<br><br>　　　Defendants | Case No.: 8:23-cv-00173-KK-KES<br><br>Judge:  HON. KENLY KIYA KATO<br><br>**DEFENDANT'S FIRST REQUEST FOR CONTINUANCE, DECLARATION OF THOMAS GRUENBECK IN SUPPORT**<br><br>Complaint Filed: January 27, 2023<br>Trial Date:      April 22, 2024 |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Defendant PCX, INC. respectfully requests that this Court continue the upcoming trial set currently set for April 22, 2024, for approximately 2 months.  Defendant's good cause for requesting the continuance is based on the fact the President of Defendant PCX, Inc. Gil Aouizerat was recently hospitalized and is now recovering from an extremely sever staph infection  in his leg and is immobilized at home.  His physical attendance at trial is required because he is the

1

DEFENDANT'S FIRST REQUEST FOR CONTINUANCE, DECLARATION OF THOMAS GRUENBECK IN SUPPORT

1  principal witness for the defense and his attendance is necessary to assist defense counsel
2  during trial.
3       This request is made following the conference of counsel pursuant to L.R. 7-3 which took
4  place on April 10, 2024. Prior to filing this motion, Defendant attempted to resolve this issue in
5  accordance with Local Rule 7-3, but were unable to do so.  Plaintiff would agree to a
6  continuance but not for two months.  Please see Declaration of Thomas Gruenbeck filed
7  concurrently with this request.

9  Dated:  April 10, 2024                          /s/Tom Gruenbeck /s/
                                                   Thomas S. Gruenbeck
10                                                 Attorney for Defendant PCX, Inc.

2

DEFENDANT'S FIRST REQUEST FOR CONTINUANCE, DECLARATION OF THOMAS GRUENBECK IN SUPPORT

## PROOF OF SERVICE

STATE OF CALIFORNIA  )
                     ) ss.
COUNTY OF ORANGE     )

I am employed in the county of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 23120 Alicia Pkwy, Suite 223, Mission Viejo, CA 92692.

On April 10, 2024, I served the foregoing document described as:

**DEFENDANT'S FIRST REQUEST FOR CONTINUANCE, DECLARATION OF THOMAS GRUENBECK IN SUPPORT**

Upon all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage fully prepaid in the United States mail at Mission Viejo, California addressed as follows:

| | | |
|---|---|---|
| Nicole Freeling<br>8631 Sierra Ridge Dr. Apt F<br>Indianapolis, IN 46239<br>n.freeling@outlook.com | | |

(  )   (BY US MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States Mail at Mission Viejo, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Mission Viejo, California in the ordinary course of business.

( X )  ELECTRONIC SERVICE  I electronically served a true and correct copy of the above referenced document on the interested parties at the email addresses stated above.

( X )  (FEDERAL)  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

(  )   (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the office of the addressee

Executed this April 10, 2024, at Mission Viejo, California.

/s/  Tom Gruenbeck /s/
Thomas S. Gruenbeck