UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **SACV 23-173-KK-KESx** | Date: | April 10, 2024 |
|---|---|---|---|
| Title: | *Nicole Freeling v. PCX, Inc., et al.* | | |

Present: The Honorable    KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**    **(In Chambers) Order (1) GRANTING IN PART Defendant's Request for Continuance [Dkt. 96], and (2) VACATING April 22, 2024 Jury Trial**

On April 10, 2024, defendant PCX, Inc. ("Defendant") filed a Request seeking a two-month continuance of trial based upon the recent hospitalization of Defendant's principal, Gilles Aouizerat. Dkt. 96. On the same date, plaintiff Nicole Freeling ("Plaintiff") filed an Opposition. Dkt. 97.

Defendant's Request is **GRANTED IN PART**, and the April 22, 2024 trial date is **VACATED**. However, as the parties were previously advised, the Court is not inclined to continue trial by a longer period than necessary. See dkt. 93 at 2. While defense counsel's declaration indicates Mr. Aouizerat's doctor "estimated his recovery could be from 4 weeks to 4 months," dkt. 96-1, Declaration of Thomas Gruenbeck, ¶ 3, this estimate is inadequately supported and appears to be speculative. Hence, Defendant may file a supplemental declaration in support of the Request **no later than April 17, 2024**. The supplemental declaration may be filed under seal. Any response to Defendant's supplemental declaration shall be filed **no later than April 19, 2024**.

The Court will set a trial date following receipt and review of any supplemental filings. All other dates and deadlines, including the deadlines set forth in the Court's April 8, 2024 Final Pretrial Conference Order, shall remain.

**IT IS SO ORDERED.**

**CIVIL MINUTES—GENERAL**    Initials of Deputy Clerk NP