JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NICOLE FREELING,

                Plaintiff,

       v.

PCX, INC., ET AL.,

             Defendant(s).

Case No.  8:23-CV-0173-KK-KESx

JUDGMENT

This action came on for jury trial, the Honorable Kenly Kiya Kato, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that plaintiff Nicole Freeling recover of defendant PCX, Inc. the sum of $127,154.70, with post-judgment interest thereon at the legal rate as provided by the law, and her costs of action.  (JS-6)

Dated:  May 17, 2024

_____
HONORABLE KENLY KIYA KATO
United States District Judge